UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA,          )
               )
vs.                            ) Criminal Number
                            ) 1:06CR00001
CARLOS DAVID CARO            )

**ORDER**

Upon motion by the defendant Carlos David Caro and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion for Appointment of Counsel is granted.  The Court,

pursuant to 18 U.S.C. § 3599, appoints Jon M. Sands, Federal Public Defender for the District of

Arizona, as lead counsel, and Larry Shelton, Federal Public Defender for the Western District of

Virginia as co-counsel to represent defendant  Carlos David Caro.  Attorneys assigned to work on

this case from each office shall file notices of appearance with the Court.  This appointment is

conditioned upon a denial by the Supreme Court of defendant's pending *Petition for Writ of*

*Certiorari*, and shall take effect immediately upon such denial.

        ENTERED:   This _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

1