UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal Number |
| | ) 1:06CR00001 |
| CARLOS DAVID CARO | ) |

### ORDER

Upon motion by the defendant Carlos David Caro and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion for Appointment of Counsel is granted.  The Court, pursuant to 18 U.S.C. § 3599, appoints Jon M. Sands, Federal Public Defender for the District of Arizona, as lead counsel, and Larry Shelton, Federal Public Defender for the Western District of Virginia as co-counsel to represent defendant  Carlos David Caro.  Attorneys assigned to work on this case from each office shall file notices of appearance with the Court.  This appointment is conditioned upon a denial by the Supreme Court of defendant's pending *Petition for Writ of Certiorari*, and shall take effect immediately upon such denial.

ENTERED:   This 11th day of May, 2011.

s/s James P. Jones
UNITED STATES DISTRICT JUDGE