UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA,      )
                               )
vs.                            )  Criminal Number
                               )  1:06CR00001
CARLOS DAVID CARO              )

**NOTICE OF APPEARANCE**

Pursuant to the Court's order dated May 11, 2011, (Dkt. No. 768), the Office of the Federal Public Defender hereby gives notice that Karen M. Wilkinson and Robin C. Konrad will appear as counsel on behalf of defendant, Carlos David Caro.

Respectfully submitted this 11th day of May, 2011.

s/ Karen M. Wilkinson
Jon M. Sands
Federal Public Defender
Karen M. Wilkinson (Arizona Bar No. 014095)
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, AZ 85007
Ph: 602-382-2700
Fax: 602-889-3960
Email: karen_wilkinson@fd.org
Email: robin_konrad@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send the notification of such filing to the following: Anthony Giorno, AUSA.

s/ Michelle Young
Legal Assistant
Capital Habeas Unit