IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION


UNITED STATES OF AMERICA,                :
                                                                 :
                                                                 :
                                                                 : Docket No. 1:06CR00001
v.                                                               :
                                                                 :
CARLOS DAVID CARO                        :
_____  :


# NOTICE OF APPEARANCE


Fay F. Spence, Esq., First Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

Respectfully submitted,

Carlos David Caro


By:  s/ Fay F. Spence
         Of Counsel


Fay F. Spence, Esquire
Virginia State Bar No. 27906
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia  24011
Ph. (540) 777-0880
Fax (540) 777-0890
         *Counsel for defendant Carlos David Caro*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2011, I served the foregoing notice of appearance on the Anthony Giorno, United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709, by electronic filing and on the same date, I caused the original thereof to be filed electronically with Julia C. Dudley, Clerk, United States District Court, 210 Franklin Road, S.W., Roanoke, Virginia 24011.

s/ Fay F. Spence