## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

**v.**                                                    **CASE No.: 1:06CR1**

**CARLOS DAVID CARO**

### NOTICE OF APPEARANCE

Pursuant to the Court's order dated May 11, 2011, (Dkt. No. 768), the Office of

the Federal Public Defender hereby gives notice that Brian Jackson Beck, Assistant

Federal Public Defender will appear as counsel on behalf of the defendant, Carlos David

Caro.

Respectfully submitted this 12th day of May, 2011.

> Brian J. Beck
> By Counsel

s/Brian J. Beck
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
276- 619-6080
Virginia Bar No. 78049
brian_beck@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing document was filed electronically

using the CM/ECF filing system and will be forwarded to Anthony Giorno, Assistant

United States Attorney this the 12th day of May, 2011.

> s/ Brian J. Beck