## THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )   Case No. 1:06CR00001 |
| v. | )   Case No. 2:03CR10115 |
| | )   Case No. 2:05MC00001 |
| **CARLOS DAVID CARO**, | ) |
| | )   **ORDER** |
| Defendant. | ) |
| | )   By:  James P. Jones |
| | )   United States District Judge |
| | ) |

In contemplation of a motion under 28 U.S.C. § 2255, the defendant, by counsel, seeks production by the Clerk of copies of the CJA vouchers submitted in the  above-numbered cases.  It appearing proper, the Clerk is directed to provide such copies to counsel for the defendant.  Counsel for the defendant must use such copies and the information contained therein solely in connection with counsel's representation of the defendant as indicated and must not divulge such copies or the information contained therein other than in the course of such representation of the defendant,  without prior leave of court.

It is so **ORDERED**.

ENTER: May 22, 2012

/S JAMES P. JONES

United States District Judge