IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06CR00001-JPJ |
| | ) | |
| CARLOS DAVID CARO, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO FILE 2255 MOTION AND EXHIBITS UNDER SEAL

COMES NOW the defendant, Carlos David Caro, by counsel, pursuant to Fed. R. Crim. P. 49.1 (d) and (e) and Rule 12 of the Rules Governing Section 2255 Proceedings, and respectfully moves for leave to file his Motion For Collateral Relief Pursuant to 28 U.S.C. § 2255 ("2255 Motion") and attached Exhibits under seal.  As grounds for this motion, defendant respectfully states as follows:

1.     On January 8, 2013, Petitioner will file his 2255 Motion with this Court.

2.     Petitioner intends to file exhibits with his 2255 Motion that should be placed under seal to protect individual privacy, to protect the Government's security and other interest in Bureau of Prisons information that is not publicly available, and to comply with prior court orders of non-disclosure.  Specifically, Petitioner intends to file (1) juror questionnaires and affidavits; (2) grand jury testimony of certain individuals in this and related criminal cases, provided to defense counsel in discovery and under non-disclosure orders; and (3) BOP confidential reports of investigation and other documents that are not publicly available and were provided to defense counsel in discovery under a non-disclosure order.

3.   Because these Exhibits are cited and quoted throughout the 2255 Motion, defendant wishes to respect the spirit of confidentiality by sealing the 2255 Motion, as well as the Exhibits, until the Government's attorney has the opportunity to confer with counsel on which parts of the 2255 Motion, if any, should be redacted before the 2255 Motion is filed in the public record.

4.   Opposing counsel, First Assistant United States Attorney Anthony Giorno, has been consulted by counsel and he has no objection to this motion.

WHEREFORE defendant respectfully asks that this motion be granted.

By s/ Karen M. Wilkinson
Jon M. Sands
Federal Public Defender
Karen M. Wilkinson (Arizona Bar No. 014095)
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
karen_wilkinson@fd.org
robin_konrad@fd.org
Telephone:  602-382-2816
Facsimile:  602-889-3960

Fay F. Spence, Esquire (Virginia State Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Telephone:  540-777-0880
Facsimile:  540-777-0890

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Telephone:  276- 619-6080

Attorneys for Defendant
Carlos David Caro

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2013, I electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to Anthony Giorno, First Assistant United States Attorney, counsel for the United States.

s/Stephanie Bame
Legal Assistant
Capital Habeas Unit