IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06CR00001-JPJ |
| | ) | |
| CARLOS DAVID CARO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

CAME THIS DAY the parties, upon Defendant's Unopposed Motion to File 2255 Motion and Exhibits Under Seal.

UPON CONSIDERATION whereof, it appearing that the privacy of individual jurors and the Government's legitimate interest in the confidentiality of certain materials justify the request, it is hereby ORDERED that the Defendant's Motion is:

GRANTED.

This Order is entered with the understanding that Defendant's Motion for Collateral Relief and Exhibits, will be refiled in the public record at a later time, after counsel for the Government and Defendant have conferred on appropriate redaction needed to the motion and any exhibits to ensure the privacy, confidentiality, and security.

ENTERED this _____ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE