IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 0 8 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:06CR00001 |
| v. | ) | **ORDER** |
| | ) | |
| CARLOS DAVID CARO, | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

This matter is before the court on Defendant's Unopposed Motion to File 2255 Motion and Exhibits Under Seal.  *See* 28 U.S.C.A. § 2255 (West Supp. 2012).  As it appears from the Motion that the privacy of individual jurors and the United States' legitimate interest in the confidentiality of certain materials justify Defendant's request, it is hereby **ORDERED** that the Defendant's Motion is GRANTED to the extent that Defendant may file his § 2255 Motion and Exhibits under seal, but SHALL within 60 days thereafter refile these materials on the public record with appropriate redactions to be approved by the court after counsel for the United States and Defendant confer to address privacy, confidentiality, and security interests.

ENTER:  January 8, 2013

United States District Judge