# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 1:06CR00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARLOS DAVID CARO, | ) | By:  James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

The defendant has filed a Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255.  Upon initial consideration of the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, it is **ORDERED** as follows:

1. The United States Attorney must file an answer, motion, or other response to the motion no later than March 11, 2013; and

2. The defendant may submit a reply to the answer or other pleading within 30 days of service thereof.

ENTER:   January 9, 2013

/s/ James P. Jones
United States District Judge