IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA :
 :
 :
v. : Court No.: 1:06cr00001
 :
CARLOS DAVID CARO :
 :

## MOTION FOR EXTENSION OF TIME

COMES NOW the United States, by and through its counsel, Assistant United States Attorney Jean B. Hudson, and in support of its Motion for Extension of Time, states as follows:

(1) On February 1, 2007, Carlos David Caro was convicted of murdering fellow inmate Roberto Sandoval, after a jury trial in United States District Court, Abingdon, Virginia. On March 30, 2007, the Hon. James P. Jones, United States District Judge, sentenced Caro to death, in accordance with the jury's verdict.

(2) Caro appealed his conviction to the United States Court of Appeals for the Fourth Circuit, and on August 16, 2010, that Court affirmed his conviction and sentence. *United States v. Caro*, 597 F.3d 608, reh'g denied, 614 F.3d 101 (4th cir. 2010). Caro appealed to the Supreme Court, and on January 9, 2012, his petition for certiorari was denied. *Caro v. United States*, 132 S.Ct. 996 (2012).

(3) On January 8, 2013, Caro filed a petition for relief pursuant to 28 U.S.C. § 2255, and on January 14, 2013, this Court entered an Order directing the United States to respond by March 11, 2013.

(4) Caro's petition is voluminous, at 198 pages, including the certificate, and raises

sixteen separate issues, with numerous sub-issues, all set forth in the five-page Table of Contents.   In addition, there are over 800 pages of exhibits attached to Caro's petition.  Caro has also filed a separate motion for relief under § 2255, in another case, No. 2:03CR1-115, which case Caro references in this petition with regard to certain of the issues he raises.

(5)    Further, the United States expects that it will be requesting additional discovery from Mr. Caro's counsel, and that there will be further requests for discovery from Mr. Caro, and that it is likely that  an evidentiary hearing will be necessary in order to fully develop some of the evidence.   Because of the extensive background of the case, and the great volume of material from  the underlying proceedings, including the trial and full appellate record,  in addition to the extensive pleading and numerous exhibits in this case, as well as the necessity to obtain or develop additional evidence in this case, the United States is requesting additional time in which to respond to Mr. Caro's petition.

For all the foregoing reasons, the undersigned Assistant United States Attorney requests an extension of time of ninety days in which to file its response.   Counsel for Mr. Caro, Karen M. Wilkinson, Assistant Federal Public Defender, has been notified of the government's request, and has indicated that she has no objection to an extension of ninety days.[1]

Respectfully submitted,

---

[1]The government has likewise represented that it will not object to any request by Caro's counsel for additional time in which to formulate his reply to the government's response.

TIMOTHY J. HEAPHY
United States Attorney


/s/Anthony P. Giorno
Anthony P. Giorno
First Assistant United States Attorney

s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney


## <u>CERTIFICATE OF SERVICE</u>


I hereby certify that on March 5, 2013, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court using the CM/ECF System which will send notice and constitute service, of such filing to the following registered CM/ECF user: Karen M. Wilkinson, Assistant Public Defender and Counsel for the Appellant.

s/ Jean B. Hudson
Jean B. Hudson
Assistant United States Attorney