IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 07 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES OF AMERICA        :
                                :
                                :
        v.                      :        Court No.: 1:06cr00001
                                :
CARLOS DAVID CARO               :
                                :

## ORDER

The United States has moved the court for an extension time to file a response to the petitioner's motion for relief under 28 U.S.C. § 2255. The motion for extension of time is not opposed by the petitioner.

And it appearing to the court that the motion of the United States sets forth sufficient bases to support its request for an extension of time, it is hereby ORDERED that the time for filing a response by the United States to the petition is extended until June 11, 2013.

Enter this __7__ day of March, 2013.

James P. Jones
United States District Judge