IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CR00001 |
| | ) | |
| CARLOS CARO, | ) | |
| | ) | |
| Defendant. | ) | |

**REPLY TO COURT'S ORDER DIRECTING RESPONSE CONCERNING
SEALED EXHIBITS**

In response to the Court's order directing the parties to "file a supplemental memorandum, describing the privacy, confidentiality, or security interest that would be served" by sealing the exhibits referenced in the order, the United States, by counsel, submits the following:

1. The United States has no objection to the unsealing of Exhibits 27, 56, 57 or 60.

2. The United States requests that Exhibits 25 and 26 remain sealed. The government acknowledges that the witness to whom the exhibits relate testified publically and in open court to the substance of the documents.  However, the United States submits that the unsealing and public dissemination of Exhibits 25 and 26, which memorialize and confirm his cooperation against Caro, present an additional risk to the witness's security.  These exhibits, if unsealed, will be readily accessible to the public (including gang members and inmates in federal and state penal institutions) through the court's ECF system and may, thereafter, be printed and disseminated to individuals who might seek to harm the witness or his family.  The written words of the witness are much stronger evidence of his cooperation than oral representations by Caro and others concerning the substance of the witness's cooperation.  By

contrast, keeping the exhibits sealed will not unduly interfere with the administration of justice in this case. The United States urges the court to weigh the interests of the public against the security risks to the witness if the exhibits are unsealed. The government further urges the court to find that the safety of the witness constitutes a significant countervailing interest that outweighs the public's interest in openness, and to keep Exhibits 25 and 26 sealed.

3. Counsel for the United States has spoken with counsel for Caro. They have advised that they do not object to the unsealing of Exhibits 25-27, 56, 57 or 60.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

Date: March 19, 2013

/s/ Anthony P. Giorno
Assistant United States Attorney
Virginia State Bar No. 15830
P.O. Box 1709
Roanoke, VA 24008-1709
Tel: (540) 857-2250; Fax: (540) 857-2283
Email: anthony.giorno@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on March 19, 2013, I caused this **REPLY TO COURT'S ORDER DIRECTING RESPONSE CONCERNING SEALED EXHIBITS** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel of record.

/s/ Anthony P. Giorno
Assistant United States Attorney