**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CARLOS DAVID CARO,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

The parties have responded to the court's order of March 12, 2013 (ECF No. 787) regarding the sealing of certain exhibits to the Motion for Collateral Relief. Upon consideration of the response, I accept the parties' requests, and the clerk is directed as follows:

1. File the defendant's redacted Motion for Collateral Relief on the public record;

2. File exhibits numbered 29 through 47 (ECF Nos. 782-29 through 782-47) on the public record as redacted;

3. The following exhibits must remain under seal: No. 25 (ECF No. 782-25), No. 26 (ECF No. 782-26), No. 28 (ECF No. 782-28), No. 50 (ECF No. 782-50), No. 51 (ECF No. 782-51), No. 58 (ECF No. 782-58) and No. 59 (ECF No. 782-59);

4. All remaining exhibits are to be unsealed.  This encompasses Nos. 1-24 (ECF Nos. 782-1 through 782-24), No. 27 (ECF No. 782-27), No. 48 (ECF No. 782-48), No. 49 (ECF No. 782-49), No. 52 (ECF No. 782-52), No. 53 (ECF No. 782-53), No. 54 (ECF No. 782-54), No. 55 (ECF No. 782-55), No. 56 (ECF No. 782-56), No. 57 (ECF No. 782-57), and No. 60 (ECF No. 782-60).

It is so **ORDERED**.


ENTER:   March 22, 2013

/s/  James P. Jones
United States District Judge