# EXHIBIT 2

# EXHIBIT 2

## DECLARATION OF JOSEPH BLAND

I, Joseph Bland, Bureau of Prisons Register Number 18575-076, do make oath and swear that:

1. In 2003, I was incarcerated by the Bureau of Prisons serving a 57 month sentence for federal criminal charges related to firearm transportation.

2. On December 17, 2003 I was housed in cell 146 in the Special Housing Unit on C Range at USP Lee with a Black male inmate.

3. Cell 146 was directly across the hall from cell 123 on C Range in the Special Housing Unit at USP Lee. I have identified cell 146 and cell 123 on the schematic and photographs attached as Exhibit A.

5. On December 17, 2003 my cell mate and I were sitting down at the ~~table~~ bed -JB in our cell playing cards and talking. We did not see or hear anything related to the murder that occurred across the Special Housing Unit hallway in cell 123. We had been playing cards for at least 30 minutes when our attention was drawn to the cell door window as the Corrections Officers passed by and then later opened the door to cell 123. Both myself and my cell mate were completely unaware of the incident until inmate Sandoval was removed from the cell.

6. My cell mate was not standing by the door prior to inmate Sandoval being removed from cell 123. My cell mate could not have witnessed any part of the incident. ~~I have indicated on the schematic of a cell in the Special Housing Unit at USP Lee which is attached as Exhibit B where myself and my cell mate were playing cards at in the cell.~~ JB It is impossible to see out the cell door window and into another cell from the position where we were sitting playing cards.

7. I remained in the Special Housing Unit at USP Lee for a couple days after the incident until I was released to general population. I transferred out of USP Lee in approximately 2007.

Date and Signed Under Penalty of Perjury

_Joseph Bland_
Joseph Bland

_4/20/12_
Date

State of Georgia
County of Fulton

The foregoing Declaration of Joseph Bland, was acknowledged before be this _20th_ th day

of April, 2012, by Joseph Bland, Bureau of Prisons Register Number 18575-076.

_Susan Richardson_
Notary Public

Susan A. Richardson
Commonwealth of Virginia
Register Number 4045779
My Commission Expires
_11-30-15_

# EXHIBIT A

# to Declaration of

# Joseph Bland

SEALED



U.S. v. Carlos Caro
Map.01

EXHIBIT

A

FPD-VA-5

# EXHIBIT B

# to Declaration of

# Joseph Bland





CELL 123 Wall 4 High
DATE: December 18, 2003
LOCATION: Special Housing Unit U.S.P. Lee County
TIME: 11:00p.m.
PHOTOGRAPHER: D. Mrad, Intelligence Officer

J.B    4/20/12

DB-116013