# EXHIBIT 6

# EXHIBIT 6

## DECLARATION OF JOSEPH RASNIC, ESQUIRE
## PURSUANT TO 28 U.S.C. § 1746

I, Joseph Rasnic, do make oath and swear:

1.  I am an attorney licensed by the Commonwealth of Virginia.

2.  In October 2003 I was appointed to represent Gilberto Jaramillo in Western District of Virginia Case Number 2:03cr10110. Mr. Jaramillo was charged with Conspiracy to Commit Murder, Assault with Intent to Commit Murder and Possession of a Weapon in Prison.

3.  Mr. Jaramillo and his co-defendant, Edgar Garcia, were both charged as a result of an attack on another inmate with sharpened homemade prison weapons at USP Lee. The attack was captured on USP Lee security video.

4.  The victim of the attack suffered numerous superficial injuries.

5.  Both my client, Gilberto Jaramillo, and his co-defendant, Mr. Garcia, chose to take their cases to trial. At trial both defendants were found guilty of Possession of a Weapon in Prison and were acquitted of the Conspiracy to Commit Murder and Assault with Intent to Commit Murder charges.

6.  The defense presented at trial on behalf of both defendants was that the superficial injuries indicated that there was no intent to murder the victim.

I declare under penalty for perjury that the foregoing is true and correct.

Executed on ___11/30/12___.

Joseph Rasnic

1