# EXHIBIT 9

# EXHIBIT 9

## DECLARATION OF JAMES SIMMONS

I, James Simmons, declare under penalty of perjury the following:

1.      I am an attorney and have a license a practice in Tennessee.  I have been practicing law since October 1982.

2.      I, along with Stephen Kalista, represented Carlos Caro in his capital murder case, No. 06-cr-00001-JPJ-1, in the United States District Court for the Western District of Virginia.

3.      When I was appointed to represent Mr. Caro, I had represented approximately twenty (20) capital defendants at various stages of proceedings, including pretrial and post-conviction.

4.      I have met with Mr. Caro's current counsel and reviewed various portions of his case file. I have also reviewed the declaration signed by Stephen Kalista related to our representation of Mr. Caro. I concur with the information provided in Mr. Kalista's declaration.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JAMES A. SIMMONS

12/29/12
Date

STATE OF TENNESSEE    )
COUNTY OF SUMNER    )

Personally appeared before me, the undersigned Notary Public, the within named JAMES A. SIMMONS, with whom I am personally acquainted or was proved to me on the basis of satisfactory evidence, and who acknowledged that he executed the within instrument for the purposes therein contained.

SWORN and SUBSCRIBED to before me on this the 29 day of December, 2012.

_____
NOTARY PUBLIC
My Commission Expires:  02/26/2013

LOUIS W. OLIVER III
STATE OF TENNESSEE NOTARY PUBLIC
SUMNER COUNTY, TN