# EXHIBIT 10

# EXHIBIT 10

## Declaration of D. Malcolm Spica, Ph.D.

I, D. Malcolm Spica, do state the following:

1.  My name is D. Malcolm Spica. I have both a Master's Degree and a Doctorate in clinical psychology; my clinical practice and research have focused on neuropsychology, in which I served an internship approved by the American Psychological Association and recognized by the Division 40 (Neuropsychology). My current curriculum vitae is attached hereto as Exhibit A.

2.  I was retained by defense counsel in the case United States v. Caro, 06-cr-00001, in the United States District Court for the Western District of Virginia. I was retained to evaluate the information processing aspects of Mr. Caro's status via conventional neuropsychological examination. I have attached the curriculum vitae I submitted at the time I was retained as Exhibit B.

3.  When I was retained, this was either my first capital case or I may have been working on another capital case at the same time. At the time, I had never testified as an expert in a criminal case.

4.  I conducted neuropsychological testing of Mr. Caro. I saw Mr. Caro twice in June 2006, and prepared a report outlining my findings. I have attached my report hereto as Exhibit C.

5.  Based on my testing, I concluded that Mr. Caro has cognitive deficits clinically described as front lobe dysfunction.

6.  As is typically the case in my forensic work, it was beyond the scope of my role to conduct a full psycho-social history of Mr. Caro's background. Rather, it was my understanding that I was to perform the testing and describe how Mr. Caro's brain dysfunction impacts him. I recommended that a forensic psychiatrist be consulted so that my findings could be integrated with an assessment of Mr. Caro's psychiatric, neurocognitive, and adaptive functions.

7.  I recall having a conference call with the trial defense team after I evaluated Mr. Caro. They informed me that they would possibly need me to testify and that they would be in touch. At some point, however, I received a call

letting me know that they would not need me to testify. I think it may have been a voicemail message. I do not recall an explanation as to why they would not need me. I was not asked to formulate an opinion on the Government's experts, Dr. Phillips or Dr. Montalbano, and at that time I was not provided their work to review.

8.   If I had been asked to testify at Mr. Caro's trial, I would have testified to the information that I have described in my report. I would have explained that, practically speaking, Mr. Caro's reasoning abilities are at the level of a ten-year-old when conditions are calm and controlled. But those skills are unstable. If conditions are chaotic and he has to perform under pressure, Mr. Caro performs at a much lower level due to three mental deficits, typically associated with frontal lobe dysfunction; Management of information; Maintaining cognitive set; Concept formation. Overall, Mr. Caro's results provided converging and consistent evidence of cerebral frontal lobe dysfunction. Persons with frontal lobe dysfunction tend to have difficulty organizing, processing, and comprehending new information provided to them. Further, Mr. Caro's detected difficulty with concept formation results in poor understanding of cause-and-effect relationships.

9.   In 2012, I was provided a copy of the Report of Forensic Evaluation prepared by Robert T.M. Phillips, M.D., Ph.D., D.F.A.P.A. on behalf of the Government in Mr. Caro's case.

10.  Paul Montalbano, Ph.D., conducted limited neuropsychological testing of Mr. Caro. Relying in part on Dr. Montalbano's testing, Dr. Phillips concluded that Mr. Caro does not suffer from brain impairment. This conclusion is faulty for two reasons.

11.  First, Dr. Montalbano did not administer multiple tests for executive functioning. This was essential, as executive functioning represents Mr. Caro's chief deficit and indicator of frontal lobe dysfunction. The reason those tests were omitted is unclear, as they are part of the typical neuropsychological examination.

12.  Second, Dr. Montalbano administered the tests less than six months after I performed my tests. This is problematic due to the phenomenon of practice effect, which is the issue that prior exposure to tests can artificially increase a person's performance on those tests, as they have become familiar with the task and learned how to respond correctly. That is, the validity of Mr. Caro's

results with Dr. Montalbano was compromised by his recent exposure to the test stimuli.

13. Had I been a witness at Mr. Caro's trial, I would have testified as set forth above that Dr. Montalbano's testing was not sufficiently comprehensive to test for executive functioning, that the validity of any results was suspect as they were administered too close in time to the tests I administered, and that Dr. Phillips's conclusions based upon those tests would accordingly be faulty.

I declare under penalty of perjury that the foregoing is true and correct.

_____
D. Malcolm Spica, Ph.D.

_____1/4/13_____
Date

# EXHIBIT A

# to Declaration of

# D. Malcolm Spica

## D. MALCOLM SPICA, PH.D.

### Curriculum Vitae

SPICA PSYCHOLOGY, PLLC
220 Fort Sanders West Boulevard
Medical Office Building 2, Suite 300
Knoxville, Tennessee   37922
Tel. 865.531.9088
Fax.865.531.9089

Tennessee Health Service Provider License #2558
Michigan Clinical Psychologist License #6301008473

### EDUCATION

| | | | |
|---|---|---|---|
| 1986 | Bachelor of Science Degree with Distinction | Major:  Psychology University of Michigan Ann Arbor, Michigan | |
| 1991 | Master of Arts Thesis Title: "Detecting Late-Life Forgetfulness Using the Brief SDAT Battery." | Clinical Psychology Michigan State University East Lansing, Michigan | |
| 1994 | Doctor of Philosophy Dissertation Title: "Use of Executive Control in Accessing Episodic and Semantic Memory in Patients with Alzheimer's Dementia." | Clinical Psychology Michigan State University East Lansing, Michigan | |

### CURRENT POSITIONS

**July 2011 - 2009**   **President – Knoxville Area Psychological Association**,
Director and Voting board member of the Knoxville Area Psychological Association to advance psychology on the city and state level, as well as to enhance the effectiveness of members as scientists and practitioners in the practice of psychology.

**Jan. 2007 - 2009**   **Vice President - East Tennessee - Tennessee Psychological Association**,
Represent East Tennessee as a voting board member of the Tennessee Psychological Association to advance psychology on the national and state level, as well as to enhance the effectiveness of members as scientists and practitioners in the practice of psychology.

**Jan. 2005 - Present**   **Medical Consultant - Neuropsychology**  – UnumProvident Insurance Corporation,
Chattanooga TN.  Conduct reviews of medical records to determine neurobehavioral status of claimants in complex cases of long-term disability.  Evaluate forensic evidence adduced in medico-legal cases for disability determinations/settlements.

MALCOLM SPICA, PH.D.   Page, 2

**June 2004 -**    **Chief Neuropsychologist** – <u>Behavioral Medicine Institute, P.C.</u>, Knoxville Tennessee
**Present**    Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning.  Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions.

**Jan. 2006 -**    **Consulting Neuropsychologist** – <u>Catholic Diocese of Knoxville</u>, Tennessee
**Present**    Conduct screening examinations of seminary candidates to determine character and fitness to serve.  Make recommendation about formation and possible follow-up treatment.

**Nov. 1998 -**    **Chief Psychologist** - <u>Montcalm Center for Behavioral Health</u>, Stanton Michigan
**2009**    Supervise Masters Level psychologists in the treatment of individuals and families with psychological disorders and generalized problems of living.  Provide psychological and neuropsychological examinations to patients with difficult diagnostic presentations.

**Nov. 2001 -**    **Consulting Neuropsychologist** – <u>Michigan Rehabilitation Services</u>, Lansing Michigan
**2009**    Conduct examinations of participates in a variety of rehabilitation programs funded by the state of Michigan.  Determine the participants' current and potential levels of functioning.

**Sept. 2001-**    **Director/Owner - Clinical Neuropsychologist** – <u>Spica Psychology, PLLC</u>, Knoxville, Tennessee
**Present**    Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning.  Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions.

**Jan. 2004 -**    **Consulting Neuropsychologist** – <u>Catholic Diocese of Lansing</u>, Michigan
**2009**    Conduct screening examinations of seminary candidates to determine character and fitness to serve.  Make recommendation about formation and possible follow-up treatment.

**Dec. 1997 -**    **Consulting Neuropsychologist** – <u>Sacred Heart Mercy Health Care Center</u>, Alma Michigan
**2008**    Conduct examinations of clergy, seminarians, and nuns referred to the Scared Heart Health Care for treatment or evaluation.  Psychodiagnostic procedures assess a broad range of conditions including paraphilias, personality disorders, and cognitive dysfunction.

**April 1995 -**    **Lecturer** Human Medicine: Disorders of Development & Behavior - <u>College Of Human Medicine</u>,
**2005**    <u>Michigan State University</u>, East Lansing Michigan.
Provide lectures to second year medical students on topics including learning disorders and attentional disorders.  Also provided original manuscript for course content and authored examination items for course (Human Medicine 512 Disorders of Development & Behavior Domain)

**Sept. 1993-**    **Director - Clinical Neuropsychologist** - <u>Neurobehavioral Associates, P.C.</u>, Okemos, Michigan
**2001**    Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning.  Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions.  Organize a comprehensive data set gathered from patients with cortical dementia.

**Nov. 2000 -**    **Pediatric Neuropsychology Supervisor** – <u>Department of Psychology, College of Social Science</u>,

**2001**  Michigan State University, East Lansing Michigan.
Supervise graduate students in the clinical psychology program during their clinical assessments of children with a wide variety of neurocognitive disorders.

**Spring 2000** **Adjunct Assistant Professor** – Department of Psychology, College of Social Science, Michigan State University, East Lansing Michigan.
Instructor for Behavior Disorders Course.  The course covers diagnostic and treatment issues for the broad range of neurobehavioral syndromes; course designed for doctoral students in their first year of training.

**Fall 1998-**
**2004**  **Preceptor - Problem Based Learning Program** – College Of Human Medicine, Michigan State University, East Lansing Michigan.
Facilitate the Problem Based Learning process for second year medical students as they attempt to diagnose and treat hypothetical clinical cases presented to them in step-wise fashion. Their training requires reviewing principles of scientific method, logical/diagnostic reasoning, and resource utilization as well as group dynamics.

**April 1995-**
**2004**  **Adjunct Assistant Professor** - Department of Psychiatry, Michigan State University, East Lansing Michigan.
Teach the weekly Neuropsychiatry Seminar Series to medical residents in their third year of psychiatry residency.  The seminar covers diagnostic and treatment issues for the broad range of neurobehavioral syndromes psychiatrists encounter in clinical work.

### CLINICAL EXPERIENCE:

**Sept. 1992-**
**Aug. 1993** **Neuropsychology Intern** - Long Island Jewish Medical Center-Hillside Hospital, Glen Oaks, New York.
Conducted neuropsychological assessments of inpatients and outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Treated persons through individual psychotherapy using a variety of insight-oriented approaches (psychodynamic and cognitive-behavioral).  Training also included participation in the Comprehensive Epilepsy Evaluation Clinic, supervised assessments in the Pediatric Neuropsychology Service, and weekly individual sessions of cognitive rehabilitation for patients with schizophrenia.  The site complies with all APA requirement guidelines including Division 40 guidelines for clinical neuropsychology pre-doctoral internship.

**June 1991-**
**Sept 1992** **Assessment Liaison** - Michigan State University Learning Disabilities Program; Office of Programs for Handicapper Services/MSU Psychological Clinic, East Lansing Michigan.
Trained graduate students in the administration and reporting of a broad selection of neuropsychological measures. Coordinated, supervised, and conducted neuropsychological/ psychoeducational assessments of MSU students referred for learning disabilities.  Organized a comprehensive data set gathered from college-aged learning disabled individuals and matched normal controls.

**Sept. 1991-**
**Sept. 1992** **Neuropsychology Consultant-Trainee** - Neurobehavioral Clinic and Research Center (Michigan State University/Department of Psychiatry), East Lansing Michigan.

Conducted neuropsychological assessments of outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Organized a comprehensive data set gathered from patients with cortical dementia.

**June 1989-** **Inpatient and Outpatient Assessment Coordinator** - Michigan State University
**Sept 1992** Psychological Clinic, East Lansing Michigan.
Trained graduate students in the administration and reporting of a broad and flexible battery of neuropsychological and personality measures. Coordinated, supervised, and conducted neuropsychological/ personality assessments of patients referred from Lansing General Hospital, Ingham County Medical Center, as well as from private physicians in the community.

**March 1989-** **Teaching Assistant** - Neuropsychology Assessment Laboratory 852B (3 credit graduate level
**June 1991**; course), Clinical Psychology Program - Michigan State University Graduate School, East Lansing Michigan.

**Sept. 1989-** **Psychotherapy Trainee** (Practicum Student) - Michigan State University
**July. 1991** Psychological Clinic, East Lansing Michigan.
Conducted insight-oriented individual psychotherapy with outpatient community members seeking services from the MSU Clinic.

**June 1989-** **Neuropsychology Consultant-Trainee** - Ingham Medical Center/
**Sept. 1991** Michigan State University Psychology Graduate Program, Lansing, Michigan.
Conducted neuropsychological examinations of inpatients from general medical units and produced diagnostic reports of their functioning.

**June 1990-** **Student Trainee** - Neuropsychology Program (Department of Psychiatry),
**Sept. 1990** University of Michigan Medical Center, Ann Arbor, Michigan.
Conducted neuropsychological assessments of outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Organized a comprehensive data set gathered from patients with Alzheimer's dementia and isolated memory impairment.

**June 1989-** **Neuropsychology Consultant-Trainee** - Tamarack Head Injury Rehabilitation Center
**Sept. 1989** East Lansing Michigan.
Conducted neuropsychological assessments of outpatients and rehabilitation center residents with a variety of conditions resulting from traumatic brain injury and produced diagnostic reports/treatment plans. Organized data set gathered from patients with mild head injuries.

**June 1988-** **Student Trainee** - Battle Creek Veterans Administration Medical Center,
**Sept. 1988** Neuropsychology/Department of Psychology, Battle Creek, Michigan.
Conducted neuropsychological assessments of inpatients and outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning.

**Dec. 1986-** **Neuropsychology Testing Technician** - Neuropsychology Program
**June 1988** (Department of Psychiatry), University of Michigan Medical Center,
Ann Arbor, Michigan.
Administered neuropsychological assessment batteries to outpatients and inpatients with a wide range of neurological and psychiatric conditions.

**Jan. 1986-** **Neurology Volunteer** - Neurology Inpatient Unit [Spinal Cord

MALCOLM SPICA, PH.D.   Page, 5

**April 1988**    Rehabilitation Program] Department of Neurology, University of Michigan Medical Center, Ann Arbor, Michigan.
Assisted in the general care for acute spinal- and brain-injured patients.

**Jan. 1985-**    **Mental Health Volunteer** - Psychiatry Adult Inpatient Unit [Depression
**April 1985**    Clinical Studies Program] Department of Psychiatry, University of Michigan Medical Center, Ann Arbor, Michigan.
Facilitated treatment plans through engaging patients in social tasks, activities and outings.
Conducted one-to-one observations for suicidal individuals.

**Jan. 1983-**    **Mental Health Volunteer** - Project Outreach - Child Development Center,
**April 1983**    University of Michigan, Dearborn, Michigan.
Supervised activities and lesson plans for healthy children ages 3 through 6 from the community.
Administered Stanford-Binet Intelligence Scale tests.

**Feb. 1981-**    **Mental Health Worker** - Ardmore Acres Psychiatric Hospital, Farmington, Michigan
**May 1981**    Implemented the direct care of psychiatric patients as prescribed by staff psychiatrists, including maintenance of medication schedules, supervision of activities and visitation, charting of vital signs, and continuous formal reporting of patient behavior.

## RESEARCH EXPERIENCE

**Sept. 1990-**    Spica, D.M. (1994).  Use of executive control in accessing episodic and semantic memory in
**Sept. 1994**    patients with Alzheimer's dementia. Unpublished dissertation, Michigan State University, East Lansing.

**Sept. 1988-**    Spica, D.M. (1991).  Detecting late-life forgetfulness using a brief SDAT battery.
**June 1991**    Unpublished master's thesis, Michigan State University, East Lansing.

**Sept. 1988-**    **Research Consultant -** Michigan State University - Department of Psychology/Clinical
**Sept. 1994**    Aging Research Project, East Lansing Michigan.
Train students in testing procedures and analyze data for ongoing study investigating the relationships of mood, memory, and physical health in normal aged persons.
Norman Abeles, Ph.D. - Principal Investigator

**June 1989-**    **Research Consultant** - Ann Arbor Veterans Administration Medical Center,
**Sept. 1989**    Neuropsychology/Department of Psychology. Ann Arbor, Michigan.
Recruited and ran subjects for an ongoing study of eye-tracking and attention.
Henry Buchtel, Ph.D.- Principal Investigator

**May 1986-**    **Research Consultant** - Neuropsychology Program (Department of Psychiatry)/
**Dec. 1988**    Department of Neurology, University of Michigan Medical Center, Ann Arbor, Michigan.
Constructed computer file and processed data for ongoing study investigating the relationship of neurologic symptoms and neuropsychometric performance in patients with Alzheimer's Disease.

## GRANTS

**1991**    Coping with aging:  Quality of life among nursing home residents.  With N. Abeles, P.S. Fastenau, & L.A. Domitrovic.  Not funded.  Submitted to Sigma Kappa Foundation, Inc.,    Indianapolis, IN.

**1990**   Wechsler adult intelligence score patterns in learning disabled college students.  Not funded.  Submitted to the Michigan Health Care Education and Research Foundation, Detroit, MI.

**1989**   Detecting age-associated memory impairment using the brief SDAT battery.  Awarded by the Michigan Health Care Education and Research Foundation, Detroit, MI.

**1988**   Summer Traineeship (first ever without graduate education).  Awarded by the Veterans Administration, Washington, D. C.

**1986**   Altered metabolism in olivopontocerebellar atrophy studied with positron-emission tomography.  With S. Berent.  Awarded by the University of Michigan Medical School Summer Research Foundation, Ann Arbor, Michigan.

### RESEARCH PRESENTATIONS

Stawicki, J.A., Spica, D.M., Lount, R. (2001) The Importance of Thorough Examinations for Evaluation of Attention Deficit-Hyperactivity Disorder.  Poster presented at the meeting of the American Psychological Association, San Francisco.

Spica, D.M., Klotz, M, & Abeles, N. (Submitted).  Use of executive control in accessing episodic and semantic memory in patients with Alzheimer's dementia.  Poster submitted for the 1996 meeting of the International Neuropsychological Society, Chicago.

Spica, D.M., Klotz, M, & Abeles, N. (1995).  Differential episodic and semantic memory defects in patients with Alzheimer's disease.  Poster presented at the 1995 meeting of the National Academy of Neuropsychological, San Francisco.

Abeles, N., & Spica, D.M. (1994).  Mini inventory of right brain injury.  Test Critiques.  *New York: Oxford University Press.*

Spica, D.M., Abeles, N, & Giordani, B. (1991, August).  Detecting age-associated memory impairment using the brief SDAT battery.  Poster presented at the meeting of the American Psychological Association, San Francisco.

Berent, S., & Spica, D.M. (1986, August).  Altered metabolism in olivopontocerebellar atrophy studied with positron-emission tomography.  Poster presented at The University of Michigan Summer Research Forum, Ann Arbor, MI.

### OTHER PRESENTATIONS

Spica, DM, Dawson, D. (2011, May).  What the Tests Mean & How to Use Them. Capital Defense Training. Traversing the Recesses The Mind: Mental Health & Capital Cases, Co-Sponsored by the TN Office Post-Conviction Defender Public Defenders Conference.  University of Tennessee - College of Law Knoxville, TN.

Caruso, K.A., Spica, D.M., (2007, October).  Disability Evaluations: Dissimulation & Somatization.  38th Annual Meeting of the American Academy of Psychiatry and the Law, Miami, FL.

Spica, D.M., (2005, November).  Fighting procrastination in everyday life. 2005 Convention of the Tennessee Psychological Association, Nashville, TN.

Spica, D.M., (2005, October).  Procrastination?  Tools for memory testing & screening.  Wellness: A Healthy State of Being.  2005 EAPA Tennessee State Conference, Gatlinburg, TN.

Spica, D.M., (2005, July).  Introduction to neuropsychological assessment?  Cariten Employee Assistance Program Professional Address Series. Knoxville, TN.

Spica, D.M., (2002, November).  Fighting procrastination in students with attention and learning disorders.  Professional Information Series.  Learning Disabilities Association, Lansing, MI.

Spica, D.M., (1996, April).  Behavioral manifestations of learning disabilities.  E. Weinbolt (Chair), Community Information Series.  Meeting of Learning Disability Friends and Families, Lansing, MI.

Spica, D.M., (1996, January).  Treatment of attentional syndromes in adults.  L. Gorbis (Chair), Professional Presentations.  Meeting of Children and Adults with Attention Deficit Disorders [CH.A.D.D.] Lansing Area Chapter, Lansing, MI.

Spica, D.M., (1995, November).  Clinical assessment of neurobehavioral disorders.  J. Picone (Chair), Continuing Medical Education.  Meeting of the inpatient clinical service, Sparrow Hospital, Lansing, MI.

Spica, D.M., (1991, November).  Brain lesion localization:  The role of neuropsychological assessment.  V. Hulse (Chair), Nervous system lesions:  Localization and characterization:  A workshop for primary care physicians and health care providers.  Workshop conducted at the Seventh Annual Neurodiagnostics Conference, East Lansing, MI.

Spica, D.M., (1990, October).  Advances in research of memory for the aged individual.  N. Abeles (Chair), Coping with aging:  Mood and memory concerns.  Symposium conducted at the meeting of the Ingham Medical Center/Community Relations and Development Association, Lansing, MI.

Spica, D.M., (1989, November).  Special issues in cognitive rehabilitation.  W. Beecroft (Chair), Psychiatry service grand rounds presentations.  Meeting of the Department of Psychiatry, Ingham Medical Center, Lansing, MI.

Spica, D.M., (1989, August).  Clinical characteristics of multi-infarct dementia.  W. Beecroft (Chair), Psychiatry service grand rounds presentations  Meeting of the Department of Psychiatry, Ingham Medical Center, MI.


## PROFESSIONAL MEMBERSHIPS

Vice President - East Tennessee - Tennessee Psychological Association 2007
Member, American Psychological Association
Member, International Neuropsychology Society
Member, National Academy of Neuropsychology
Member, Society for Personality Assessment

# EXHIBIT B

# to Declaration of

# D. Malcolm Spica

Case 1:06-cr-00001-JPJ    Document 790-10    Filed 03/22/13    Page 14 of 27
Case 1:06-cr-00001-JPJ    Document 94-1    SEALED    Filed 04/19/06    Page 1 of 6
Pageid#: 6635

D. Malcolm Spica, Ph.D.

## Curriculum Vitae

BEHAVIORAL MEDICINE INSTITUTE
The Westfield Center
305 Westfield Drive
Knoxville, Tennessee
Tel.865.588.7598
Fax.865.588.6406

Tennessee Health Service Provider License #2558
Michigan Clinical Psychologist License #6301008473

## EDUCATION

| 1986 | Bachelor of Science<br>Degree with Distinction | Major: Psychology<br>University of Michigan<br>Ann Arbor, Michigan |
|------|------|------|
| 1991 | Master of Arts<br>Thesis Title:<br>"Detecting Late-Life Forgetfulness<br>Using the Brief SDAT Battery." | Clinical Psychology<br>Michigan State University<br>East Lansing, Michigan |
| 1994 | Doctor of Philosophy<br>Dissertation Title:<br>"Use of Executive Control in<br>Accessing Episodic and Semantic<br>Memory in Patients with Alzheimer's Dementia." | Clinical Psychology<br>Michigan State University<br>East Lansing, Michigan |

## CURRENT POSITIONS

**Jan. 2005 - Present**  **Neuropsychology Case Analyst** – UnumProvident Insurance Corporation, Chattanooga TN
Conduct reviews of medical records to determine neurobehavioral status of claimants in complex cases of long-term disability. Evaluate forensic evidence adduced in medico-legal cases for disability determinations/settlements.

**June 2004 - Present**  **Chief Neuropsychologist** – Behavioral Medicine Institute, P.C., Knoxville Tennessee
Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning. Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions.

**Nov. 1998 - Present**  **Chief Psychologist** - Montcalm Center for Behavioral Health, Stanton Michigan
Supervise Masters Level psychologists in the treatment of individuals and families with psychological disorders and generalized problems of living. Provide psychological and neuropsychological examinations to patients with difficult diagnostic presentations.

**Jan. 2004 - Present**  **Consulting Neuropsychologist** – Catholic Diocese of Lansing, Michigan
Conduct screening examinations of seminary candidates to determine character and fitness to serve. Make recommendation about formation and possible follow-up treatment.

| | |
|---|---|
| **Nov. 2000 - 2001** | **Pediatric Neuropsychology Supervisor** – <u>Department of Psychology, College of Social Science, Michigan State University</u>, East Lansing Michigan. Supervise graduate students in the clinical psychology program during their clinical assessments of children with a wide variety of neurocognitive disorders. |
| **Nov. 2001 - Present** | **Consulting Neuropsychologist** – <u>Michigan Rehabilitation Services</u>, Lansing Michigan Conduct examinations of participates in a variety of rehabilitation programs funded by the state of Michigan.  Determine the participants' current and potential levels of functioning. |
| **Dec. 1997 - Present** | **Consulting Neuropsychologist** – <u>Sacred Heart Mercy Health Care Center</u>, Alma Michigan Conduct examinations of clergy, seminarians, and nuns referred to the Scared Heart Health Care for treatment or evaluation.  Psychodiagnostic procedures assess a broad range of conditions including paraphilias, personality disorders, and cognitive dysfunction. |
| **April 1995 - Present** | **Lecturer** Human Medicine: Disorders of Development & Behavior - <u>College Of Human Medicine, Michigan State University</u>, East Lansing Michigan. Provide lectures to second year medical students on topics including learning disorders and attentional disorders.  Also provided original manuscript for course content and authored examination items for course (Human Medicine 512 Disorders of Development & Behavior Domain) |
| **Sept. 2001- Present** | **Director/Owner - Clinical Neuropsychologist** – <u>Spica Psychology, PLLC</u>, East Lansing Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning.  Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions. |
| **Sept. 1993- 2001** | **Director - Clinical Neuropsychologist** - <u>Neurobehavioral Associates, P.C.</u>, Okemos, Michigan Examine outpatients with a variety of neurological and psychiatric conditions, and produce diagnostic reports of their neuropsychological functioning.  Provide psychotherapy treatment to adults and adolescents utilizing a variety of approaches, including goal-directed time limited interventions. Organize a comprehensive data set gathered from patients with cortical dementia. |
| **Spring 2000** | **Adjunct Assistant Professor** – <u>Department of Psychology, College of Social Science, Michigan State University</u>, East Lansing Michigan. Instructor for Behavior Disorders Course.  The course covers diagnostic and treatment issues for the broad range of neurobehavioral syndromes; course designed for doctoral students in their first year of training. |
| **Fall 1998- Present** | **Preceptor - Problem Based Learning Program** – <u>College Of Human Medicine, Michigan State University</u>, East Lansing Michigan. Facilitate the Problem Based Learning process for second year medical students as they attempt to diagnose and treat hypothetical clinical cases presented to them in step-wise fashion.  Their training requires reviewing principles of scientific method, logical/ diagnostic reasoning, and resource utilization as well as group dynamics. |
| **April 1995- Present** | **Adjunct Assistant Professor** - <u>Department of Psychiatry, Michigan State University</u>, East Lansing Michigan. Teach the weekly Neuropsychiatry Seminar Series to medical residents in their third year of psychiatry residency.  The seminar covers diagnostic and treatment issues for the broad range of neurobehavioral syndromes psychiatrists encounter in clinical work. |

Case 1:06-cr-00001-JPJ   Document 790-10   Filed 03/22/13   Page 16 of 27
Case 1:06-cr-00001-JPJ   Document 94-1 SEALED   Filed 04/19/06   Page 3 of 6
Pageid#: 6637

## CLINICAL EXPERIENCE:

**Sept. 1992-**
**Aug. 1993**
**Neuropsychology Intern** - Long Island Jewish Medical Center-Hillside Hospital, Glen Oaks, New York.
Conducted neuropsychological assessments of inpatients and outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Treated persons through individual psychotherapy using a variety of insight-oriented approaches (psychodynamic and cognitive-behavioral). Training also included participation in the Comprehensive Epilepsy Evaluation Clinic, supervised assessments in the Pediatric Neuropsychology Service, and weekly individual sessions of cognitive rehabilitation for patients with schizophrenia. The site complies with all APA requirement guidelines including Division 40 guidelines for clinical neuropsychology pre-doctoral internship.

**June 1991-**
**Sept 1992**
**Assessment Liaison** - Michigan State University Learning Disabilities Program; Office of Programs for Handicapper Services/MSU Psychological Clinic, East Lansing Michigan.
Trained graduate students in the administration and reporting of a broad selection of neuropsychological measures. Coordinated, supervised, and conducted neuropsychological/ psychoeducational assessments of MSU students referred for learning disabilities. Organized a comprehensive data set gathered from college-aged learning disabled individuals and matched normal controls.

**Sept. 1991-**
**Sept. 1992**
**Neuropsychology Consultant-Trainee** - Neurobehavioral Clinic and Research Center (Michigan State University/Department of Psychiatry), East Lansing Michigan.
Conducted neuropsychological assessments of outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Organized a comprehensive data set gathered from patients with cortical dementia.

**June 1989-**
**Sept 1992**
**Inpatient and Outpatient Assessment Coordinator** - Michigan State University Psychological Clinic, East Lansing Michigan.
Trained graduate students in the administration and reporting of a broad and flexible battery of neuropsychological and personality measures. Coordinated, supervised, and conducted neuropsychological/ personality assessments of patients referred from Lansing General Hospital, Ingham County Medical Center, as well as from private physicians in the community.

**March 1989-**
**June 1991;**
**Teaching Assistant** - Neuropsychology Assessment Laboratory 852B (3 credit graduate level course), Clinical Psychology Program - Michigan State University Graduate School, East Lansing Michigan.

**Sept. 1989-**
**July. 1991**
**Psychotherapy Trainee** (Practicum Student) - Michigan State University Psychological Clinic, East Lansing Michigan.
Conducted insight-oriented individual psychotherapy with outpatient community members seeking services from the MSU Clinic.

**June 1989-**
**Sept. 1991**
**Neuropsychology Consultant-Trainee** - Ingham Medical Center/ Michigan State University Psychology Graduate Program, Lansing, Michigan.
Conducted neuropsychological examinations of inpatients from general medical units and produced diagnostic reports of their functioning.

**June 1990-**
**Sept. 1990**
**Student Trainee** - Neuropsychology Program (Department of Psychiatry), University of Michigan Medical Center, Ann Arbor, Michigan.
Conducted neuropsychological assessments of outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning. Organized a

comprehensive data set gathered from patients with Alzheimer's dementia and isolated memory impairment.

**June 1989-** **Neuropsychology Consultant-Trainee** - Tamarack Head Injury Rehabilitation Center
**Sept. 1989** East Lansing Michigan.
Conducted neuropsychological assessments of outpatients and rehabilitation center residents with a variety of conditions resulting from traumatic brain injury and produced diagnostic reports/treatment plans.  Organized data set gathered from patients with mild head injuries.

**June 1988-** **Student Trainee** - Battle Creek Veterans Administration Medical Center,
**Sept. 1988** Neuropsychology/Department of Psychology, Battle Creek, Michigan.
Conducted neuropsychological assessments of inpatients and outpatients with a variety of neurological and psychiatric conditions and produced diagnostic reports of their functioning.

**Dec. 1986-** **Neuropsychology Testing Technician** - Neuropsychology Program
**June 1988** (Department of Psychiatry), University of Michigan Medical Center,
Ann Arbor, Michigan.
Administered neuropsychological assessment batteries to outpatients and inpatients with a wide range of neurological and psychiatric conditions.

**Jan. 1986-** **Neurology Volunteer** - Neurology Inpatient Unit [Spinal Cord
**April 1988** Rehabilitation Program] Department of Neurology, University of Michigan Medical Center, Ann Arbor, Michigan.
Assisted in the general care for acute spinal- and brain-injured patients.

**Jan. 1985-** **Mental Health Volunteer** - Psychiatry Adult Inpatient Unit [Depression
**April 1985** Clinical Studies Program] Department of Psychiatry, University of Michigan Medical Center, Ann Arbor, Michigan.
Facilitated treatment plans through engaging patients in social tasks, activities and outings. Conducted one-to-one observations for suicidal individuals.

**Jan. 1983-** **Mental Health Volunteer** - Project Outreach - Child Development Center,
**April 1983** University of Michigan, Dearborn, Michigan.
Supervised activities and lesson plans for healthy children ages 3 through 6 from the community. Administered Stanford-Binet Intelligence Scale tests.

**Feb. 1981-** **Mental Health Worker** - Ardmore Acres Psychiatric Hospital, Farmington, Michigan
**May 1981** Implemented the direct care of psychiatric patients as prescribed by staff psychiatrists, including maintenance of medication schedules, supervision of activities and visitation, charting of vital signs, and continuous formal reporting of patient behavior.

Case 1:06-cr-00001-JPJ   Document 790-10    Filed 03/22/13   Page 18 of 27
Case 1:06-cr-00001-JPJ   Document 94-1   SEALED   Filed 04/19/06   Page 5 of 6
Pageid#: 6639

## RESEARCH EXPERIENCE

**Sept. 1990-**
**Sept. 1994**
Spica, D.M. (1994).  Use of executive control in accessing episodic and semantic memory in patients with Alzheimer's dementia. Unpublished dissertation, Michigan State University, East Lansing.

**Sept. 1988-**
**June 1991**
Spica, D.M. (1991).  Detecting late-life forgetfulness using a brief SDAT battery. Unpublished master's thesis, Michigan State University, East Lansing.

**Sept. 1988-**
**Sept. 1994**
**Research Consultant -** Michigan State University - Department of Psychology/Clinical Aging Research Project, East Lansing Michigan.
Train students in testing procedures and analyze data for ongoing study investigating the relationships of mood, memory, and physical health in normal aged persons.
Norman Abeles, Ph.D. - Principal Investigator

**June 1989-**
**Sept. 1989**
**Research Consultant -** Ann Arbor Veterans Administration Medical Center, Neuropsychology/Department of Psychology.  Ann Arbor, Michigan.
Recruited and ran subjects for an ongoing study of eye-tracking and attention.
Henry Buchtel, Ph.D.- Principal Investigator

**May 1986-**
**Dec. 1988**
**Research Consultant -** Neuropsychology Program (Department of Psychiatry]/Department of Neurology, University of Michigan Medical Center, Ann Arbor, Michigan.
Constructed computer file and processed data for ongoing study investigating the relationship of neurologic symptoms and neuropsychometric performance in patients with Alzheimer's Disease.

## GRANTS

**1991**   Coping with aging:  Quality of life among nursing home residents.  With N. Abeles, P.S. Fastenau, & L.A. Domitrovic.  Not funded.  Submitted to Sigma Kappa Foundation, Inc.,   Indianapolis, IN.

**1990**   Wechsler adult intelligence score patterns in learning disabled college students.  Not funded.  Submitted to the Michigan Health Care Education and Research Foundation, Detroit, MI.

**1989**   Detecting age-associated memory impairment using the brief SDAT battery.  Awarded by the Michigan Health Care Education and Research Foundation, Detroit, MI.

**1988**   Summer Traineeship (first ever without graduate education).  Awarded by the Veterans Administration, Washington, D. C.

**1986**   Altered metabolism in olivopontocerebellar atrophy studied with positron-emission tomography.  With S. Berent.  Awarded by the University of Michigan Medical School Summer Research Foundation, Ann Arbor, Michigan.

## RESEARCH PRESENTATIONS

Stawicki, J.A., Spica, D.M., Lount, R. (2001) The Importance of Thorough Examinations for Evaluation of Attention Deficit-Hyperactivity Disorder.  Poster presented at the meeting of the American Psychological Association, San Francisco.

Spica, D.M., Klotz, M, & Abeles, N. (Submitted).  Use of executive control in accessing episodic and semantic memory in patients with Alzheimer's dementia.  Poster submitted for the 1996 meeting of the International Neuropsychological Society, Chicago.

Case 1:06-cr-00001-JPJ   Document 790-10   Filed 03/22/13   Page 19 of 27
Case 1:06-cr-00001-JPJ   Document 94-1 SEALED   Filed 04/19/06   Page 6 of 6
Pageid#: 6640

Spica, D.M., Klotz, M, & Abeles, N. (1995). Differential episodic and semantic memory defects in patients with Alzheimer's disease. Poster presented at the 1995 meeting of the National Academy of Neuropsychological, San Francisco.

Abeles, N., & Spica, D.M. (1994). Mini inventory of right brain injury. Test Critiques. New York: Oxford University Press.

Spica, D.M., Abeles, N, & Giordani, B. (1991, August). Detecting age-associated memory impairment using the brief SDAT battery. Poster presented at the meeting of the American Psychological Association, San Francisco.

Berent, S., & Spica, D.M. (1986, August). Altered metabolism in olivopontocerebellar atrophy studied with positron-emission tomography. Poster presented at The University of Michigan Summer Research Forum, Ann Arbor, MI.

## OTHER PRESENTATIONS

Spica, D.M., (1996, April). Behavioral manifestations of learning disabilities. E. Weinbolt (Chair), Community Information Series. Meeting of Learning Disability Friends and Families, Lansing, MI.

Spica, D.M., (1996, January). Treatment of attentional syndromes in adults. L. Gorbis (Chair), Professional Presentations. Meeting of Children and Adults with Attention Deficit Disorders [CH.A.D.D.] Lansing Area Chapter, Lansing, MI.

Spica, D.M., (1995, November). Clinical assessment of neurobehavioral disorders. J. Picone (Chair), Continuing Medical Education. Meeting of the inpatient clinical service, Sparrow Hospital, Lansing, MI.

Spica, D.M., (1991, November). Brain lesion localization: The role of neuropsychological assessment. V. Hulce (Chair), Nervous system lesions: Localization and characterization: A workshop for primary care physicians and health care providers. Workshop conducted at the Seventh Annual Neurodiagnostics Conference, East Lansing, MI.

Spica, D.M., (1990, October). Advances in research of memory for the aged individual. N. Abeles (Chair), Coping with aging: Mood and memory concerns. Symposium conducted at the meeting of the Ingham Medical Center/Community Relations and Development Association, Lansing, MI.

Spica, D.M., (1989, November). Special issues in cognitive rehabilitation. W. Beecroft (Chair), Psychiatry service grand rounds presentations. Meeting of the Department of Psychiatry, Ingham Medical Center, Lansing, MI.

Spica, D.M., (1989, August). Clinical characteristics of multi-infarct dementia. W. Beecroft (Chair), Psychiatry service grand rounds presentations Meeting of the Department of Psychiatry, Ingham Medical Center, MI.

# EXHIBIT C
# to Declaration of
# D. Malcolm Spica

**D. MALCOLM SPICA, PH. D.**
Licensed Clinical Psychologist
Neuropsychologist

## NEUROPSYCHOLOGICAL CONSULTATION

| | |
|---|---|
| Examinee: | **Carlos David CARO** |
| Laboratory Number: | 264841 |
| Age: | 39 |
| Date of Birth: | 2/9/1967 |
| Handedness: | Right |
| Education: | $9^c$ |
| Date of Examination: | 6/9/06; 6/16/06 |
| Examiner: | D. Malcolm Spica, Ph.D. |

REFERRAL QUESTION:

Mr. Carlos David Caro is a 39-year-old, right-handed male referred for neuropsychological examination by attorneys Stephen Kalista and Jim Simmons. Attorneys Kalista and Simmons asked that I assess Mr. Caro's neurobehavioral status. This assessment is intended to serve as a contributing component to the broader evaluation of Mr. Caro's psychiatric, developmental, and adaptive functioning being conducted by Mr. Caro's defense team.

Mr. Caro is completing the evaluation at the request of his attorneys. No doctor/patient relationship was established, nor were there any expectations or guarantees of future contact or relationship. The limits of confidentiality were explained to Mr. Caro, and he stated that he understood those limits and consented to complete the testing. All testing and interviewing was conducted with the examinee at the United States Penitentiary - Lee in Jonesville, Virginia.

HISTORICAL INFORMATION:

In preparation for the evaluation, I reviewed Mr. Caro's medical record provided by attorney Kalista's office. Mr. Caro's history is summarized by other examiners, and will not be repeated here. On the days of the examination, Mr. Caro reported that he was in good health, adequately rested, and adequately fed. He stated that he is taking no medications.

He stated that he is not experiencing insomnia. Mr. Caro's appetite is reportedly normal. When asked about his mood, he stated, "It's good." He stated that he has not suffered any significant head injuries of which he was aware. He reported no history of serious illness, losses of consciousness, prolonged high fevers, seizures, or sensory disturbances. He reported that his family history is significant for diabetes in his mother, brother, and maternal uncle. Mr. Caro reported that he was a "sickly" child, but had trouble elaborating other than he was told that he was 'slow' to develop. He also reported that he "might have" had difficulty with developmental milestones; when asked at what age he learned to walk and talk, he stated, "I think it was a little later." When asked at what age he learned to tie his shoes, he stated, "That was later."

Mr. Caro stated that he spoke both English and Spanish in his home of origin. He was educated in English. He stated that he had no learning problems during his development; however, the record reflects that Mr. Caro demonstrated significant problems in spelling and writing since the first grade. Likewise,

220 Fort Sanders West Boulevard, MOB 2            Suite 300, Knoxville, Tennessee 37922
Tel. 865.531.9088                                                        Fax: 865.531.9089

his performances in courses such as geography were problematic since the fourth grade. Conversely, he obtained mainly A and B grades in arithmetic. During the fourth grade, an Otis-Lennon Mental Abilities test yielded an intelligence quotient of 84 (14th percentile). A Gates-MacGinitie reading test administered during the fourth grade yielded a 2.3 grade equivalent comprehension score. Achievement testing (California Achievement Test) during the sixth grade yielded scores at the 3rd grade equivalent for vocabulary and comprehension. Language mechanics and expression scales yielded grade equivalent scores of 2.6 and 2.7, respectively. Mathematics continued to be his strength. Achievement testing during the seventh grade yielded a mathematics grade equivalent score of 6.0. Overall, Mr. Caro's academic record reflects long-standing difficulties in linguistic abilities, while his arithmetic skill is within normal limits. Mr. Caro reported to me that he dropped out of school after the ninth grade. When asked why he dropped out, he stated, "I don't know."

Mr. Caro's occupational history reportedly includes, "I worked a little here and there." He stated that he delivered appliances for approximately one year, and that his favorite job was working in an automotive paint and body shop, where he was employed "a couple of months, on and off." Please refer to the examinee's extensive documentation for a more complete account of his history.

BEHAVIORAL OBSERVATIONS:

Mr. Caro presented as an adequately-groomed man in his United States Penitentiary - Lee uniform, and he appeared his age. Hygiene appeared adequate. Mood appeared generally euthymic with a broad range of appropriate affect. Spontaneous speech was normal in tone and prosody (with relatively low volume), and receptive language abilities appeared intact. The examinee's eye contact was initially minimal, although he appeared to engage more with the examiner as the testing sessions continued. Mr. Caro rarely spoke, aside from answering direct questions. Mr. Caro's interpersonal behavior --with shy and polite manner-- was highly consistent between both testing sessions.

Mr. Caro appeared to engage easily with me, and displayed a cooperative and considerate attitude (e.g., returned tests stimuli to my side of the table to assist me, listened to all instructions before beginning tasks, etc.). He did not decline to answer any questions and he worked without complaint during the testing sessions. He appeared to give his best effort on all tasks. The findings are considered a valid measure of his current cognitive/adaptive abilities.

EXAMINATION FINDINGS:

The face-to-face testing was conducted during one 4-hour session (6/9/06) and one 3.5-hour session (6/16/06). During the course of the examination, the following tests and procedures were administered:

21-Item Word Memory Test
Beck Anxiety Inventory
Beck Depression Inventory-II
Benton Facial Recognition Test
Boston Diagnostic Aphasia Examination: Commands; Complex Ideational Material
California Verbal Learning Test - II
Category Fluency Test
Controlled Oral Word Association Test
Finger Tapping Test
Grooved Pegboard Test
Halstead-Reitan Booklet Category Test
Judgment of Line Orientation Test
Nelson-Denny Reading Test
Repeatable Battery for the Assessment of Neuropsychological Status
Rey-Osterrieth Complex Figure Test
Ruff Figural Fluency Test

Symptom Checklist-90-Revised
Test of Memory Malingering
Trailmaking Test A & B
Wechsler Adult Intelligence Scale-III
Wechsler Test of Adult Reading
Wide Range Achievement Test-3
Wisconsin Card Sorting Test
Woodcock-Johnson Psychoeducational Battery: Analysis-Synthesis, Concept Formation

Validity/Motivation:  Considering the Mr. Caro's bilingual background, his comprehension of English was assessed.  His vocabulary score on the Nelson-Denny Reading Test ranked in the upper half of the Average range (64th percentile).  Mr. Caro's vocabulary score on the WAIS-III was also Average (25th percentile).  He provided perfect performances on comprehension subtests of the Boston Diagnostic Aphasia Examination: Commands = 15/15; Complex Ideational Material = 12/12.  These scores suggest that language barriers did not hinder Mr. Caro's performances on the current examination.

Mr. Caro was administered both verbal and visual tests of validity/effort (one on each day of the testing sessions).  He did not appear to withhold effort during his evaluation.  Further, his performance of 14/21 on the 21-Item Word Test - Forced Recall ranked well within normal limits.  Likewise, Mr. Caro provided a perfect performance on the Test of Memory Malingering:

    Trial 1    = 50/50
    Trial 2    = 50/50
    Retention = 50/50

Both symptom validity measures suggested Mr. Caro did not engage in impression management, symptom exaggeration, or other dissimulation efforts.

General Cognitive Functioning:  Mr. Caro was administered the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) as a general measure of cognitive functioning.  His Total Index of 75 ranked in the Borderline-Impaired range for overall neurocognitive function.  This score places him below 95% of the general population for overall cognitive/adaptive functioning.

| Index | Standard Score | Percentile |
| --- | --- | --- |
| Immediate Memory | 83 | 13th |
| Visuospatial/Constructional | 72 | 3rd |
| Language | 87 | 19th |
| Attention | 75 | 5th |
| Delayed Memory | 83 | 13th |
| Total | 75 | 5th |

This Total Index score compares unfavorably to statistical premorbid estimates that place Mr. Caro in the Average range: for example, his performance on the Wechsler Test of Adult Reading provided Predicted Full Scale IQ = 90 (25th percentile).  Similarly, Mr. Caro's Barona Formula Premorbid IQ Estimate ranked in the Low Average range: Premorbid Full Scale IQ = 83 (13th percentile).  However, considering the examinee's complex history of maladaptive behavior, it appears probable that these performances reflect long-standing deficits (rather than implicating a dementing process).

Intellectual Functioning:  To further assess cognitive functioning, Mr. Caro was administered the Wechsler Adult Intelligence Scale-III (WAIS-III).  Mr. Caro performed at the lower extreme of the Average range for overall intellectual functioning (Full Scale IQ = 91) with particular weaknesses in verbal processing (Verbal IQ = 87) ranking below 81% of the general population.

| Full Scale IQ = 91 | | | Verbal IQ = 87 | | | Performance IQ = 98 | | |

| Subtest | Age Scale | Percentile | Subtest | Age Scale | Percentile |
|---|---|---|---|---|---|
| Information | 8 | 25th | Picture Completion | 11 | 63rd |
| Digit Span | 8 | 25th | Picture Arrangement | 7 | 16th |
| Vocabulary | 8 | 25th | Block Design | 11 | 63rd |
| Arithmetic | 8 | 25th | Digit Symbol | 11 | 63rd |
| Comprehension | 8 | 25th | Matrix Reasoning | 9 | 37th |
| Similarities | 7 | 16th | Symbol Search | 10 | 50th |
| Letter-Number Sequencing | 5 | 5th | | | |

Academic Skills: The examinee demonstrated spelling abilities at the 5th grade level on the Wide Range Achievement Test-3 (3rd percentile). Word recognition skills appeared in the Low Average range (21st percentile; high school level), and written arithmetic ranked at the 6th grade level (7th percentile; Borderline-Impaired).

Testing of reading proficiency revealed that the examinee is average for reading speed: Nelson Denny Reading Test - Rate, 39th percentile. Mr. Caro comprehended the material to a 5th grade level (10th percentile).

Attention and Executive Functioning: The examinee appeared alert throughout both testing sessions. He performed in the Low Average range on the Attention Index of the Wechsler Memory Scale-Revised; Standard Score = 83, 13th percentile. Visual scanning was Average: Trail Making Test-A 70th percentile; visual scanning combined with mental tracking was also Average: Trail Making Test - B, 32nd percentile.

During the WAIS-III, Mr. Caro demonstrated difficulty with the neuropsychological domain of executive functioning; he had difficulty organizing information he attempted to encode or express. This lack of organization or strategy resulted in relative weaknesses on tasks of working memory or processing that required mental organization: e.g., Working Memory Index = 82, 12th percentile. The examinee exhibited difficulty using social conventions to sequence pictorial stimuli in temporal order (Picture Arrangement, 16th percentile). Sequencing difficulties were found also in the verbal domain: Letter-Number Sequencing, 5th percentile. Such sequencing functions are believed to be mediated by the frontal territories of the cerebral cortex.

Additional signs of executive control dysfunction were seen on multiple tasks. For example, the examinee performed in the severely impaired range on a task requiring hypothesis testing and mental organization to solve a complex problem: Wisconsin Card Sorting Test-Categories Achieved, 1st percentile. During this task, Mr. Caro frequently lost track of his own method for solving the problem: Failure to Maintain Set, <1st percentile.

Higher-Order Reasoning: On the relatively unstructured Halstead-Reitan Booklet Category Test, Mr. Caro exhibited deficient concept formation abilities (73 errors; 7th percentile). He appeared to feel pressured during this task, and he exhibited increasing discomfort as he repeatedly made errors (and was provided corrective feedback). Overall, it appears that his abstract reasoning abilities are variable, depending on his level of distress while attempting a task. He actually performed within the Low Average range on a separate task of abstract reasoning that required only brief responses: Similarities, 16th percentile.

On additional tasks of higher-order reasoning, Mr. Caro again exhibited deficits. He performed at the second-grade level on the Analysis-Synthesis subtest of the Woodcock-Johnson Psychoeducational Battery; this performance corresponds to an age equivalent of 8 years old. Similarly, on the Concept

Formation subtest, which also requires higher order reasoning, the examinee performed at the level of a 14-year-old (9.2 grade equivalent). His Fluid Reasoning Index ultimately ranked at the 5.2-grade level, comparable to a person 10 years old.

Overall, it appears most accurate to describe Mr. Caro's judgment and reasoning abilities as unstable. Such instability of judgment/reasoning is often associated with frontal cerebral lobe dysfunction.

Language Functioning: Mr. Caro's vocabulary ranked in the average range: Nelson-Denny Reading Test, 64th percentile WAIS-III Vocabulary, 25th percentile. Expressive language abilities also ranked in the average range: e.g., WAIS-III Comprehension, 25th percentile. His semantic access abilities for generating words within a semantic category (i.e., exemplars of animals) ranked in the Average range: Category Fluency Test, 33rd percentile. However, verbal fluency for generating words within phonemic categories (i.e., beginning with a specified letter) ranked in the impaired range: Controlled Oral Word Association Test, 3rd percentile. This pattern of performance (phonemic fluency inferior to semantic fluency) is typically associated with frontal lobe dysfunction. Frontal lobe dysfunction could also account for the examinee's instability of concept-formation/reasoning skill, noted above.

The fact that Mr. Caro exhibited relatively normal verbal expression skills (e.g. Verbal Comprehension Index, 21st percentile) raises the probability that persons engaging in casual conversation with the examinee will overestimate his level of cognitive functioning. That is, simple discourse with Mr. Caro is likely to tap only his strengths, and may not reveal his deficits in executive functioning, reasoning, or his problems with discriminating information (a deficit described below).

Sensory-Motor Functioning: Mr. Caro reported being right-handed. Simple repetitive motor speed was normal, bilaterally: Finger Tapping-right hand, 58th percentile; left hand, 37th percentile. Mr. Caro also provided normal scores with each hand on a task requiring fine motor dexterity for placing pegs into a board: Grooved Pegboard Test-right hand, 20th percentile; left hand, 63rd percentile.

Visuoanalytic Functioning: The examinee demonstrated normal abilities for interpreting spatial relations in visual stimuli. For example, he performed in the average range on a test requiring recognition of faces portrayed in photographs: Benton Facial Recognition Test, 45/54. With more simplistic stimuli, he performed well within normal limits (e.g., Judgment of Line Orientation Test, 56th percentile). His visual spatial skills again appeared intact during subtest of the WAIS-III: Perceptual Organization Index = 101, 53rd percentile.

Memory and Learning Functioning: As noted above, Mr. Caro performed in the Low Average range on the Immediate Memory Index of the Repeatable Battery for the Assessment of Neuropsychological Status: Standard Score = 83, 13th percentile. The examinee's recall of the material after a delay also ranked in the Low Average range: Delayed Memory Index = 83, 13th percentile.

Mr. Caro was also administered the Wechsler Memory Scale-Revised. He demonstrated a disparity between his verbal and visual skills: Verbal Memory Index = 75, 5th percentile vs. Visual Memory Index = 114, 83rd percentile. During this task, Mr. Caro exhibited disorganization in his approach to memorizing the verbal material: e.g. Verbal Paired Associates, 3rd percentile (impaired). The examinee appeared to lack structure or method in his approach to encoding the material. This was less apparent on tasks involving visual material, as the requirement for mental organization was lower: e.g., Visual Paired Associates, 63rd percentile.

Verbal learning abilities were assessed additionally with the California Verbal Learning Test-II, which places demands on independent organization of encoding and retrieval strategies when dealing with a large amount of verbal material. During this task, the examinee demonstrated a deficit in discriminating between actual target words to which he had been exposed and plausible alternatives. Mr. Caro exhibited a problematic response bias in that he endorsed most material presented to him as seeming familiar. Consequently, he performed in the severely impaired range when asked to decide whether or not he had previously heard, and

was asked to memorize, individual words in a list (when he had been exposed to only a subset of the words previously): Response Bias, 2nd percentile. This deficit is likely impairing in the examinee's daily life, as it makes him highly suggestible, believing that information presented to him is familiar. He likely has difficulty discriminating between actual facts and information that is close but distorted.

Psychological/Mood Status:  Mr. Caro reported no problems with mood, or vegetative signs of mood disruption (such as sleep or appetite disturbance). He was administered multiple scales of mood status. According to his responses, he ranked in the normal range for depression (e.g., Beck Depression Inventory-II, 4/63) and anxiety (e.g., Beck Anxiety Inventory, 0/63).
To assess a broader range of symptomology, Mr. Caro was also administered the quantitative Symptom Checklist-90-Revised. He endorsed no items, yielding to normal scores on every scale:

| Scale | Raw Score |
|---|---|
| Somatization | 0 |
| Obsessive-Compulsive | 0 |
| Interpersonal Sensitivity | 0 |
| Depression | 0 |
| Anxiety | 0 |
| Paranoid Ideation | 0 |
| Psychoticism | 0 |

On interview, the examinee denied psychotic features such as hallucinations, delusions, or ideas of reference.

## SUMMARY & CONCLUSIONS:

This 39-year-old man participated in a comprehensive neuropsychological examination to evaluate his neurobehavioral status. This assessment is intended to serve as a contributing component to the broader evaluation of Mr. Caro's psychiatric, developmental, and adaptive functioning being conducted by his defense team. Formal symptom validity/effort measures indicated that Mr. Caro provided his full effort on the neuropsychological measures and did not engage in symptom exaggeration, impression management, or other dissimulation.

The neuropsychological test results revealed converging signs of frontal lobe dysfunction. He performed as low as the 1st percentile on tasks requiring:
- Management of information
- Maintaining cognitive set
- Concept formation

His difficulty with managing information causes him to mistake actual information to which he has been exposed and plausible alternatives. This deficit is likely impairing in Mr. Caro's daily life, as it makes him highly suggestible, believing that information presented to him is familiar. He likely has difficulty discriminating between actual facts and information that is close but distorted.

His problems with maintaining cognitive set limit his ability to learn from his mistakes (gaining from experience). Mr. Caro appears to easily lose track of what he's doing and misunderstand why his behavior results in a certain outcome. For example, while attempting a task requiring him to sort cards according to an over arching rule, he repeatedly lost track of the rule (e.g., sorting by color) and was puzzled by the feedback that he was getting items wrong: Wisconsin Card Sorting Test - Categories Achieved, 1st percentile.

Persons with frontal lobe dysfunction tend to respond impulsively, without planning, and without proper consideration of competing information. Mr. Caro's difficulty with concept formation (Booklet Category Test, 7th percentile) results in poor understanding of cause-and-effect relationships.

Each of the above three neurocognitive activities fall under the general domain of Executive Control. Executive control has been found to be mediated by the cerebral frontal lobes throughout neuropsychological scientific literature. From my understanding of Mr. Caro's history, his frontal lobe dysfunction is likely life-long in nature; he reportedly demonstrated failure to thrive as an infant, and developmental milestone difficulties (e.g., speech fluency and motor programming such as tying his shoes), and he has had no clear cerebral insults later in life (e.g., no major head injuries).

Please note that these findings of frontal lobe dysfunction are not easily explained by external issues such as effort or mood disruption, as Mr. Caro demonstrated strong effort on formal symptom validity testing and ranked well within the normal range on tests of mood status.

During the current examination, Mr. Caro demonstrated verbal expressive abilities within normal limits. While these skills are likely beneficial to Mr. Caro, they may also cause persons who only interact with him verbally to overestimate his cognitive abilities.

I speculate that the cognitive deficits that cause the greatest maladjustment in the examinee's daily life are:
a)  instability of reasoning (disordered thinking when under pressure)
b)  deficits in discriminating between actual information and distorted approximations

Mr. Caro appears to be a man of only modest internal/intellectual resources, with unreliable judgment skills, and an inability to sort through information provided to him. His objective test scores revealed that his reasoning ability under calm, controlled conditions ranks at the level of a 10-year-old; when under pressure he performed much lower (impaired range). The examinee is likely easily overwhelmed by multiple sources of information, ambiguous signals, and any perceived pressure/threat.

DIAGNOSTIC IMPRESSION:

Cognitive Disorder-NOS: see list above (DSM-IV Code 294.9)

RECOMMENDATIONS:

Considering the findings of cerebral frontal lobe dysfunction noted above, I recommend consultation with a forensic psychiatrist to integrate these findings with an assessment of Mr. Caro's psychiatric, neurocognitive, and adaptive functioning relative to the facts and legal issues regarding Mr. Caro's current criminal charges. I have found forensic psychiatrist Keith Caruso, M.D. to be particularly helpful in this regard (615-236-1119; 9005 Overlook Boulevard, Brentwood, TN 37027). Please feel free to contact me if I can further facilitate a referral.

It was a pleasure working with this examinee. If I can be of any further assistance to Mr. Caro, please do not hesitate to contact me.

D. Malcolm Spica, Ph.D.
Licensed Clinical Psychologist