# EXHIBIT 11

# EXHIBIT 11

**THOMAS M. HYDE, M.D., PH.D.**

R E C E I V E D

DEC 2 6 2012

Federal Public Defender
Capital Habeas Unit

2829 GREENVALE STREET
CHEVY CHASE, MARYLAND 20815
301-652-8777
301-652-3959 (FAX)
HYDETM@AOL.com

Robin Konrad
Office of the Federal Public Defender
Suite 201
850 West Adams Street
Phoenix, Arizona 85007

December 22, 2012

Dear Ms. Konrad:

Per your request, I reviewed the video recording of the neurological examination of the defendant **Carlos Caro** performed by **Robert T. M. Phillips, M.D., Ph.D.** on November 30, 2006 **[United States v. Carlos Caro; Criminal No.: 2:03CR115]**. I am qualified to offer an opinion on Dr. Phillips' examination and conclusions, as I am a board certified neurologist.

As viewed on the video, as well summarized in the report by Dr. Phillips on January 29, 2007, the neurological examination was cursory, lacking many of the tests routinely performed on forensic cases, especially those where there might be a suspicion of frontal lobe dysfunction. The examination specifically lacked the full roster of frontal release signs, also known as primitive reflexes. These tests are useful when assessing the function of the frontal lobes at the bedside. In addition, both the 3-step Luria test and the go-no go test were administered incorrectly.

Additionally, regarding the tests of frontal lobe function performed by Dr. Philips, his assessment is at odds with the evidence on the video recording. Mr. Caro's performance on the 3-step Luria test, even with its substandard administration, was clearly abnormal bilaterally. This was also true for the go-no go test. Within a reasonable degree of medical certainty, Mr. Caro's performance on both of these tasks was abnormal, clearly at odds with Dr. Phillips' written characterization of a 'superior' performance. In his report, Dr. Phillips ignores an abnormality noted on his own examination report, with increased left-sided deep tendon reflexes in the upper and lower extremities. The classical clinical-pathological correlation of increased left-sided deep tendon reflexes is right frontal lobe dysfunction.

In conclusion, Dr. Phillips performed a substandard forensic neurological examination on Carlos Caro, and his interpretations of his examination are incorrect.

Yours truly,

Thomas M. Hyde, M.D., Ph.D.
Diplomat, American College of Psychiatry and Neurology
Board Certification in General Neurology