# EXHIBIT 13

# EXHIBIT 13

# Summaries Of Cases
# Authorized for the Death Penalty
# 1988 - 2003

## David Bruck, Dick Burr & Kevin McNally
## Federal Death Penalty Resource Counsel Project

### TOPIC:

### Federal Capital Defendants Who Died Before or During Trial

**Pretlow, Bilal**
D. NJ CR No. 90-CR-238
Race: B

A young black New Jersey gang member committed suicide during his federal capital trial. He had been charged with two cocaine-and marijuana-related murders, one involving a 15-year-old-girl.

**Brown, Terrance**
E.D. MI CR No. 92-81127
Race: B

After a sealed indictment was handed down, an African-American man from Detroit was found murdered in Georgia, shot by other capital defendants, charged collectively with numerous homicides.

**Stephens, Charles Lee**
E.D. TX CR No. 2:99 CR 5
Race: B

Three young black defendants, who are members of the "Crips" gang, were involved in a series of robberies and killings in East Texas. Stephens, 21, Smith, 20, and Tatum, 20, faced the death penalty in both state and federal court for a botched bank robbery. They were accused of a bank robbery and fatally shooting teller Betty Paddle, 61. A 54 year old bank manager, was also shot, but survived. They are also charged with a kidnapping/robbery of a used car dealership (a Hobbs Act count) in which the victim was killed with a gun (a 924(j) count). The victim was a 63 year old retired minister. Stephens and Tatum were charged with another bank robbery in which a teller was killed. Tatum is charged in a November 4, 1998 slaying of Ronnie Dale Ritch, president of the First State Bank in Overton. Stephens and Tatum abducted Ritch, 50. Stephens had a brain tumor and died after surgery. The USA requested permission to seek the death penalty against all three, and was permitted to do so. All three deceased victims were white.