# EXHIBIT 17

# EXHIBIT 17

# Summaries Of Cases
# Authorized for the Death Penalty
# 1988 - 2003

## David Bruck, Dick Burr & Kevin McNally
## Federal Death Penalty Resource Counsel Project

## TOPIC:

## Federal Capital Defandants Who Were Found Not Guilty of the Capital Charge or Were Innocent

**Brown, Reginald**
E.D. MI CR No. 92-81127
Race: B

Involves multiple killings - an innocent gang member. After insisting for nearly two years he had murdered four people, including a child, the government dismissed capital murder charges against a Detroit man and began prosecuting a co-defendant for the same killing. The AUSA has claimed the gang was connected to "more than 50 murders."

**Crummie, Chedrick; Mack, Edward Alexander; Rozier, Kevin Denard**
S.D. FL CR No. 93-252-CR-UUB
Race: All B

Two drug-related murders committed in the course of a Miami narcotics trafficking operation. The three defendants faced the death penalty on one of the homicides. Attorney General Reno authorized a capital prosecution in early 1994; trial began on September 18,1995 and ended in an acquittal on the homicide counts on February 5, 1996. The government alleged that the defendants had intentionally shot an innocent female victim after the defendants kicked the door to her bedroom down while searching for a rival drug dealer who had ripped them off. This version, based on informant testimony, was contradicted by physical and eye-witness testimony. The defendants were convicted of non- capital drug trafficking charges.

**McKelton, Antonio**
E.D. MI CR No. 98-80348
Race: B

A bank robbery in which an employee was killed while servicing an ATM machine. McKelton was serving a state sentence for the armed robbery of a jewelry store and was suspected in six other robberies at jewelry stores. McKelton's print was on the clip inside the gun. The black victim had fired one shot off as he dove to the ground. McKelton, also a black man, suffers from Hodgkin's disease. The defense and the prosecutor jointly petitioned the Attorney General's Committee to withdraw the death penalty request. The request was first denied but was eventually granted. The indictment was dismissed when additional evidence was uncovered.

**Alejandro, Joel Rivera; Martinez, Hector Acosta**
D. PR CR No. 99-044 (SEC)
Race: H

Intrastate kidnapping, killing and dismembering of a Rio Piedras businessman who may have been involved in the illegal numbers racket called "bolleta," after his family ignored a million dollar ransom demand and called the police. The accused allegedly belonged to a gang of kidnappers suspected in as many as 15 abductions. Alejandro was alleged to be the triggerman. Only Alejandro and Martinez were to face the death penalty, but the district court declared the death penalty unconstitutional in Puerto Rico. 106 F.Supp. 311 (D. PR 2000). However, this decision was reversed by the Circuit. 252 F.3d 13 (2002). Both capital defendants had prior local murder convictions. Both were acquitted at trial. All involved are Hispanic.

**Castillo, Mario; Jacobo, Gerardo**
C.D. CA CR No. 99-83-(A)-DT
Race: H

Involves multiple murder charges against two co-defendants of Mariano Martinez who were approved for a capital prosecution while Martinez was on trial. Jacobo, 21, and Castillo, 22, were charged as the triggermen in a November 1998 triple slaying, allegedly by the Mexican Mafia, La Eme (Spanish for The M). Three men, one a drug dealer and two innocent bystanders, were killed in a Monticello autobody shop. After three months of trial, the government withdrew its notice of intent to seek the death penalty after the Court threatened to bar the testimony of two witnesses negligently not discovered or disclosed before trial. 18 U.S.C. Section 3432. The witnesses testified but the jury acquitted both defendants. All involved are Hispanic. The trial lasted 6 months. Castillo and Jacobo were acquitted of murder.

**Church, Walter Lefight**
W.D. VA CR No. 00-CR-104-ALL
Race: W

The April 1989 shotgun multiple murder of a family of three. A federal grand jury indicted Gilmore, a former mayor and convicted cocaine kingpin, and co-defendants Ealy and Church, charging them with two capital murders in the furtherance of a drug-trafficking enterprise and a third murder of a potential federal witnesses. They are charged with these murders during an alleged robbery of $30,000 belonging to a drug ring. The murders occurred one week after Gilmore learned that federal investigators were aware of his ties to drug trafficking.

**Jones, Luke**
D. CT CR No. 00-CR-238-ALL
Race: B

Six murders in two indictments and other attempted murders by the members of gangs called "The Middle," "Q & A Mob" or the "Batman Crew." The gangs dealt in cocaine, crack or heroin. Powell, Harris and Baldwin were charged in multiple (two) racketeering murders in 1996 and 1997. 18 U.S.C. " 1959 and 924(c). Luke Jones was charged in two murders in 1998 and 1999. The others were charged in one homicide. Luke and Lance Jones were found wearing bullet proof vest in a car in which several loaded weapons were found. Lance Jones is serving a 24 year federal prison term and Luke a 10-year sentence for being a felon in possession of a gun. All involved are African-American. Attorney General Ashcroft required a capital prosecution against Luke Jones. The jury found Luke Jones not guilty of one murder and

Judge Nevas granted a Rule 29 motion as to the other, finding that the second murder victim was not involved with a drug organization and did not pose a threat to Jones' drug enterprise, rather he was killed after a personal dispute.

**Rice, Darrell David**
W.D. VA CR No. 02-CR-26-ALL
Race: W

The multiple 1996 murders of two young female hikers in Virginia's Shenandoah National Park by cutting their throats. The victims were found bound and gagged. According to Attorney General Ashcroft, who announced pursuit of the death penalty himself, Rice has said he hates women and enjoys assaulting the vulnerable and that the two women deserved to die because they were lesbians. Review of tape recordings indicate Rice said only that the governement was portraying him that way. Rice is currently serving a 135 month sentence in federal prison for the 1997 attempted abduction of a female bicyclist in the park. Attorney General Ashcroft stated at a news conference: "We're inclined to prosecute hate crimes like this one, prosecute them to the fullest." All involved are white. Days before the October 2003 trial date the trial was postponed when the FBI "found a new hair" and also re-examined a hair linking Rice to the women and admitted there was no connection. The new hair did not come from Rice or the women. There is male DNA on both ligatures that did not come from Rice. Eventually, the prosecution was dismissed.

**Lentz, Jay**
E.D. VA CR No. 01-CR-150-ALL
Race: W

Interstate domestic violence and kidnapping resulting in death. The defendant lived in Virginia and his ex-wife was kidnapped from Maryland. Her body was never located. A bloody car was found in D. C. All involved are white. A government pretrial appeal involved statements by the defendant. 225 F.Supp.2d 672, aff'd, 2003 WL 253949 (4th Cir. (VA)). Lentz was convicted and the jury recommended a life sentence. However, the judge vacated the conviction for lack of any evidence of interstate kidnapping. A government appeal is pending.

**Gilmore, Charles Wesley**
W.D. VA CR No. 00-CR-104-ALL
Race: W

The April 1989 shotgun multiple murder of a family of three. A federal grand jury indicted Gilmore, a former mayor and convicted cocaine kingpin, and co- defendants Ealy and Church, charging them with two capital murders in the furtherance of a drug-trafficking enterprise and a third murder of a potential federal witnesses. They are charged with these murders during an alleged robbery of $30,000 belonging to a drug ring. The murders occurred one week after Gilmore learned that federal investigators were aware of his ties to drug trafficking