# EXHIBIT 18

# EXHIBIT 18

## Summaries Of Cases
## Authorized for the Death Penalty
## 1988 - 2003

### David Bruck, Dick Burr & Kevin McNally
### Federal Death Penalty Resource Counsel Project

### TOPIC:

### Federal Capital Defendants Convicted of a Lesser Offense

**Smith, Howard L.**
E.D. VA CR No. 97-341-A
Race: B

The stabbing death of a Lorton Correctional Center prisoner. The defendant was serving a 20-life sentence for a murder he committed ten years previously, at age 17. Lorton is the District of Columbia prison complex, but is located in suburban Virginia. After a one-week 1998 trial, a jury in Alexandria, Virginia, rejected first-degree murder charges and convicted Smith of second-degree murder, which is not a death-eligible offense. Although a number of Lorton murders have been prosecuted in federal court since passage of the 1994 Crime Bill, the Smith case was the first approved for capital prosecution. Smith was sentenced as a "career offender" to life without parole.

**Thomas, Christopher**
E.D. VA CR No. 99-477-A
Race: B

Another murder at the District of Columbia Department of Corrections facility in Lorton. The victim allegedly brought a shank to the fight and the defendant wrestled it from him and stabbed him three times. Thomas was convicted of second degree murder. All involved are African-American. This was Thomas' third murder conviction.