# EXHIBIT 20

# EXHIBIT 20

# Summaries Of Cases
# Authorized for the Death Penalty
# 1988 - 2003

## David Bruck, Dick Burr & Kevin McNally
## Federal Death Penalty Resource Counsel Project

## TOPIC:

### Federal Capital Cases Resulting in a Sentence of Death

**Johnson, Corey; Roane, James; Tipton, Richard**
E.D. VA CR No. 3-92-CR-68
Race: All B

Three of four young black inner-city gang members in Richmond, Virginia, who were sentenced to death in 1993, for their roles in eleven crack-related murders. The trial of a fourth defendant, Vernon Thomas, was severed. Appeals by the three death-sentenced defendants were rejected. United States v. Tipton, 90 F.3d 861 (4th Cir. 1996). A petition for certiorari was denied by the Supreme Court in 1997, and a post-conviction petition pursuant to 28 U.S.C. § 2255 was filed in 1998.

**Hall, Orlando C.**
N.D. TX CR No. 4:94-CR-121-Y
Race: All B

The first approval of a death penalty prosecution under the 1994 Federal Death Penalty Act. Hall, and his co-defendant, Webster, both African-American, were charged in Fort Worth, Texas, with the abduction, sexual assault and beating murder of a 16-year-old black female whose older brother had allegedly stolen marijuana. In 1995, Hall was sentenced to death after the jury heard testimony from co-defendants who pled guilty and testified in return for leniency. Expert testimony suggested the victim was still alive when buried. After a separate trial, Bruce Webster was sentenced to death by a jury in 1996. Webster is the first case in which a federal defendant has been sentenced to death after attempting to establish his ineligibility for the death penalty by reason of mental retardation. Hall's appeal was denied by the Fifth Circuit in 1998, 152 F.3d 381, and certiorari was denied in 1999. Webster's appeal was also rejected in 1999. 162 F.3d 308. Post-conviction petition was denied.

**Webster, Bruce**
N.D. TX CR No. 4:94-CR-121
Race: All B

The first approval of a death penalty prosecution under the 1994 Federal Death Penalty Act. Hall, and his co-defendant, Webster, both African-American, were charged in Fort Worth, Texas, with the abduction, sexual assault and beating murder of a 16-year-old black female whose older brother had allegedly stolen marijuana. In 1995, Hall was sentenced to death after the jury heard testimony from co-defendants who pled guilty and testified in return for leniency. Expert testimony suggested the victim was still alive when buried. After a separate trial, Bruce Webster was sentenced to death by a jury in 1996. Webster is the first case in which a federal defendant has been sentenced to death after attempting to establish his

ineligibility for the death penalty by reason of mental retardation. Hall's appeal was denied by the Fifth Circuit in 1998, 152 F.3d 381, and certiorari was denied in 1999. Webster's appeal was also rejected in 1999. Cert. denied 528 U.S. 829. Post-conviction petitions are pending.

**Battle, Anthony**
N.D. GA CR No. 1:95 CR 528
Race: B

A black prisoner with a history of psychiatric problems who was sentenced to death for the hammer-murder of an African-American guard in the Atlanta federal penitentiary. Mr. Battle was serving a life sentence for the murder of his wife when the killing occurred. In 1997 a federal jury rejected Mr. Battle's insanity defense and returned a death sentence after three hours' deliberation. Appeal to the United States Court of Appeals for the Eleventh Circuit was rejected in 1999. 173 F.3d 1433. A petition for writ of certiorari was denied. 529 U.S. 1022. A post-conviction petition pursuant to 28 U.S.C. ' 2255 was denied on April 30, 2003. 264 F. Supp. 2d 1088.

**Hammer, David Paul**
M.D. PA CR No. 4-96-CR-239
Race: W

A strangulation murder of a federal prison inmate by his cellmate. The defendant and the victim are white. Mr. Hammer was serving a 1200+ year Oklahoma state sentence at the time of the homicide, but had been incarcerated in the federal penitentiary at Allenwood, Pennsylvania. Mr. Hammer abandoned his direct appeal. 226 F.3d 229 (3d Cir. 2000). An execution date was set for November 15, 2000, but was vacated when Mr. Hammer decided to file a post-conviction action.

**Johnson, Darryl Alamont**
N.D. IL CR No. 96 CR 379
Race: B

Involves multiple killings and a "Gangster Disciple" drug conspiracy/racketeering/multiple murder case. Two homicides were charged, one of a government confidential informant. Co-defendant Quan Ray committed two murders on orders of Mr. Johnson. Four additional homicides were alleged in aggravation. Murder for hire is alleged as an aggravating circumstance. Ray was sentenced to life in prison at a separate trial. Johnson's jury recommended a sentence of death in 1997. An appeal to the Seventh Circuit was rejected in 2000. 223 F.3d 665. Certiorari was denied on October 1, 2001. 534 U.S. 829. Post-conviction relief was denied on March 12, 2003. 2003 WL 1193257.

**Paul, Jeffrey Williams**
W.D. AR CR No. 6:96CR60022
Race: W

Paul is one of two white teenagers charged with the robbery-murder of an elderly white National Parks employee in Hot Springs National Park, a federal preserve within the city of Hot Springs, Arkansas. A Hot Springs federal jury unanimously imposed a life sentence on co-defendant Trinity Ingle on June 6, 1997. Paul's separate trial began on June 17, 1997, and ended with a death sentence on June 25, 1997. An appeal to the United States Court of Appeals for the Eighth Circuit was rejected in 2000. 217 F.3d 989. Certiorari was denied on

October 1, 2001. 534 U.S. 1156. All involved are white.
**Allen, Billie Jerome**
E.D. MO CR No. 4:97 CR 0141 ERW (TCM)
Race: B

Two black defendants charged with the fatal shooting of a white bank guard during a robbery. Attorney General Reno authorized the government to seek the death penalty on August 1, 1997. After separate trials, death sentences were returned on March 10, 1998 for Allen and April 3, 1998 for Holder. Appeals were rejected by the Eighth Circuit. 247 F.3d 741 (2001). The Supreme Court remanded in light of Ring v. Arizona, 536 U.S. 953

**Holder, Norris G.**
E.D. MO CR No. 4:97 CR 0141 ERW (TCM)
Race: B

Two black defendants charged with the fatal shooting of a white bank guard during a robbery. Attorney General Reno authorized the government to seek the death penalty on August 1, 1997. After separate trials, death sentences were returned on March 10, 1998 for Allen and April 3, 1998 for Holder. Appeals were rejected by the Eighth Circuit. 247 F.3d 741 (2001). Certiorari was denied. 124 S.Ct. 19.

**Barnette, Aquila Marcivicci**
W.D. NC CR No. 3:97CR23-P
Race: B

Multiple murder including a domestic killing. Barnette confessed to murdering a motorist during a Charlotte, North Carolina carjacking. He drove the victim's car to Roanoke, Virginia, where he killed his former girlfriend. Barnette has a long history of domestic abuse of the second victim. The defendant and the female victim are black; the carjacking victim was white. A Charlotte, North Carolina jury imposed the death penalty in 1998. Two years later the appeals court ordered a new sentencing trial. 211 F.3d 803 (4th Cir. 2000). Barnette was again sentenced to death in 2002.

**Gabrion, Marvin**
W.D. MI CR No. 1:99-CR-76
Race: W

The disappearance of an alleged rape victim before Gabrion's trial, as well as the multiple disappearance of her 3 year old child and three men. The bound victim was found in a lake, part of federal land. Attorney General Ashcroft required a capital prosecution in this 18 U.S.C. '1111 case. All involved are white.

**Lee, Daniel Louis**
E.D. AR CR No. LR-CR-97-243
Race: W

Involves multiple killings - a RICO prosecution of an organization supposedly intent upon starting a revolution. The capital crime was the murder of a family of three (an Arkansas gun dealer, his wife and their 8 year old child) in the Fall of 1996. The defendants may have believed the gun dealer was an ATF informant. The victims were killed by duct-taping plastic bags over their heads, handcuffing the three and throwing them in a river. The defendants and

the victims are white. Co-defendant Chevie Kehoe was charged in two additional murders as well. The defendants were also charged with bombing the Spokane, WA city hall. Kehoe, older, whom some considered more culpable, was first sentenced to life by the jury at a 1999 separate penalty hearing. At that point the United States Attorney attempted to withdraw the request for the death penalty. The Attorney General was unavailable, so the Deputy Attorney General declined the request. Lee was then sentenced to death. The next year the District Court ordered a new sentencing hearing for Lee. 89 F.Supp.2d 1017 (E.D. AR). That decision was reversed by the Eighth Circuit. 274 F.3d 485 (2001). Petition for cert. denied 537 U.S. 1000 (2002).

**Stitt, Richard**
E.D. VA CR No. 2:98CR47
Race: B

Involves multiple killings - three homicides and other attempted homicides committed by co-defendants on Stitt's urging. Authorization to seek the death penalty was only granted by the Attorney General for Stitt. Four co-defendants did not face the death penalty. One of the shooters plead guilty to a life sentence. Stitt received a sentence of death in 1998 after a joint trial with three of the non-capital codefendants. He has a lenghty record of assaultive conduct. An appeal was rejected by the Fourth Circuit. 250 F.3d 878 (5/25/01). Certiorari was denied. 535 U.S. 1074 (2002).

**Ortiz, Arboleda**
W.D. MO CR No. 98- 00311-01/05-CR-W-2
Race: H

Four foreign national Columbians charged in a drug related murder. The kingpin, Hinestroza, was never arrested and may have fled to Columbia. Hinestroza and his gang sold cocaine in the Kansas City area. The victim and his nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The jury deadlocked on punishment for Tello, and he was sentenced to life in prison. The Eighth Circuit affirmed. 315 F.3d 873 (2002). Petition for cert. denied 124 S.Ct. 920 (2003).

**Sinisterra, German**
W.D. MO CR No. 98- 00311-01/05-CR-W-2
Race: H

Four foreign national Columbians charged in a drug related murder. The kingpin, Hinestroza, was never arrested and may have fled to Columbia. Hinestroza and his gang sold cocaine in the Kansas City area. The victim and his nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The jury deadlocked on punishment for Tello, and he was sentenced to life in prison. The Eighth Circuit denied relief. 315 F.3d 873 (2002). Petition for rehearing en banc denied 2003 U.S. App. LEXIS 1863.

**Higgs, Dustin**
D. MD CR No. PJM-98- 0502
Race: B

Involves multiple (two) killings - the January 1996 triple intrastate kidnapping/murder of three black females from D.C. on federal land. Haynes, 20, confessed that he fired the shots. He said Higgs, 26, gave him the gun and told him to do it after an argument with the women. The defendants are African-American and were involved in another shooting six weeks before. Haynes= jury deadlocked and he was sentenced to life in prison. Higgs was sentenced to death by an all male jury at a separate, subsequent trial. The government suggested a wintess killing motive at this trial and alleged Higgs plotter to kill a government witness and/or his family. He was already serving a 17 year sentence on a drug conviction. Appeal is pending in the Fourth Circuit. All involved are African-American.

**Vialva, Christopher Andre**
W.D. TX CR No. W99CR070
Race: B

Vialva, 19, Bernard, 18, and two juveniles, all with alleged gang affiliations. These African-Americans were convicted of a 1999 ' IIII carjacking/double homicide and robbery of a young white church couple. The bodies of the victims were found in the trunk of their car just inside the Fort Hood boundary, with gunshot wounds to the face and head. The vehicle had been set on fire. Authorities believe Vialva shot the victims. The Fifth Circuit rejected appeals. 299 F.3d 467 (5th Cir. 2002). Rehearing en banc was denied. 299 F.3d 467. Certiorari was denied. 123 S.Ct. 2572 (2003).

**Bernard, Brandon**
W.D. TX CR No. W99CR070
Race: B

Vialva, 19, Bernard, 18, and two juveniles, all with alleged gang affiliations. These African-Americans were convicted of a 1999 ' 1111 carjacking/double homicide and robbery of a young white church couple. The bodies of the victims were found in the trunk of their car just inside the Fort Hood boundary, with gunshot wounds to the face and head. The vehicle had been set on fire. Authorities believe Vialva shot the victims. The Attorney General required a capital prosecution for Bernard. The Fifth Circuit rejected appeals. 299 F.3d 467 (5th Cir. 2002). Rehearing en banc was denied. 299 F.3d 467. Certiorari was denied. 123 S.Ct. 2572 (2003).

**Nelson, Keith**
D. W.D. MO CR No. 99-CR-303-1
Race: W

The intrastate1999 kidnapping and murder of a ten year old girl, in violation of 18 U.S.C. '1201. Both the defendant and the victim are white. The Eighth Circuit affirmed in 2003. 347 F.3d 701. Petition for rehearing en banc and panel denied. 2003 U.S. App. LEXIS 26278.

**Jackson, Richard**
W.D. NC CR No. 00-CR-74
Race: All W