# EXHIBIT 21

# EXHIBIT 21

# Summaries Of Cases
# Authorized for the Death Penalty
# 1988 - 2003

## David Bruck, Dick Burr & Kevin McNally
## Federal Death Penalty Resource Counsel Project

### TOPIC:

### Federal Capital Cases Resulting in an Execution

**Garza, Juan Raul**
S.D. TX CR No. 93-009
Race: H

An Hispanic marijuana distributor was sentenced to death by a jury in 1993 in Brownsville, Texas, in connection with the murders of three other drug traffickers in the Brownsville area, two Hispanic and one Anglo. Garza ordered two murders and killed a third person himself. The government introduced 5 unadjudicated murders in aggravation, 4 were in Mexico. All but one victim were males. Attorney General Barr authorized the prosecution to seek the death penalty in December, 1992. Mr. Garza's death sentence was affirmed. United States v. Flores, 63 F.3d 1342 (5th Cir. 1995), and a petition for writ of certiorari was denied by the Supreme Court in 1996. Habeas relief was denied in 1998-1999. Garza's first two execution dates in 2000 were postponed by President Clinton pending a Department of Justice study of racial and geographic disparities in the federal death penalty, the second time on December 7, 2000 for 6 months. He was executed on June 19, 2001.

**McVeigh, Timothy**
D. CO CR No. 96-CR-68-M
Race: W

The 1995 Oklahoma City bombing in which 160 lost their lives, including 19 children. The President and Attorney General immediately announced that the death penalty would be sought, even before any suspects were identified. A Denver jury convicted McVeigh and voted to sentence him to death in 1997. Appeal to the United States Court of Appeals for the Tenth Circuit was quickly denied in 1998, 153 F.3d 1166, as was a post-conviction petition. 118 F.Supp.2d 1137 (D. CO 2000). Thereafter, Mr. McVeigh decided to abandon further appeal. His execution was scheduled for May 16, 2001, was delayed by the Attorney General upon the discovery of over 6,000 pages of FBI reports not disclosed to the defense. He was executed on June 11, 2001.

**Jones, Louis**
N.D. TX CR No. 6-95-CR-0015-C
Race: B

A 46 year old African-American -- a retired 22-year decorated Persian Gulf veteran--was convicted of the cross-racial abduction murder of a young white female soldier. The victim's family traveled to Washington to seek DOJ approval of the death request. The trial occurred in Lubbock on change of venue, after thousands of San Angelo residents signed petitions calling for the death penalty. The defendant was sentenced to death in 1995, the Fifth Circuit affirmed in 1998, but the United States Supreme Court granted review to consider issues

A capital defendant in state court who pled guilty to second degree murder, intrastate kidnaping and rape of a 22 year old woman jogging Holloween morning in a Nation Forest. Jackson received a 25 - 31 years sentence in state court. He was charged in federal court after the North Carolina Supreme Court reversed his original death sentence and conviction, and suppressed his confession on Edwards grounds. Jackson was 31 years old. The victim was tied with duct tape to a tree on federal land in the Bend Creek Recreation Area off Blue Ridge Parkway, raped and shot one time. All involved are white. An appeal was rejected by the Fourth Circuit. 327 F.3d 273 (2003). Cert. denied 124 S.Ct. 566 (2003).

**Robinson, Julias Omar**
N.D. TX CR No. 00-CR-260
Race: All B

A Fort Worth drug trafficking prosecution of the leaders of an Arlington-based drug ring responsible for multiple (three) murders. The first killing involved a 1998 shooting of an African-American, mistaken for the intended victim, in a car traveling on Cential Expressway. A second 1999 killing was of an Hispanic person, mistaken for the intended victim, his brother, who allegedly sold a fake kilo of cocaine to Robinson. Britt was the triggerman in the third 1999 killing of another drug dealer, a Mexican national, who had stolen 20 kilos from a Laredo drug kingpin. Robinson was following in another car. Britt and Robinson, African-American, both allegedly fired weapons in the first and second incidents. The Court set, then extended, a deadline for the approval of a capital prosecution. Attorney General Ashcroft rejected a plea agreement involving a life sentence. Co-defendant Britt was sentenced to life in prison at a separate trial.

**Sampson, Gary**
D. MA CR No. 01-CR-10384-ALL
Race: W

A series of carjackings, two in Plymouth County, Massachussetts, and one in New Hampshire on July 23 and 24, 2001. The defendant confessed. He also confessed to five North Carolina bank robberies. Sampson was accused of carjacking and stabbing to death a 69 year old man and abducting and killing a 19 year old college student. Sampson called the FBI before the killings but the call was dropped and then covered up. All involved are white. Sampson pled guilty. Memorandum opinion and order 2004 U.S. Dist. LEXIS 1527 (2/4/2004).

**Purkey, Wesley Ira**
W.D. MO CR No. 01-CR-308-ALL
Race: W

The 1998 interstate kidnapping (from Missouri to Kansas), rape and murder of a 17 year old high school girl, whose body was then dismembered and burned. Purkey is serving a prison sentence for another killing. Previously, Purkey was paroled after 17 years for shooting a man. Both victim and defendant are white.

**Fields, Sherman Lamont**
W.D. TX CR No. 01-CR-164-ALL
Race: B

Fields escaped from jail, where he was being held on federal weapons charges with the aid of a deputy sheriff in November 2001 and killed his girlfriend with a gun. He received 12 years

on the gun charge. He allegedly carjacked a vehicle at gunpoint. Fields represented himself during the guilt phase of the trial. All involved are black.

**Mitchell, Lezmond**
D. AZ CR No. 01-CR-1062-ALL
Race: NA

Murder on Navajo tribal land. All involved are Native American. The defendant and a juvenile got a ride from a woman and her 9 year old granddaughter, killed both and stole the car supposedly for use in an armed robbery. Each was stabbed at a separate location. In an attempt to hide the victim's identity, the hands and heads of the victims were removed. Attorney General Ashcroft required a capital prosecution against Mitchell under a carjacking theory -- although the Indian tribe has not "opted in" to the death penalty.

**LeCroy, William Emmet**
N.D. GA CR No. 02-CR-38-ALL
Race: W

A carjacking murder. The victim, a nurse practitioner, came home where she was raped, stabbed to death in her bedroom. LeCroy took car keys from her purse and then stole her Ford Explorer. He was arrested two days later in Minnesota trying to enter Canada with the victim's SUV. All involved are white.

**Brown, Meier Jason**
S.D. GA CR No. 02-M-53-ALL
Race: B

The stabbing murder of a United States Postal Service employee during a robbery at a United States Post Office. Brown confessed and blood was found on his jacket and bike. The victim is white and the defendant is black. She was stabbed 10 times. There was a conditional plea agreement specifying a life sentence. Attorney General Ashcroft rejected a plea agreement and required a capital trial.

**Bourgeois, Alfred**
S.D. TX CR No. 02-216-ALL
Race: B

A two year old child who died from "shaken baby syndrome". The baby was found unresponsive beside her father's tractor-trailer. Bourgeois and his wife told authorities the toddler had fallen out of the cab while they were making a delivery at Naval Air Station Corpus Christi. The toddler had seven major hemorrhages - two behind her right ear, two above her right eye and three in the back of her skull. Bourgeois's wife and his 7-year-old daughter alleged Bourgeois had abused the toddler before. All involved are African-American

relating to the jury's sentencing instructions in this first case conducted under the 1994 Federal Death Penalty Act. The Supreme Court affirmed the Fifth Circuit's decision in 1999. 119 S.Ct. 2090. A post-conviction action has been filed and denied, as was a successor petition raising a Ring issue. President Bush denied clemency the same evening as announcing the second Gulf War. Jones was executed the next morning, March 18, 2003.