

# Exhibit 29

# Exhibit 29

DECLARATION OF █████████████
PURSUANT TO 28 U.S.C. § 1746

I, █████████ do make oath and swear:

1. I was a member of the jury for the criminal trial United States of America v. Carlos Caro, Western District of Virginia Case Number 2:06cr1. I was juror number 24. I was elected the foreperson of the jury.

2. I struggled with my decision to impose a death sentence until the very end of deliberations. One of the factors influencing my decision, other than the apparent lack of remorse, was that he already had, essentially, a life sentence, so giving him another life sentence would not be any punishment for this crime. I also had concerns that he would hurt someone else in prison and that the prison would not keep him secure for the remainder of his life.

3. If any of the following information had been introduced into evidence, I would have given it strong consideration in determining the sentence:

    a. That Caro had brain damage;

    b. That Caro was serving a lengthy sentence because he had agreed to "take the fall" for another inmate in the Benavidez stabbing;

    c. That the guards acted negligently and contrary to sound correctional practices in regards to the housing of Caro and Sandoval; and

    d. That Sandoval had been caught with a prison shank.

4. Any one of those factors would have made a difference to me and could have influenced my sentencing decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nov 20 2012_.

███████████████████

1