Exhibit 30

Exhibit 30

DECLARATION OF ██████████
PURSUANT TO 28 U.S.C. § 1746

I, ██████████, do make oath and swear:

1. I was a member of the jury for the criminal trial United States of America v. Carlos Caro, Western District of Virginia Case Number 2:06cr1. I was juror number 33.

2. This case was very difficult for me. The single most important factor in my decision for the death penalty was that Carlos Caro was already serving a sentence that amounted to life in prison, so giving him a life sentence would have been, in effect, giving him no punishment for the homicide. That was not acceptable.

3. If Caro had not already been serving that lengthy sentence, then it is possible that I would not have voted for the death penalty.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11-20-12_.

██████████████████████████████

1