# Exhibit 31

# Exhibit 31

DECLARATION OF ███████████

PURSUANT TO 28 U.S.C. § 1746

I, _███████████████████_, do make oath and swear:

I was a member of the jury for the criminal trial United States of America v. Carlos Caro, Western District of Virginia Case Number 2:06cr1. I was juror number __47__ .

If there had been testimony that Carlos Caro had brain damage, I would not have voted for the death penalty.

If another inmate had testified that Sean Bullock was playing cards at the time of Sandoval's death and didn't see what happened, that would have made a difference, too.

If I had known that Sandoval was sent to the SHU because he had a shank, that would have affected my decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2012 ██████████

1