Exhibit 32

Exhibit 32

DECLARATION OF ███████████
PURSUANT TO 28 U.S.C. § 1746

I, ████████ do make oath and swear:

1. I was a member of the jury for the criminal trial United States of America v. Carlos Caro, Western District of Virginia Case Number 2:06cr1. I was juror number 62.

2. It was obvious from the evidence that Carlos Caro was guilty of first-degree murder. I am now, and was at the time of the trial, strongly in favor of the death penalty in cases where evidence of guilt is obvious.

3. There is nothing that the defense offered, or could have offered, that would have changed my mind about the sentence because Caro committed the crime.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ 11/19/12 ___.

██████████████████████

1