# Exhibit 33

# Exhibit 33

DECLARATION OF ███████████████████
PURSUANT TO 28 U.S.C. § 1746

I, ████████████████████████ , do make oath and swear:

I was a member of the jury for the criminal trial United States of America v. Carlos Caro, Western District of Virginia Case Number 2:06cr1. I was juror number __79__ .

The inmate eye-witness account of the murder was essential to my decision,

If evidence that Carlos Caro suffered brain damage had been introduced at trial, that could have made a difference in my decision on the death penalty.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 20, 2012_ .

████████████████████████

1