# Exhibit 42

# Exhibit 42



**Print Name:**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

## CONFIDENTIAL JUROR QUESTIONNAIRE

IT IS VERY IMPORTANT THAT YOU FILL OUT AND RETURN THIS QUESTIONNAIRE. **PLEASE RETURN IT WITHIN TEN (10) DAYS OF THE DATE YOU RECEIVE IT**. A POSTAGE PAID ENVELOPE IS ENCLOSED FOR THAT PURPOSE.

Instructions:

Please fill out the following questionnaire to assist in selecting a jury to serve in a criminal case. The purpose of these questions is not to ask unnecessarily about personal matters. It is simply to determine whether a prospective juror can decide the case fairly and impartially. The questionnaire will be kept confidential.

Do not discuss the questionnaire or your answers with anyone. It is very important that the answers be yours and yours alone. Remember that there are no "right" or "wrong" answers, only truthful answers. You must sign your questionnaire, and your answers will have the effect of a statement under oath to the court.

You must fill out the entire questionnaire. If you cannot answer a question because you do not understand it, write "Do Not Understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "Do Not Know" in the space after the question. Do not write on the back of any sheet. Use the extra sheets at the end of the questionnaire if necessary.

Please write legibly using a black pen. Please print your name in the upper right hand corner of this page.

1.    What is your full name? ███████████████

2.    What is your address? (include street address and city or town) _____

███████████████████████████████████

3.    (a)    What is your age?    5 7

      (b)    Are you:    Male _____        Female ✔____

4.    What is your place of birth? ███████████████

5.    Are you currently:

      Married? ✔____ For how many years? 3 9

      Single, never married? _____

      Divorced/Separated? _____

      Widow, Widower? _____

6.    (a)    Do you have you any children or stepchildren?

            Yes ✔____        No _____

(b)     If yes, please list them below:

Age    Sex    Education                          Type of employment

███████████████████████████████████████████████████████████

——— ———  ——————————————        ————————————————

——— ———  ——————————————        ————————————————

7.     How long have you lived at your present residence? _27 years_____

8.     Do you:

Own your own home? _____ ✓____

Rent? _____

Neither own nor rent, but live with family/friends? _____

9.     Are you (check any and all that apply):

Self-employed?        _____

Employed full-time?   _____

Working part-time?    _____

Working in the home?  _____

Unemployed/laid off?  _____

Retired?      _____

A student?    _____

Disabled and unable to work? ___ ✓ ___

10.   (a)   If you are employed, what type of work do you do?   (If retired or unemployed, what type of work did you last perform?)

████████████████ ████████████████████████████

████████████████

      (b)   Do you (or did you) supervise employees in your work?

            Yes _____          No __✓___

            If yes, how many? _____

11.   Please state who else in your household works outside the home and the type of work

pe ████████████████████████████████████████████

██████████████████████████████████████████████

12.   (a)   Have you ever served in the military?

            Yes _____   No __✓___

      (b)   If yes, when? _____

      (c)   In what branch? _____

      (d)   What was your highest rank? _____

13.    (a)      What was your <u>highest</u> level of education?

0 - 8th grade              _____

Some high school           _____

High school graduate    ___✓___

Some college               ___✓___

College graduate           _____

Some graduate work         _____

Post-graduate degree       _____


(b)    If you are presently a student, please describe briefly your area of study.

_____Not Applicable_____


(c)    Name any college degrees you have earned and your major areas of study.

_____None_____

_____


(d)    Describe any law courses you have had (for example, business law courses in college, paralegal programs). ___None___

_____


(e)    Describe any training or work experience you have had in psychology,

psychiatry or mental health counseling. _None_

 

    (f)    Do you understand or speak the Spanish language? If so, please describe your proficiency. _No_

 

    (g)    Are you a smoker?

_No_

---

14.    (a)    Are you a lawyer, or do you have any legal training or have you ever worked in a lawyer's office? Do you have any family members or close friends who are lawyers, or who have had legal training or who have ever worked in a lawyer's office?

    Yes _____    No _✓_

    (b)    If yes, please explain. _____

15. (a) Have you, or any family members or close friends, ever worked in law enforcement, whether local, state or federal, or private security agency, or as a correctional officer or in a jail or prison, including, but not limited to the following (check as many as apply for each catagory):

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Federal Bureau of Investigation (F.B.I.) | | | | |
| U.S. Attorney's Office | | | | |
| State Prosecutor's Office | | | | |
| Internal Revenue Service (IRS) | | | | |
| Drug Enforcement Agency (DEA) | | | | |
| Central Intelligence Agency (CIA) | | | | |
| National Security Agency (NSA) | | | | |
| Department of Justice | | | | |
| State Department | | | | |
| Any U.S. Embassy | | | | |
| U.S. Treasury Department | | | | |
| Department of Homeland Security | | | | |
| Peace Corps | | | | |
| Agency for International Development | | | | |
| Immigration, Naturalization Service | | | | |
| Military Police | | | | |
| Correctional Officer | | | | |
| Bureau of Prisons ─ State ─ KMCC | | ✓ | | Nurse |
| Parole or Probation Office | | | | |
| State Police | | | | |
| Police Department | | | | |
| Sheriff's Department | | ✓ | | Dispatcher |
| U.S. Marshal's Service | | | | |
| Secret Service | | | | |
| U.S. Customs | | | | |
| U.S. Postal Service | | | | |
| Federal Protective Services | | | | |
| Naval Investigative Services | | | | |
| Bureau of Alcohol, Tobacco and Firearms (BATF) | | | | |
| U.S. Park Police | | | | |
| Other law enforcement or private security agency not listed | | | | |

16. What do you like to do most in your spare time? _Read, Attend Church, Visit children and grandchildren._

17. What newspapers and magazines do you read most of the time? _Virginia Mountaineer; Readers Digest_

18. What type of TV programs do you watch most often? _News; Gospel TV; Home Shopping, Talk Shows_

19. Do you have any religious, moral or ethical beliefs that would prevent you from sitting in judgment of another person in a criminal trial?

Yes_____          No __✓__

(a)    If yes, please explain. _____

20.    What community, civic, social, professional or trade clubs or organizations, if any, do you

belong to? _Relay for Life team_____

_____

_____

21.    What such organizations, if any, have you belonged to in the past? _____

_____None_____

_____

22.    Have you, or any family members or close friends, ever been the victim of, or witness to a

crime, whether or not that crime was reported to law enforcement authorities?

Yes_____         No___✓___

(a)    If yes, please provide the following information for each person and incident:

| Relationship (myself, sister etc.) | Type of crime | Victim or witness? | Reported to police? | Was anyone arrested? | Outcome of the case |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(b)    If any of these incidents had a strong effect on you and your attitude about crime, please describe the effect it had on you. _Not Applicable_

_____

_____

_____

(c)    How did you, or the person close to you, feel that the police or law enforcement officer handled the situation? _Not Applicable_

_____

_____

_____

23.    Have you, or any family members or close friends, ever been accused of a crime?

Yes_____        No___✓___

If yes, please provide the following:

| Relationship of Person Charged (myself, sister, etc) | Crime(s) Charged | Outcome of Case |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

24.    Have you ever had to appear in court as a plaintiff, defendant, victim, or witness for any

reason other than you have already explained above?

        Yes_____        No___✓___

        If yes, please state when and explain why you appeared in court. _____

_____

_____

_____


25.    Have you ever served as a juror on a grand jury?

        Yes_____        No___✓___


26.    Have you ever served as a juror at a trial before?

        Yes_____        No___✓___

        (a)    If yes, for each trial on which you served as a juror, please tell what court it was in,

what the case was about, and state what verdict the jury reached (not guilty, guilty, awarded

damages, etc.).

        1.    _____

_____

        2.    _____

_____

        3.    _____

_____

(b)    Have you ever served as a jury foreperson?

Yes_____    No____✓_____

(c)    Was there anything about your experience as a juror that would make you not want

to serve again? _____

_____

_____

_____

_____

27.    Other than any prior jury service, have you ever been interested in the outcome or followed

the media or press accounts of any criminal case(s)?

Yes____✓____    No_____

If yes, please state what case(s) and what your interest was in this

case(s). O. J. Simpson — I was interested in verdict. Buchanan County "Coon Dog" cases -- I was interested because of the political candidates serving our community.

28.    How serious a problem do you think crime is in your community or neighborhood?

Very serious        ✓ (not a lot of crime)

Somewhat serious    _____

Not a serious problem    _____

Page 12 of 28

29.    Have you ever moved, or considered moving, because you thought crime was a problem in

your neighborhood?

Yes_____          No___✓_____

If yes, please explain. _Crime in my neighborhood_
_is not very bad, however I feel_
_any crime is serious._

30.    Are you now, or have you ever been, a member of or associated with any groups that have

crime prevention as a goal, such as a neighborhood watch group?

Yes_____          No____✓_____ .

If yes, please describe the group and your participation. _____

31.    In your opinion, what are the major causes of crime? _Drugs, alcohol,_
_lack of finances, Unable to_
_control temper, rage, jealousy,_
_psychological problems and occasionally_
_self defense can be a factor._

32.  Are you, or have you ever been, a member of any victims' rights group?

Yes_____    No____✓____

If yes, please identify the group and describe your participation. _____

_____

_____

_____

33.  Describe your general feeling about the following:

(a)  Police and other law enforcement officers. I have respect for them because it is my opinion most are dedicated to upholding the law and protecting our citizens, they have dangerous jobs.

(b)  Prosecutors. I feel prosecutors are also upholding the law and try to present criminal cases based on the circumstances within the limits of the law.

(c)  Defense lawyers. I feel a defense lawyers will try to defend his or her client as allowed within the guidelines of the law, even if client is guilty or innocent.

34.    Have you ever had an unfavorable experience with a lawyer or judge?

Yes_____        No____✓____

If yes, please explain. _____

_____

_____

_____

35.    Have you, or any family members or close friends, ever sued or been sued by anyone?

Yes_____        No____✓____

If yes, please explain. _____

_____

_____

_____

36.    Have you, or any family members or close friends, made or brought any claims or lawsuits

against any federal, state or local government agency?

Yes_____        No____✓____

If yes, please explain. _____

_____

_____

_____

37.    Have you ever had any education, training, or experience in the areas of (please check all that apply):

| | | |
|---|---|---|
| Firearms | Yes _____ | No ✓ |
| Private investigations | Yes _____ | No ✓ |
| Fingerprinting | Yes _____ | No ✓ |
| Blood testing | Yes _____ | No ✓ |
| DNA testing | Yes _____ | No ✓ |
| Ballistics | Yes _____ | No ✓ |

If yes, please describe. _____

_____

_____

_____

_____

38.    Have you ever (check all that apply):

(a)    Volunteered to assist law enforcement officers          Yes ___    No ✓

(b)    Participated in a "Ride Along" program          Yes ___    No ✓

(c)    Donated money to any police or other law
enforcement auxiliary or fund raising program          Yes ✓    No ___

(d)    Attended a citizens' police academy          Yes ___    No ✓

39.    Have you ever called in to a radio talk show or written a letter to the editor to comment on

a court case or investigation?

Yes_____        No___✓_____

If yes, please describe the case.    _____

_____

_____

_____

40.    Please describe any bumper stickers or decals you have on any vehicle (other than those

required by law).____None_____

_____

_____

_____

41.    Have you or any family members or close friends ever had any problems, legal or personal,

relating to drugs?

Yes_____        No___✓_____

If yes, please describe the situation(s) and who was involved.    _____

_____

_____

_____

42.    Do you believe that sometimes innocent people are convicted of crimes they did not commit?

Yes _____        No ___✓___        Unsure_____

43.    Do you believe that the law does too much to protect the rights of criminal defendants and

not enough to protect the rights of crime victims and their families?

Yes _____        No ___✓___        Unsure_____

44.    Do you feel that the criminal justice system treats criminals too harshly, about right, or too

leniently?

Too harsh_____        About right___✓___        Too lenient_____

45.    Have you, or any family members or close friends, had an experience with the police or other

law enforcement agency that was so bad or negative that it stands out in your mind?

Yes_____        No_____✓_____

If yes, please explain. _____

_____

_____

_____

_____

46.     Have you, or any family members or close friends, had an experience with the police or other law enforcement agency that was so good or positive that it stands out in your mind?

Yes_____          No___✓_____

If yes, please explain. _____

_____

_____

_____

_____

47.     This case is expected to last several weeks. If you were selected to serve on the jury, you would be required to attend court Monday through Thursday, from 9 a.m. until about 4 p.m., with time off for lunch and breaks. You would return home each evening and on the weekends. Jury service is very important to the system of justice in our country. There is no higher responsibility or privilege of American citizenship. Accordingly, inconvenience alone will not be sufficient to excuse a prospective juror. To be excused, a juror must show that service as a juror in this case would create an unacceptable amount of personal hardship. Would service in this case create an unacceptable hardship for you?

Yes_____          No___✓_____

If yes, please explain why. _____

_____

_____

_____

48.    Do you have any difficulty reading or understanding English?

Yes _____        No __✓____

If yes, please describe. _____

_____

_____

_____

49.    Do you have any physical problem (for example, with your sight or hearing) that might

interfere with your ability to serve as a juror?

Yes ___✓____        No _____

If yes, please describe. I wear hearing aids, however

I can hear well unless ~~it is~~ voices

~~extremely quiet~~ are extremely

low.

50.    Are you taking any medicine that might affect your ability to serve as a juror?

Yes _____        No __✓____

If yes, please describe. _____

_____

_____

_____

51.    Do you know of any other reason why you could not serve as a fair and impartial juror?

_____ *No* _____

_____

_____

_____

_____

The defendant, Carlos David Caro, is accused of murdering Roberto Sandoval in the United

States Prison in Lee County, Virginia.

52.    Does the fact that this alleged crime involves violence cause you any concern about sitting

as a juror in this case?

Yes _____          No _✓_____

If yes, please explain. _____

_____

_____

_____

53.    Does the fact that both the defendant and the victim in this case were prisoners at the United

States Prison at Lee County, Virginia at the time of the alleged murder cause you any concern about

sitting as a juror in this case?

Yes _____          No _✓_____

If yes, please explain. _____

_____

_____

_____

_____

54.     Do you have any ties to the United States Prison at Lee County, Virginia?

Yes _____          No ___✓___

If yes, please explain. _____

_____

_____

_____

55.     This case has been reported in the news media. There is nothing wrong with having heard something about this case. It is important that you truthfully and fully answer the following questions concerning your knowledge about this case. Do you recall having heard anything about this case?

Yes _____          No ___✓___

If yes, how much have you heard about this case (for example, a lot, some, very little, or nothing)? _Nothing - never heard of the case._

_____

_____

How closely would you say that you have followed the news about this case?

[ ] Very closely   [ ] Somewhat closely    [ ] Not very closely    [X] Not at all

If you have heard about this case, how did you hear about it (for example, through newspapers, television, radio, and/or word-of-mouth)? _____

_____

_____

Have you discussed this case with any of your friends, co-workers, neighbors, family members or others?

Yes _____         No ___✓_____

If yes, what did you talk about? _____

_____

_____

_____

Please describe what you have heard about this case. _Nothing_____

_____

_____

_____

Please describe what you have heard about the defendant. _Nothing_

What are your thoughts and opinions, if any, about this case? _No opinion or thoughts. I will wait to hear the evidence._

What are your thoughts and opinions, if any, about the defendant? _None_

Have you expressed an opinion about this case or about the defendant to anyone?

Yes _____          No __✓____

If so, what were the circumstances and what opinion did you express? _____

Has anyone you talked to expressed the opinion that the defendant is guilty of the crimes charged?

Yes _____          No ____✓____

56.    The following is a list of the attorneys who are or have been representing persons associated with this case. Do you know either professionally, socially, or by reputation any of these attorneys or persons with whom they work?

[  ]   John L. Brownlee, U.S. Attorney

[  ]   Anthony P. Giorno, Assistant U.S. Attorney

[  ]   Stephen J. Kalista, Counsel for Defendant

[  ]   James A. Simmons, Counsel for Defendant

For each person checked, please explain. ____*No*_____

_____

_____

_____

57.    Did/do you have any personal or social connections with either of the deceased, Roberto Sandoval, or his family?          Yes _____          No ____✓____

If yes, please explain. _____

_____

_____

_____

58.     In general, what are your feelings about the death penalty (capital punishment): _____

I feel if someone willfully and knowingly kills or takes someone's life, especially premeditated, they deserve the death penalty.

59.     How strong is your opinion about the death penalty? (Check one):

[ ] Strongly favor          [ ] Somewhat oppose

[ ] Somewhat favor          [ ] Strongly oppose

[X] Neither favor or oppose

Please explain. My opinion would be based on each case and the evidence presented.

60.     Are your opinions on the death penalty based on your religious or moral beliefs?

Yes _____          No ___✓___

If yes, please explain. _____

61.    Are your feelings about the death penalty such that you would **always** vote for a sentence of death as a punishment for someone convicted of a death penalty eligible offense, regardless of the facts and circumstances?

Yes _____          No ___✓___

62.    Are your feelings about the death penalty such that you would **never** vote for a sentence of death as a punishment for someone convicted of a death penalty eligible offense, regardless of the facts and circumstances?

Yes _____          No ___✓___

63.    If you were chosen to be a juror in this case, the judge will instruct you that the possible punishment that a defendant may receive is not to be considered at all during the jury's deliberations on the charges at trial, and that the jury will consider possible punishment only if and when there is a sentencing hearing after a conviction on one or more of the charges that carry the possibility of the death penalty.  Will you be able to follow the judge's instructions and find the defendant guilty or not guilty of the charges based only on the evidence, without consideration of the possible punishment?

Yes ___✓___          No _____

If no, please explain _____

_____

_____

_____

Additional room for any answers. Please remember to put the question number next to your answer.

I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

SIGN HERE: