# EXHIBIT 48

# EXHIBIT 48

STATE OF NEW MEXICO          )
                             ) :
COUNTY OF SANTA FE   )

## AFFIDAVIT

I, JEANNE DVORAK, being first duly sworn, deposed and say:

1.     I am a resident of Santa Fe County, New Mexico and am over the age of 18.

2.     I am employed at Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg, & Bienvenu, LLP.

3.     On November 29, 2010 I caused a letter and questionnaire to be sent to 129 inmates housed at the ADX Supermax facility in Florence, Colorado. Of the 129 questionnaires mailed out, 14 were returned indicating the prisoners were under SAMS, and 69 prisoners responded. Attached as Exhibit 1 is a spreadsheet setting forth inmate responses to that survey.

4.     One of the purposes of the questionnaire was to determine how many consecutive years those prisoners had been confined in ADX or ADX and Marion. Attached as Exhibit 2 is a compilation of the results. As the chart shows 43 prisoners claimed they had been in ADX or ADX and Marion for 8 or more consecutive years as of the date they responded. The chart was prepared from the information contained in the responses received from the prisoners.

FURTHER AFFIANT SAYS NAUGHT.

_____
Jeanne Dvorak

S:\MARK\7243\Survey 11-29-10\Affidavit .wpd          Page 1 of 2

SWORN TO AND SUBSCRIBED before me this 11th day of November, 2011

by Jeanne Dvorak.

_____
NOTARY PUBLIC

OFFICIAL SEAL
Richard A. Martinez
NOTARY PUBLIC · STATE OF NEW MEXICO
Notary Bond Filed with Secretary of State
My Commission Expires   12/16/13

My Commission Expires:

12 / 16 / 13
_____

# EXHIBIT A

# to Affidavit of

# Jeanne Dvorak

**Michael Wayne Thompson #7243**
**Responses to Survey 11-29-10**

| Inmate | Reg. No. | Letter | Survey | Attachment | Date Received | Scanned & Emailed | Retrnd Mail SAMS | Consecutive Time Marion to ADX | | | |
|--------|----------|--------|--------|------------|---------------|-------------------|------------------|--------|--------|--------|--------|
| | | | | | | | | Marion | | ADX | |
| | | | | | | | | Enter | Leave | Enter | Leave |
| Abouhalima, Mahmud | 28064-054 | | | | | | Y | | | | |
| Akers, Montgomery | 02866-081 | Y | Y | N | 12/13/2010 | Y | | - | - | 2000 | 2010 |
| Al-Amin, Jamil | 99974-555 | Y | Y | Y | 12/9/2010 | Y | | - | - | 2007 | No |
| Alaniz, Alejando | 40581-079 | N | Y | N | 5/6/2011 | Y | | 2000 | 2001 | 2008 | No |
| Alvarez, Victor | 34848-054 | Y | Y | N | 12/9/2010 | Y | | 1997 | 2005 | 2005 | No |
| Ayyad, Nidal | 16917-050 | | | | | Y | Y | | | | |
| Barron, Percy | 04710-000 | N | Y | N | 12/8/2010 | Y | | - | - | 2003 | No |
| Bingham, Tyler | 03325-091 | | | | | | Y | | | | |
| Black, Clifford G. | 55458-097 | N | Y | N | 12/16/2010 | Y | | - | - | 1996 | No |
| Bond, Erving | 16203-083 | Y | Y | N | 12/20/2010 | Y | | 1999 | 2006 | 2006 | No |
| Bornman, Gary W. | 09219-014 | Y | Y | Y | 12/8/2010 | Y | | 2005 | 2006 | 2006 | No |
| Bridgewater, Wayne | 20220-148 | N | Y | N | 12/9/2010 | Y | | - | - | 1998 | No |
| Bruscino, Ronnie | 20168-148 | Y | Y | N | 12/13/2010 | Y | | 1993 | 1995 | 1995 | No |
| Buhl, Leroy G. | 40114-066 | Y | Y | N | 12/9/2010 | Y | | - | - | 2002 | No |
| Carlin, Paul E. | 04764-067 | Y | N | N | 12/8/2010 | Y | | ? | ? | ? | No |
| Casso, Anthony | 16802-050 | Y | N | N | 12/9/2010 | Y | | ? | ? | 1998 | No |
| Castro, Ruben | 03328-112 | N | Y | N | 12/7/2010 | Y | | - | - | 2008 | No |
| Crawford, John F. | 55891-097 | N | Y | N | 12/23/2010 | Y | | 1999 | 2005 | 2005 | No |
| Custard, Bob Allen | 02728-031 | N | Y | N | 12/7/2010 | Y | | 1998 | 2003 | 2003 | No |
| Davis, Melvin | 39574-133 | L | N | N | 12/20/2010 | Y | | - | - | - | 2010 |
| Deberry, Frederick D. | 09303-042 | Y | Y | N | 12/13/2010 | Y | | - | - | 2003 | No |
| Doughterty, Joseph | 01924-135 | Y | Y | Y | 12/10/2010 | Y | | - | - | 2001 | No |
| El-Hage, Wadih | 42393-054 | | | | | | Y | | | | |

**EXHIBIT**

1

| Inmate | Reg. No. | Letter | Survey | Attachment | Date Received | Scanned & Emailed | Retrnd Mail SAMS | Marion Enter | Marion Leave | ADX Enter | ADX Leave |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ellis, Charles | 07318-045 | Y | N | N | 12/7/2010 | Y | | - | - | - | No |
| Eusi, Maulana Modibo | 02218-045 | Y | Y | N | 12/13/2010 | Y | | - | - | 1997 | 2010 |
| Filkins, Glenn R. | 84015-012 | Y | Y | N | 12/13/2010 | Y | | 1991 | 1993 | 1995 | No |
| Gambina, Ralph | 12508-116 | N | Y | N | 12/9/2010 | Y | | 1992 | 1995 | 1995 | No |
| Georgacarakos, Peter | 03029-036 | Y | Y | N | 12/9/2010 | Y | | - | - | 2003 | No |
| Gibson, Christopher Overton | 81372-011 | Y | Y | N | 12/7/2010 | Y | | 1991 | 1995 | 1995 | No |
| Gometz, Randy | 35556-118 | Y | (Letter) | N | 12/7/2010 | Y | | 1980 | 1994 | 1994 | No |
| Hale, Matthew F. | 15177-424 | Y | Y | N | 12/9/2010 | Y | | - | - | 2005 | No |
| Hamrick, Rodney | 01192-087 | Y | N | N | 1/10/2011 | Y | | ? | ? | ? | ? |
| Hanssen, Robert | 48551-083 | | | | | | Y | | | | |
| Heisler, Donald P. | 05680-089 | Y | Y | N | 12/13/2010 | Y | | - | - | 2004 | No |
| Hevle, Edgar W. | 13950-116 | N | Y | N | 12/13/2010 | Y | | - | - | 1997 | No |
| Hicklin, Steven W. | 01242-097 | N | Y | N | 12/7/2010 | Y | | 1991 | 1995 | 1995 | No |
| Hoover, Larry | 86063-024 | N | Y | N | 12/15/2010 | Y | | - | - | 1998 | No |
| Houston, Henry | 94434-012 | | | | | | Y | | | | |
| Kaczynski, Theodore | 04475-046 | Y | Y | Y | 12/7/2010 | Y | | - | - | 1998 | No |
| Kitchen, Brandon | 85114-020 | N | Y | N | 12/27/2010 | Y | | 1997 | 2006 | 2006 | No |

Case 1:06-cr-00001-JPJ   Document 790-48   Filed 03/22/13   Page 7 of 10   Pageid#: 7264

| Inmate | Reg. No. | Letter | Survey | Attachment | Date Received | Scanned & Emailed | Retrnd Mail SAMS | Consecutive Time Marion to ADX | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Marion Enter | Marion Leave | ADX Enter | ADX Leave |
| Kolb, Mitchell E. | 02689-081 | Y | Y | N | 12/7/2010 | Y | | 1994 | 1996 | 1996 | No |
| Knorr, Carl E. (Jr.) | 13161-075 | N | Y | N | 12/8/2010 | Y | | 1995 | 2009 | 2009 | No |
| Leon, Raul | 95335-198 | Y | | | 12/27/2010 | | Y | | | | |
| Lynn, Richard J. | 09748-004 | Y | Y | Y | 12/13/2010 | Y | | 1992 | 1995 | 1995 | No |
| Martin, Roy Ray | 26370-077 | Y | Y | N | 12/6/2010 | Y | | 2000 | 2006 | 2006 | No |
| Martinez, Francisco Ruiz | 91147-011 | Y | Y | N | 12/20/2010 | Y | | 2003 | 2006 | 2006 | No |
| Matthews, Norman | 88752-132 | Y | Y | N | 12/7/2010 | Y | | 1985 | 1995 | 1995 | No |
| McCallister, Timothy | 02659-087 | Y | Y | Y | 12/8/2010 | Y | | - | - | 2007 | No |
| McElhiney, Michael | 04198-097 | | | | | | Y | | | | |
| McIntosh, Richard | 02012-028 | N | Y | N | 12/13/2010 | Y | | 1995 | 2000 | 2000 | No |
| McKinney, Aaron | 10788-026 | Y | Y | N | 12/9/2010 | Y | | 2001 | 2005 | 2005 | No |
| McMillan, Shane | 07580-091 | Y | Y | N | 12/9/2010 | Y | | - | - | 2007 | No |
| Mills, Barry | 14559-116 | | | | | | Y | | | | |
| Moreno, Jesse | 03326-112 | Y | Y | Y | 12/9/2010 | Y | | - | - | 1997 | No |
| Moussaoui, Zacarias | 51427-054 | | | | | | Y | | | | |
| Narducci, John | 13680-014 | Y | N | N | 12/13/2010 | Y | | | | | |
| Nosair, El-Sayyid | 35074-054 | N | Y | N | 12/7/2010 | Y | | - | - | 2002 | No |
| O'Driscoll, Michael J. | 04221-016 | Y | Y | N | 12/7/2010 | Y | | - | - | 2003 | No |
| Oechsle, Raymond | 44776-066 | Y | Y | N | 1/7/2011 | Y | | 1996 | 2001 | 2001 | No |
| Ozsusamlar, Osman N. | 53271-054 | Y | Y | N | 12/15/2010 | Y | | - | - | 2007 | 2010 |
| Portee, Omar | 30063-037 | | | | | | Y | | | | |
| Reid, Richard Colvin | 24079-038 | Y | Y | N | 12/13/2010 | Y | | - | - | 2003 | No |
| Rodriguez, Osiel | 21136-018 | Y | Y | N | 12/7/2010 | Y | | - | - | 2007 | No |
| Rudolph, Eric | 18282-058 | N | Y | N | 1/18/2011 | Y | | - | - | 2005 | No |
| Sabatino, James | 30906-004 | Y | N | N | 12/20/2010 | Y | | | | | |
| Sablan, Rudy | 00074-005 | Y | Y | N | 1/14/2011 | Y | | - | - | 2000 | No |
| Sahakian, David | 54744-097 | | | | | | Y | | | | |
| Saleh, Mohammed | 34853-054 | Y | Y | N | 12/16/2010 | Y | | - | - | 2002 | No |
| Sattar, Ahmed | 53506-054 | | | | | | Y | | | | |
| Scott, Steve L. | 55341-065 | Y | Y | N | 12/9/2010 | Y | | 1992 | 1995 | 1995 | No |
| Segura, Phillip Ralph | 14801-116 | Y | Y | | 12/13/2010 | Y | | 2002 | 2006 | 2006 | No |

| Inmate | Reg. No. | Letter | Survey | Attachment | Date Received | Scanned & Emailed | Retrnd Mail SAMS | Consecutive Time Marion to ADX | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Marion | | ADX | |
| | | | | | | | | Enter | Leave | Enter | Leave |
| Shepard, Robert Dale | 04574-088 | Y | Y | N | 12/7/2010 | Y | | - | - | 2001 | No |
| Simas, Russell | 23188-086 | Y | Y | N | 12/7/2010 | Y | | - | - | 1995 | No |
| Shryock, Raymond | 03332-112 | N | Y | N | 12/7/2010 | Y | | 2002 | 2006 | 2006 | No |
| Stallings, Larry B. | 14534-057 | Y | Y | N | 12/13/2010 | Y | | - | - | 1996 | No |
| Tokash, Joe | 06373-097 | Y | Y | N | 12/9/2010 | Y | | 1996 | 2006 | 2006 | No |
| Tristan, Cornelio | 02550-748 | Y | Y | Y | 12/9/2010 | Y | | - | - | 2005 | No |
| Tuttamore, Timothy S. | 43018-060 | N | Y | N | 12/8/2010 | Y | | - | - | 2005 | No |
| Usher, John Derel | 07145-062 | Y | Y | Y | 12/15/2010 | Y | | 1998 | 2006 | 2006 | No |
| Von Moos, Jon | 79328-012 | N | Y | N | 12/7/2010 | Y | | 1997 | 2000 | 2000 | No |
| Yarbrough, Gary L. | 09883-016 | Y | N | N | 12/9/2010 | Y | | 2004 | 2007 | 2007 | No |
| Young, Timothy Doyle | 60012-001 | Y | Y | N | 12/16/2010 | Y | | 1994 | 1995 | 1995 | No |
| Yousef, Ramzi | 03911-000 | | | | | | Y | | | | |

# EXHIBIT B

# to Affidavit of

# Jeanne Dvorak

| 43 More Than 8 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 13 |  |  |  |  |  |  |  |  |
|  |  | 10 |  |  | 13 |  |  |  |  |  |  |  |  |
|  |  | 10 |  |  | 13 |  |  |  |  |  |  |  |  |
| 8 |  | 10 |  |  | 13 |  |  |  |  |  |  |  |  |
| 8 |  | 10 |  |  | 13 |  |  |  |  |  |  |  |  |
| 8 |  | 10 |  |  | 13 |  |  |  |  |  |  |  |  |
| 8 | 9 | 10 |  |  | 13 |  |  |  |  |  | 20 (15A) |  |  |
| 8 | 9 | 10 (5A) | 11 | 12 | 13 (5A) | 14 | 15 |  |  | 18 (15A) | 20 (15A) |  |  |
| 8 | 9 | 10 (5A) | 11 | 12 | 13 (5A) | 14 (5A) | 15 | 16 | 17 | 18 (15A) | 20 (15A) | 26 (16A) | 30 (16A) |

Notation in parentheses indicates number of years at ADX, i.e., (16A) indicates prisoner was housed for 16 years at ADX.



EXHIBIT

2