# EXHIBIT 56

# EXHIBIT 56

Psychology Data System                                    Page 1 of 3

**\*\*LIMITED OFFICIAL USE\*\***

## FEDERAL BUREAU OF PRISONS

### ADX/MARION PSYCHOLOGICAL EVALUATION
### Tuesday, September 07, 2004
### CARO, CARLOS DAVID Reg #: 37786-079

Reason for Referral:

Inmate Carlos David Caro #37786-079 was seen this date to
complete a psychological evaluation for placement at U.S.P.
Marion or ADX Florence as required.  The referral was from his
case manager and was received on 09/01/04.  He was seen this date
(September 7, 2004)  in a semi-private office in SHU.  The limits
of confidentiality were discussed with him as well as the purpose
of this evaluation.  He agreed to participate in this examination
for placement at U.S.P. Marion or ADX Florence.  In addition to
the formal interview that was conducted for completion of this
assessment, the following sources of information were also
utilized: a review of the Central File, all available psychology
notes (PDS), and all relevant SENTRY information.

Findings:

Inmate Caro is presently serving a 378 month sentence for
Possession with Intent to Distribute Cocaine.  He is presently
awaiting sentencing for his participation in an assault on
another inmate as well as an impending indictment related to the
murder of his cell mate in SHU.  Based on information contained
in his Presentence Investigation, he has also been incarcerated
for the following crimes: Driving While Intoxicated and
Possession with Intent to Distribute Marijuana.  There are no
documented juvenile offenses and Inmate Caro denies being in
trouble with the authorities as a youth.

Since his present period of incarceration, Inmate Caro has
received progressively serious incident reports for inappropriate
behavior.  These are presented in order to the most recent to
demonstrate the escalation in his behavior: Refusing to Obey an
Order (05-94), Being Absent from Assignment (05-94),  Being
Unsanitary/Untidy (10-94),  Possessing Drugs or Drug Items (01-
97), Possessing Drugs or Drug Items (06-97), Being Absent from
Assignment (10-97), Refusing Work/Program Assignment (01-98),
Being in an Unauthorized Area (01-01), Giving/Accepting Money
Without Authorization (05/02), Phone Abuse (09-02), and Phone
Abuse (09-02).  Not included in this listing are the attempted
murder of a fellow inmate (pending trial and sentencing outcome)
and the murder of his cell mate (pending trial and sentencing
outcome).  It is clear from this listing that Inmate Caro has
escalated his behavior while in prison to the point where he is
currently facing an indictment related to the murder of his cell
mate in SHU.

Inmate Carlos David Caro is a 37 year old, Divorced, Hispanic-
American male who has one 15 year old daughter. He reports having

a stable relationship with his child and his ex-wife. His family all reside in Falfurrias, Texas. He has three brothers who all have extensive criminal histories. His mother and father are both deceased. Nobody in the immediate family has a history of psychological health difficulties. Inmate Caro believes that his relationship with his family members are strong and stable.

Please also note that Inmate Caro is a member of the prison gang known as the Texas Syndicate (TS). His violence while incarcerated appears to be gang related and tied directly to his involvement with the TS. Specifically, he assaulted another TS member which resulted in the recent conviction and his deceased cell mate in SHU was also a TS gang member. Inmate Caro has not been a disruptive inmate or violent in any other settings unless he was involved with TS activities. It is believed that Inmate Caro's violence is planned and instrumental, rather than impulsive.

Inmate Carol has a history of using alcohol and drugs before coming to prison. He reports using cocaine, marijuana, and alcohol since about the age of 16. His incident report history also suggests that he has used substances while incarcerated. While Inmate Caro was on supervised release from a previous period of incarceration, he did participate in drug counseling but was not fully compliant which was a factor in the revocation of his release.

Mental Status Examination:

Inmate Caro is a 37 year old, Divorced, Hispanic-American male who was alert and oriented to person, place, time, general nature of surroundings, and purpose of this evaluation. Inmate Caro was very polite and pleasant during this interview. At no time during this contact did it appear that he was under the influence of any illicit substance. He was able to attend, concentrate, and fully participate in this assessment. He denied all symptoms of psychosis, including auditory hallucinations, visual hallucinations, or delusional thought content. There was no objective evidence suggesting that this individual suffers from a major psychotic disorder. He also denied all symptoms related to a depressive condition. Again, there was no objective evidence to suggest otherwise. He denied past or present suicidal ideation. He denied present homicidal ideation. He denied being a victim or perpetrator of a sexual assault while incarcerated with the Federal Bureau of Prisons. His judgement and personal insight are consistent with the general offender population. At this time, it does not appear that this individual meets the Diagnostic and Statistical Manual of Mental Disorders - Fourth Edition -Text Revision criteria for a major psychological health condition.

With regards to violence prediction, it appears that Inmate Caro has only acted aggressively with other Texas Syndicate gang members. His violence appears to be instrumental rather than impulsive. Inmate Caro is pleasant to interact with professionally and other staff at this facility have described him as a "good inmate." However, violence prediction is often difficult to ascertain and further evaluation into this inmate's violence risk would appear warranted in the future.

Psychology Data System                                                     Page 3 of 3

Conclusions and Recommendations:

Inmate Caro is a 37 year old, Divorced, Hispanic-American male
who is being considered for placement at U.S.P. Marion or ADX
Florence.  As per policy, he has completed this psychological
examination.  Based on this examination, a review of all
available psychology records, a review of his Central File, and a
review of all available SENTRY information, it does not appear
that placement in the Marion or ADX environment would be
detrimental to his psychological health status.  The following
recommendations are offered in order to assist with the
behavioral management of this individual while he remains
incarcerated:

1.  If Inmate Caro is placed at the United States Penitentiary in
Marion, he should be encouraged to participate in and complete
the E-CODE program offered at that facility. This program allows
for inmates to acquire more prosocial skills which will assist
them with the possible transition to a regular prison
environment.

2.  Inmate Caro should be encouraged to maintain and further
develop his family relationships while he remains at U.S.P. Lee
County and if he is transferred to U.S.P. Marion or ADX Florence.
Family ties will serve as a strong support system for this
individual while he remains in a segregated population.

3. If Inmate Caro is placed at U.S.P. Marion or Florence ADX,
psychology staff may wish to conduct a thorough violence risk
assessment before he is returned to a general population setting.

At this time, no further conclusions or recommendations can be
offered.  Please do not hesitate to contact the U.S.P. Lee County
psychology staff if further information is required.

---

**M. GEYER, PSY.D.**