# EXHIBIT 57

# EXHIBIT 57



| Date | Time | comments/staff |
|------|------|----------------|
| 1/22/04 | 0800 | Psychology Rounds: Inmate Caro instituted a conversation this date to advise me that another I/m was experiencing psychological distress. The conversation was then terminated by I/m Caro. ____ Psy.D - Clinical Psychologist |
| 1-22-04 | 9:30Am | Inmate Caro requested a cell change to a different cell. At Approximately 10:40am Caro was taken to Rec and his cell contents were moved. This was all explained to him and he stated Okay and Thank you. ___ /Krieter |
| LATE ENTRY 1/20/04 | 2:00pm | INMATE CARO ASKED IF I WOULD ALLOW HIM TO GO TO RECREATION WHILE OTHER INMATES WERE ON THE YARD. CURRENTLY HE IS BEING GIVEN RECREATION ONLY WHEN ALL OTHER REC CAGES ARE CLEAR. HE STATED, "IT'S NOT LIKE I CAN REACH THROUGH THE SIDES OF THE CAGE TO KILL SOMEBODY" I TOLD HIM I WOULD THINK ABOUT IT AND ADVISE HIM LATER OF MY DECISION, CONVERSATION TERMINATED. ____ 65R ____ CAPTAIN |
| 1-23-2004 | 250pm | ACT. LT. ____ ____ No Comment |
| 1-24-2004 | 310pm | ACT-LT. ____ ESCORTED INMATE CARO IN FROM RECREATION, NO Comment. Ads Male ____ |
| 1-26-04 | 7:20Am | Asked Inmate Caro if he wanted Rec he stated yes Thankyou - St |

DB-9446