# EXHIBIT 60

# EXHIBIT 60

LEE REGIONAL MEDICAL CENTER
PENNINGTON GAP, VA 24277

SHORT-STAY NOTE

PATIENT:    BENAVIDEZ, RICHARDO          DOB:      01/04/1960  43Y
MED REC:    000027703                    PT ADMN:  2031260
PHYSICIAN:  HOSSEIN FAIZ,MD              ADMN DTE: 8/30/2003

                                         DSCG DTE:
            DOCTOR NON STAFF,MD.         LOCATION: 0001 1

---

Cephalexin 500 mgs. every six hours for seven days was given,
Lortab 5/500 one every 4 to 6 hours p.r.n. for pain was given.

A head trauma instruction sheet was given and the nursing office
at the federal penitentiary was advised to make arrangement for
the ophthalmologist on staff to see the patient as soon as
possible.

FINAL DIAGNOSIS:

1.   Facial and head trauma, multiple stab wounds of chest,
     neck and scalp, no evidence of deeply penetrating
     injury, right periorbital ecchymosis and hematoma,
     rule out fracture of the maxillary sinuses.
2.   History of multiple gunshot wounds.

HOSSEIN FAIZ MD  (ES)

DD:  8/30/2003
DT:  8/30/2003
HF/mke          29008

PAGE  3 OF  3

PHYSICIAN'S COPY 1

US v. Carlos Caro, et al.
00344