GOVERNMENT EXHIBIT 1

## Steve Kalista

From:     "Doris E. Nevin Ph.D" <dnevin@aca.roacoxmail.com>
To:       "Stephen J. Kalista" <skalista@mounet.com>
Sent:     Tuesday, January 24, 2006 5:17 PM
Subject:  Re: Neuropsychologist

Mr. Kalista,

Thank you for thinking of the VPA website. I am currently the President of the regional clinical academy in southwestern Virginia. While a substantial portion of my clinical practice is in the area of forensic assessment, I am not a neuropsychologist, nor do I engage in work related to capital cases. If I might be of assistance in any future cases please let me know.

At the same time, as an active participant in VPA, I do have colleagues who are neuropsychologists, some routinely working at the national level and who may either work within the forensic arena or know those who might. I will forward your needs to them and see if we can assist you.

Warm regards,

Doris E. Nevin, Ph.D.
3247 Electric Road, Suite 1-A
Roanoke, VA  24018

----- Original Message -----
From: Stephen J. Kalista
To: dnevin@aca.roacoxmail.com
Sent: Tuesday, January 24, 2006 4:01 PM
Subject: Neuropsychologist

Dr. Doris Nevin,

I saw your name on the Virginia Psychological Association website.

I am an attorney in Big Stone Gap who is representing a federal inmate on a capital case pending in the federal court in Abingdon. The inmate is currently being sent to Lee United States Penitentiary in Jonesville VA. My co-counsel and I feel that we need the services of a neuropsychologist to conduct testing on our client to determine the possibility of organic brain damage and to do a routine psychological work up prior to a psychiatric evaluation. I presume that this testing/workup would have to be done at the penitentiary.

Can you provide me with the names and addresses of members of your association who may be qualified for this work so that I can contact them directly? If you are also aware of neuropsychologists in upper East Tennessee or South Eastern Kentucky, I would certainly appreciate that information. I do not know, but is this your specialty; and if so, do you have any interest in this matter?

Thank you.

Stephen J. Kalista, Esq.
P.O. Box 1186
Big Stone Gap VA  24219
276 523 1950

KS-1244

1/25/2006

**Steve Kalista**

From: &lt;na7davis@bellsouth.net&gt;
To: "Stephen J. Kalista" &lt;skalista@mounet.com&gt;
Sent: Tuesday, January 24, 2006 6:07 PM
Subject: Re: neuropsychologist

I recommend Dr. Malcolm Spica, 865/588-7598, mspica@ameritech.net. His training and experience are extensive, and I don't think you can find anyone better qualified.
Nancy Davis
&gt;
&gt; From: "Stephen J. Kalista" &lt;skalista@mounet.com&gt;
&gt; Date: 2006/01/24 Tue PM 04:07:36 EST
&gt; To: &lt;na7davis@bellsouth.net&gt;
&gt; Subject: neuropsychologist
&gt;
&gt; Dr. Nancy Davis,
&gt;
&gt;
&gt;
&gt;        I understand that you are the President of the Knoxville Area
&gt; Psychological Association. I obtained your email address from the
&gt; TPAonline.org site.
&gt;
&gt;
&gt;
&gt;        I am an attorney in Big Stone Gap VA who is representing a
&gt; federal inmate in a capital case. The inmate will shortly be held at the
&gt; Lee United States Penitentiary in Jonesville VA. My co-counsel and I are
&gt; interested in hiring a neuropsychologist to administer tests to our client
&gt; to determine the possibility of organic brain damage and to perform a
&gt; routine psychological work up prior to a psychiatric examination. We are
&gt; close to Upper East Tennessee and the Tri-Cities region. Can you provide me
&gt; with names of qualified neuropsychologists whom I might contact about this
&gt; matter? I thank you very much for your assistance.
&gt;
&gt;
&gt;
&gt; Stephen J. Kalista, Esq.
&gt;
&gt; P.O. Box 1186
&gt;
&gt; Big Stone Gap VA 24219
&gt;
&gt; 276 523 1950
&gt;
&gt;
&gt;
&gt;
&gt;

KS-1243