GOVERNMENT EXHIBIT 2

**Steve Kalista**

From: "skalista" <skalista@mounet.com>
To: "Swerdlow, Russell H. *HS" <RHS7E@hscmail.mcc.virginia.edu>; "Stephen J. Kalista" <skalista@mounet.com>; <hselvog@ncianet.org>
Sent: Tuesday, December 12, 2006 7:56 PM
Subject: RE: mri and eeg--Carlos David Caro

I don't know. I presume that you need the eeg tracings? sent
to you rather than what was sent? I will call them tomorrow
but tell me what to ask for.
Steve Kalista

----- Original Message Follows -----
From: "Swerdlow, Russell H. *HS"
<RHS7E@hscmail.mcc.virginia.edu>
To: "Stephen J. Kalista" <skalista@mounet.com>,
<hselvog@ncianet.org>
Subject: RE: mri and eeg--Carlos David Caro
Date: Tue, 12 Dec 2006 17:54:48 -0500

> Hi Steve and Hans,
>
> 1. Still awaiting the MRI report. I imagine it will come
> soon. 2. The EEG report was received as a fax. It was
> one page. It was handwritten. It said: "Abnormal EEG
> with left frontal and right temporoparietal region". This
> is a worthless report. (I mean that literally - it is
> impossible to conclude ANYTHING from it, aside from the
> conclusion that the person reading the EEG has not been
> trained to read EEGs). Is there a part of the EEG report
> I am missing?
>
> Russ
>
> -----Original Message-----
> From: Stephen J. Kalista [mailto:skalista@mounet.com]
> Sent: Tuesday, December 12, 2006 2:37 PM
> To: Swerdlow, Russell H. *HS
> Cc: 'Hans Selvog'; 'Jim Simmons'
> Subject: RE: mri and eeg--Carlos David Caro
>
>
>
> Dr. Swerdlow,
>
>         I spoke with the hospital again. They said
> their record show that the MRI was mailed to you on
> December 4 from Radiology.
>
>         Respiratory said that they would fax the eeg

KS-805

12/13/2006

## Steve Kalista

**From:** "Swerdlow, Russell H. *HS" <RHS7E@hscmail.mcc.virginia.edu>
**To:** "Stephen J. Kalista" <skalista@mounet.com>
**Sent:** Thursday, December 14, 2006 4:29 PM
**Subject:** RE: mri and eeg

Hi Steve,

I usually figure on 3-4 days to get to UVA, and then up to a week to get through the UVA system. The MRI report didn't come today either. It might be worthwhile to have the report faxed to me, or emailed to me. Better yet, the MRI itself is probably on a disk somewhere, and maybe could be mailed to me. If the quality of the MRI report is equal to that of the EEG report, I may end up having to look at the actual MRI.

The hospital did fax the EEG. They faxed up all the court order stuff too, so I suspect they pay attention to those things. I looked at the EEG. Here is a more accurate assessment:

1) Most of the tracing is inadequate for interpretation because of poor electrode placement. There is substantial artifact due to poor lead placement/attachment running through the majority of the tracing. Poor A2 lead attachment in particular renders much of the tracing over the right side of the brain uninterpretable. The original report mentioned an abnormality over the "right temporoparietal region", but this is not supported on further review. There is also artifact over the left frontal region due to poor attachment of electrode F7. The original report mentioned an abnormality over the "left frontal region", but this is not supported on further review.

2) Much of the rest of the tracing is confounded by movement artifact.

3) For brief periods of one montage that minimizes the poor A2 lead, the tracing appears essentially normal.

4) Final interpretation: This is an inadequate study that fails to establish an interictal abnormality suggestive of a focal lesion. Because most of the study is confounded by artifact, it also cannot exclude a focal lesion. The few technically adequate parts of the study do suggest if there is a focal lesion it would be minor in nature. If there is a desire to more reliably assess for focal lesions electrographically, then a repeat study is recommended.

My personal recommendation would be not to bother with a repeat study, unless perhaps the MRI shows focal abnormality. If it is redone, it would probably be best to ensure an adequate study is done, and the best way to do this would be to have it done either at UVA or MCV.

Russ

-----Original Message-----
From: Stephen J. Kalista [mailto:skalista@mounet.com]
Sent: Thursday, December 14, 2006 10:31 AM
To: Swerdlow, Russell H. *HS
Cc: 'Jim Simmons'
Subject: RE: mri and eeg

Dr. Swerdlow,
When you say that the mail is slow at UVA, and given that the hospital says they mailed the mri on December 4, even with slow mail, should you have received the mri by now?
I presume that the hospital has not faxed the eeg either?
My idea is, if you have not received anything today, to personally go down to the hospital tomorrow and try to stir things up.
What is the usual and customary way that a hospital would transmit this data to you for review?

Steve Kalista
-----Original Message-----

KS-801

## Stephen J. Kalista

**From:** Swerdlow, Russell H. *HS [RHS7E@hscmail.mcc.virginia.edu]
**Sent:** Wednesday, December 20, 2006 1:57 PM
**To:** Stephen J. Kalista
**Subject:** RE: eeg tracings--Carlos David Caro

Hi Steve,

I received the MRI and reviewed it. It's certainly a good quality study. By my reading it is normal.

I don't have the outside reading. Have you seen it? If it was also read as normal by the radiologist, then we'll have two independent readings. If they called an abnormality, then I can go back and look specifically at what they're calling abnormal. That way I can comment specifically on any divergence between my impression and their impression. I'm saying this partly because there was a huge divergence between my analysis of the EEG and the outside reading.

Yours,
Russ Swerdlow

> -----Original Message-----
> **From:** Stephen J. Kalista [mailto:skalista@mounet.com]
> **Sent:** Tuesday, December 19, 2006 10:59 AM
> **To:** Swerdlow, Russell H. *HS
> **Cc:** 'Hans Selvog'
> **Subject:** RE: eeg tracings--Carlos David Caro
>
> I think I can now assure you that you should receive via FedEx tomorrow morning the mri scans from Lee Regional Medical Center regarding Carlos David Caro. I was just down there and it should be taken care of. Let me know when you receive it. Thanks.
>
> Steve Kalista
>
> > -----Original Message-----
> > **From:** Swerdlow, Russell H. *HS [mailto:RHS7E@hscmail.mcc.virginia.edu]
> > **Sent:** Monday, December 18, 2006 2:31 PM
> > **To:** Stephen J. Kalista
> > **Subject:** RE: eeg tracings--Carlos David Caro
> >
> > Steve,
> >
> > 1) I did (sent regular mail on friday)
> > 2) Russell Swerdlow, MD
> > Room 2001, McKim Hall
> > University of Virginia Health System
> > 1 Hospital Drive
> > Charlottesville, Virginia 22908
> > Phone: 434-924-5785
> >
> > Russ
> >
> > > -----Original Message-----
> > > **From:** Stephen J. Kalista [mailto:skalista@mounet.com]
> > > **Sent:** Monday, December 18, 2006 1:30 PM

12/21/2006

KS-802