GOVERNMENT EXHIBIT 3

## Hans Selvog

**From:** Malcolm Spica [mspica@ameritech.net]          **Sent:** Tue 6/20/2006 6:28 PM
**To:** Stephen J. Kalista; Hans Selvog; apeye@earthlink.net
**Cc:** 'Jim Simmons'
**Subject:** RE: caro
**Attachments:**

Dear Mr. Kalista and Mr. Simmons:

I had an opportunity to examine Mr. C again on 6/16/06; my previous contact with him was on 6/9/06. I wanted to share the main findings with you:

Mr. C demonstrates converging although somewhat inconsistent signs of frontal lobe dysfunction. He performed as low as the 1st percentile on tasks requiring:

Management of information

Maintaining cognitive set

Concept formation

His difficulty with managing information causes him to mistake actual information to which he has been exposed and plausible alternatives. This deficit is likely impairing in C's daily life, as it makes him highly suggestible, believing that information presented to him is familiar. He likely has difficulty discriminating between actual facts and information that is close but distorted.

His problems with maintaining cognitive set limit his ability to learn from his mistakes (gaining from experience). Mr. C appears to easily lose track of what he's doing and misunderstand why is a behavior results in a certain outcome. For example, while attempting a task requiring him to sort cards according to an over arching rule, he repeatedly lost track of the rule (e.g., sorting by color) and was puzzled by the feedback that he was getting items wrong.

Persons with frontal lobe dysfunction tend to respond impulsivity, without planning, and without proper consideration of competing information. Mr. C's difficulty with concept formation (1st percentile) results in poor understanding cause-and-effect relationships.

Each of the above three neurocognitive activities fall under the general domain of Executive Control. Executive control has been found to be mediated by the cerebral frontal lobes throughout neuropsychological scientific literature. From my understanding of Mr. C's history, his frontal lobe dysfunction is likely life-long in nature; he reportedly demonstrated failure to thrive as an infant, and developmental milestone difficulties (e.g., speech fluency and motor programming such as tying his shoes), and he has had no clear cerebral insults later in life (e.g., no major head injuries).

HS-218
http://shiva.nciamd.org/exchange/HSELVOG/Death%20Penalty/CARO,%20Carlos%20Da...  6/24/2006