

GOVERNMENT EXHIBIT 4

# MEMORANDUM

To:        Jim Simmons, Steve Kalista, and Danny Mullikin

From:     Hans Selvog

Date:     June 13, 2006

RE:        **Potential Caro Witnesses and other issues**

Below please find the contact information regarding several family members that Jim and Steve want to interview in Texas.  As best I could, I've listed the witnesses to correspond with the proposed itinerary:

- Melissa Caro ████████████████████████████████████████
- Susanna Rodriguez ████████████████████████████████
- Diamantina Razo ██████████████████████████████

████████████████████████████████████████████

- Roy ██████ (Rolando) ████████████████████
- Veronica Caro ████████████████████████████
- Delia Contreras ██████████████████████████████
- Rosa Munoz ████████████████████████████

- Eva Rodriquez (Rosendo's ex-wife and close friend to Virginia Caro)████
- Yomeida Martinez, ████████████████████████
- Sylvia Hernandez, ██████████████████████████

- Edna Balderias ████████ ████████████████████

- Abran Caro and Margo Cassanova. ████████████████████
  ██████
- Michael Guerra, esquire. ████████████████
- Danny Rodriguez ███████████████████████
  ████████
- Felipe Rodriguez ████████████████████████
  ████████

This completes the list of persons that Danny and I interviewed and recommend them as witnesses and whom you want to interview. Next, I am supplying a list of other potential witnesses that we were unable to interview. If you had time, you might want to try to meet with them.

- Guadelupe Guzman ██████████████████████
  ████████████████████████
- Adela Quintanilla ████████████████████████
  ██████████████████████████████
- Maclovio Lara ██████████████████ and Guadelupe Almendarez,
  ██████████████████████████████
  ██████████████████████████████
  ████████████████████
- The Falfurrias library has on microfilm issues of local newspaper (Fal Facts) that would have story on Virginia Caro's death and house fire and obituary.
- Maria Lopez ████████████████████████████
  ████████████████████████████
  ██
- Coastal Plains MH/MR ████████████████████
  ████████
- Lowell E. Wilder, M.D. ██████████████████████
  ████████████████████████
  ██████████████████
- Melissa Munoz and Norma Villa ████████████████
  ██████ ██████████████████████
- Laura Perez ████████████████████████
  ██████████████████████
- Rosa Maria ████████████████████████
  ████████████████
- Substance abuse treatment records for Carlos from Tropical Texas Center (MH/MR) in Edinburg from 1987.
- Edna Gonzalez. ████████████████████
  ████████████████

- Mr. Arredondo ███████████████████████████████
  ███████████████████████████████████████████████
  ███████████████████████████████████████
- Juanita Ayers █████████████████████████████████
  ██████████████████████████████
- Coach Mora at the Boys & Girls Club. ██████████████████
  █████████████████████████████████████
- Balde ██████████████████████████████████
  ████████████████████████████████████

Finally, I want to list some random thoughts I've had about the case and other issues that might need to be explored. Thanks for your indulgence as you read through this:

- Need to develop the neighborhood/community/poverty/economic hardship/community toxins (i.e., pesticides) and impact on Caro. Do we hire an expert to do this?
- Need neonatologist to help us figure out Caro's diagnosis regarding post-natal Failure to Thrive problem (i.e., sensory disintegration), anecdotally reported to us by the family and then maybe other experts (occupational therapist or Child Psychiatrist) to address the effect on development regarding his muteness, isolation, almost autistic-like persona and behavior throughout childhood.
- Based on the two items above (and perhaps other reasons), we need to think strategically about getting a continuance to fully develop these issues, especially in light of Spica's preliminary impression that Caro has frontal lobe damage and may need further laboratory testing to investigate the extent of brain damage.
- If continuance is granted, we need to increase family contact and get face-to-face contact set up with as many family members as possible; this allows us to show rehabilitation of Caro in progress.
- We still need a gang expert to explain why Carlos acclimated to the gang; maybe an issue of duress and self-protection and why was he unable to acclimate to community/family life. New study on Commission on Prison Safety shows violence in prison due to overcrowding, lack of family contact, idleness, and lack of meaningful programming.
- Do we need to alert our witnesses that the government may try to contact them and interview them?
- Do we need an interpreter in Falfurrias to help with interviews like Eva Rodriguez who may be able to tell us more if she could express herself in Spanish?
- Regarding Carlos special education records. My gut tells me the director did not actually look for the records and they still may exist. We need to identify and locate the special education diagnostician that worked when Caro was in school and locate the special education resource teacher at that time. We need to try to go around current director and get someone else from that office to look for the records. Maybe the current diagnostician would be able to help us if we befriend her and explain our situation and how critical it is to find these records.
- We may need a psychopharmacologist expert to analyze the substance abuse history of this family and the heredity and genetic impact on Caro.

- Do we have Caro's complete BOP file and institutional records regarding all of his incarcerations, including state, county jail, etc?
- We need to locate and interview Caro's prior co-defendants, girlfriends, friends, peers, and associates, for their recollections of Caro's behavior.
- Should we get an affidavit from Danny Rodriguez since he is in dialysis three times a week and just had a mild stroke and might die soon?

In summary, we have a lot of open areas to investigate and no time. Can we push for a continuance and what would it take to make the case? I am suggesting at least hiring several more experts that we could not have anticipated in the beginning: psychopharmacologist (substance abuse expert); neonatologist (post-birth issue); child psychiatrist (shut-down, autistic-like behavior throughout childhood); neighborhood effects expert; and gang expert.

**End of Memorandum**