

GOVERNMENT EXHIBIT 5

## Steve Kalista

From: ███████ ‹███████
To: "'Stephen J. Kalista'" <skalista@mounet.com>; "'Jim Simmons'" <jas52@earthlink.net>; "'Hans Selvog'" <hselvog@nclanet.org>
Cc: ‹███████
Sent: Monday, September 25, 2006 4:57 PM
Subject: Caro experts: T.M. Phillips, MD, PhD, FAPA and Paul Montalbano, PhD

I've not heard of Montalbano.

Robert Phillips, however, is known as a bright, smooth, psychiatrist who started out in capital cases on the defense side (John Blume and Steve Bright used him a number of times) but has since switched sides to become a very capable government witness. He's African-American, which makes him especially sought-after by prosecutors in interracial cases.

Phillips was a gov't expert in the EDVA MS - 13 case (against Nina Ginsburg's client) and was apparently a good witness attacking an MR claim.

From: Stephen J. Kalista [mailto:skalista@mounet.com]
Sent: Monday, September 25, 2006 11:18 AM
To: ███████████
Cc: 'Jim Simmons'; 'Hans Selvog'
Subject: Robert T.M. Phillips, MD, PhD, FAPA and Paul Montalbano, PhD

We have just been informed that the above are the government's experts doing a 12.2.(c)(1)(B) exam on our client. Phillips is apparently from the Annapolis Md area, not sure about Montalbano. Any info at all would be greatly appreciated. United States v. Caro, 1:06cr0001, USDC WD VA at Abingdon.

Reply to

Stephen J. Kalista, Esq.
276 523 1950

Jim Simmons, Esq.
615 329 9122

9/26/2006