# GOVERNMENT EXHIBIT 6

*Privileged and Confidential*
*Attorney/Client Work Product*
    *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

# MEMORANDUM

**To:**     Danny Mullikin, Steve Kalista, Jim Simmons

**From:**   Hans Selvog

**Date:**   May 15, 2006

**RE:**     **Carlos Caro**
            **Witnesses/Records by Location**



Chicago Illinois
- Rosa Garza (Carlos' maternal aunt) lives in Chicago, Illinois, ▮▮▮▮
- Marguerita Silguero (Carlos' maternal aunt) lives in Chicago, Illinois. (Temporarily living with Rosa Garza, her sister.) She has several children: Joe, Anni, another daughter, and another son who is a school teacher in Kingsville, TX.



*Privileged and Confidential*
*Attorney/Client Work Product*
   *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*





*Privileged and Confidential*
*Attorney/Client Work Product*
     *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

4



*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

