GOVERNMENT EXHIBIT 7

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

# Time-Line Narrative
## Chronological Critical Incidents and Developmental History of Carlos Caro

### Birth to Age 2

Carlos David Caro was born on February 9, 1967, at Brooks County Hospital in Falfurrias, Texas (birth weight: 9 lbs., 6 oz.). From birth to age two, family members reported that Carlos was unable to keep down food and vomited frequently. As a result, infant Carlos was unable to gain weight and was a listless, motionless baby. Family members reported the following:

- A paternal aunt recalled that when Virginia Caro (Carlos' mother) was pregnant with Carlos she was very ill. When Carlos was born, he was very sick too. Carlos, as an infant, was very sickly and really skinny. She remembered that Virginia was bedridden during this time. Carlos vomited a lot. Carlos was eventually only able to keep down goat's milk and then began to gain weight.

- Although other paternal aunts did not recall whether Virginia Caro had problems while pregnant with Carlos, they did remember that once Carlos was born he was very sickly and might have had problems with his stomach. They noted that back then they did not go to the doctors much for medical assistance. Carlos could not keep down regular milk and became very skinny as an infant. In addition, he was not like other babies because he was not very active and kept very still as a baby. Carlos' problem with not taking milk and being very skinny and sickly was a long-term problem that went on for two years.

- Carlos' brother, Noe Caro, was told by his mother that Carlos was sick when he was born. He could not gain weight and was real skinny. His mother thought he might have worms in his stomach. His mother had to make him special milk that he could keep down and begin to gain weight. Throughout his childhood, Carlos was very thin.

- Another paternal aunt stated that, after Carlos was born, he was a very sickly child. The family thought he might have a stomach virus and was allergic to

*Privileged and Confidential*
*Attorney/Client Work Product*
   *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

2

formula. Carlos as a baby was unable to hold down milk. Susanna recalled that Carlos was eventually prescribed goat's milk, a powdered form that could be purchased at the local drugstore. However, Carlos was always very weak, and it took him a long time, one-and-a-half to two years, before he was able to start walking. Before he was able to walk, he crawled very little. She remembered that when Carlos was set down as a baby, he would stay where he was placed and not move.

- A maternal uncle remembered that Carlos was a sickly child, physically. He was throwing up or had diarrhea when he was young.

## Childhood and Teenage Years

Since birth and throughout his childhood, adolescence and adult years, Carlos was described by family members as unconnected to others, withdrawn, preoccupied, and in his own world. Various family members reported the following:

- A maternal first cousin described Carlos as very quiet, someone you could never get a word out of, reserved, and someone who kept to himself. His cousin said that she had to ask Carlos a question in order to get information from him. Carlos did not volunteer information.

- A maternal uncle said that he noticed something was wrong with Carlos. He seemed slow. At times he stared into space. Other times, when the uncle tried to talk to him, Carlos would not answer. It was as if he was thinking really hard about something. He was unresponsive when spoken too for an extended period of time without apparent comprehension of what was said to him. The uncle said that after noticing these things he felt that something was wrong with Carlos. The uncle observed that Carlos stayed to himself and avoided groups.

- Paternal aunts said that Carlos usually stayed at home and watched television all day, while his brothers, Joe and Noe, were running around the neighborhood. An aunt stated that she expected Joe and Noe to end up in trouble with the law but never Carlos. Another stated that her brother, Carlos' father, also had a reputation

*Privileged and Confidential*
*Attorney/Client Work Product*
  *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

for being a womanizer and a tough guy. Jose Maria Caro Jr.'s oldest son, Jose Maria Caro III, was very much like his father. In contrast, Carlos was very different from his father and older brother. Carlos was no trouble to anyone. Carlos was very quiet and never talked to anybody.

- Paternal aunts said that, as a baby, toddler and young child, Carlos continued to be inactive and non-interactive with others. He just sat in one place for a long time as if he was in his own little world, and he was very shy and kept to himself all the time. He was a slow child. For instance, he was unable to tie his shoe even after he had already entered school. He was slow, quiet and sat with his head down.

- A maternal uncle recalled that, regarding his nephew Carlos, he remembers very little because, of all his sister's children, he was the quiet one and was never in trouble or was fighting, like the other brothers were. He was a shy child.

- Jose Maria Caro III described his brother Carlos as real quiet. Carlos was known around the neighborhood as "El Mudo," the deaf one. He was called this because he never talked to anyone and kept to himself. Carlos never or rarely talked to his brothers. Carlos, unlike his brothers Jose Maria Caro III and Noe, never got into fights.

- A paternal aunt said that Carlos was the better child of her sister-in-law's [Virginia Caro's] four boys. Carlos was quiet, to himself, never a troublemaker, shy, and did not even have a mean streak. The aunt and her family were surprised to hear about Carlos' current case. Regarding Carlos, the aunt said that his brothers, Joe and Noe, felt sorry for him. He was a quiet child and was like a piece of furniture; the family treated him as if he was not even there. The aunt recalled seeing Carlos when he was out of prison the last time over the Thanksgiving holiday. Carlos had come to the aunt's parents' home. Carlos had already arrived when the aunt came into the home. She recalled that Carlos was sitting on the couch by himself. Carlos did not notice her come in. The aunt stated that it was as if it took awhile for Carlos to come out of a trance in order for him to notice and recognize her.

*Privileged and Confidential*
*Attorney/Client Work Product*
   *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

4

- Noe Caro stated that his brother Carlos was different than him and their brother Joe. He was not a troublemaker and did not fight or steal or use drugs and alcohol. Noe Caro said people called Carlos "El Mudo" [the mute] because he rarely spoke. Noe Caro stated that Carlos was not violent and helped his mother more than Noe and Joe did. Noe Caro said that his brother, Carlos, in contrast to Noe and Joe, was not involved in fights in the neighborhood; he was not violent; he was quiet; and people called him "El Mudo" because he rarely talked. At times, Carlos did not even respond when spoken to. Carlos was in his own little world and stared off into space; he kept to himself and stayed alone, even while sitting in hang-out spots in the neighborhood he would be by himself. Noe Caro said that Carlos liked to be alone and by himself. He stayed in his room to be alone and even in the neighborhood he preferred to be by himself when out in the community. Noe Caro remembered seeing his brother Carlos late at night sitting alone under a tree, a place considered a hang-out spot in the neighborhood, but Carlos would be alone. Carlos stayed to himself.

- Another paternal aunt stated that, except for Carlos, her nephews [Carlos' brothers] were troublemakers. Carlos was always the sweetest boy and respectful. He did not cuss around her. He was never violent. He was not involved in drugs until he got involved with his uncles on his mother's side of the family. The aunt thought it was strange that Carlos, in the fifth or sixth grade, was unable to tie his shoes or tell time. She had to help him tie his shoes. In addition, she noticed that Carlos' speech developed more slowly than normal, and he spent his time by himself. The aunt said that Carlos would just sit in the same place for hours. She always thought that the other boys [Carlos' brothers] were troublemakers and that Carlos just did not want any part of it. Carlos took a longer time than normal to potty train. The aunt remembered when her brother [Carlos' father] died in 1984. She, Carlos, and a few other relatives were in the hospital room when her brother took his last breath. The aunt said that Carlos would not leave his father's side. Carlos did not cry nor show any real emotion, saying nothing. The aunt said that Carlos was never in trouble and, as a result, did not get as much attention as his

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

5.

brothers. The aunt stated that she and her family thought he was all right because he was quiet and well-behaved. In contrast, Carlos' brothers, Joe and Noe, were always in trouble and, consequently, received most of the attention. In addition, the aunt said that on a daily basis, Carlos, his mother, and brothers were more involved with Virginia's side of the family.

## Traumatic Childhood Environment

Carlos Caro's post-natal, preschool, and school years environment was marked with paternal substance abuse, domestic violence, marital infidelity, and criminal behavior and, as a consequence, poverty and neglect. Family members reported the following:

- Abran, Carlos Caro's youngest brother, stated that his father left for work at 6 a.m. and returned home around 5/6 p.m. He drank beers after work, four to five jumbo Schlitz beers. His father drank on the weekends and received several DUIs.

- A maternal first cousin remembered that her maternal aunt Virginia Caro was physically abused by her husband, Jose Maria Caro Jr. The cousin recalled seeing the bruises on Virginia's face as a result of her husband's violence. The aunt' mother, Virginia Caro's sister, advised Virginia not to put up with her husband's assaultive behavior. The cousin stated that when Carlos and his brothers were children they witnessed their father abuse their mother. They also saw their father abuse alcohol. When Virginia was abused, she took the children and left the home.

- A maternal uncle recalled that Carlos' father, Jose Maria Caro Jr., was often physically abusive to his wife, Virginia. When she was beaten by her husband, Virginia left the home with the children and brought them to her parents' home. The uncle said that Carlos' father, whom they called Chemo, abused alcohol, smoked pot, and used whatever other drugs were available.

- A paternal aunt stated that her father, Jose Maria Caro Sr., did not have a drinking problem. However, her brother, Jose Maria Caro Jr., did have a drinking

problem. The aunt also recalled that her brother [Carlos' father] went to prison but she does not remember when. The aunt said that her brother [Carlos' father] often did some bad things but was not always arrested because the police knew who he was and they would just bring him home. For example, the aunt remembered that her brother once stole their father's car. The aunt recalled when her brother and sister-in-law, Virginia, separated. Some paternal aunts [Delia and Veronica] recalled that Virginia Caro seemed to always be at her mother's house, leaving the boys [Carlos and his brothers] home to fend for themselves, almost daily. The aunts said that as soon as her husband left for work, Virginia would leave the home to visit her mother, leaving the boys at home alone. The aunts said that Carlos usually stayed at home and watched television all day, while his brothers, Joe and Noe, were running around the neighborhood.

- Other paternal aunts stated that their brother, Jose Maria Caro Jr., started drinking as a teenager. He was an alcoholic. He got violent after drinking. When he drank, he quickly behaved tough and aggressively. For example, when drinking he got into fights at dances and drove his car recklessly. When drinking, Jose Jr. and Virginia were different. Jose Jr. went out drinking and Virginia went out dancing, leaving the boys home unsupervised and allowed to do anything and go anywhere they felt like. An aunt emphasized that both of Carlos' parents left the children home alone. Carlos' paternal grandmother, Mathilde, noticed this and repeated an old Mexican saying, "Son como el sol y el viento," which meant like the sun and the wind. This saying referred to Carlos and his brothers being left to raise themselves, to look after themselves, like the sun and the wind. The aunts also recalled that when Virginia became angry at her husband, which happened often because of his drinking and abusive behavior, she transferred this anger to Mathilde and the rest of the Caro family. For example, Virginia ceased contact with the Caro relatives and kept her boys from having any contact with the Caro side of the family for weeks at a time. The aunts also remembered instances when their brother, Jose Maria Caro Jr., heard that Virginia was out dancing somewhere and then he would go to the dance and pick fights with other men.

*Privileged and Confidential*
*Attorney/Client Work Product*
    *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

- A maternal aunt remembered that Virginia's husband, Jose Maria Caro Jr., was an alcoholic and had extra-marital affairs. One of the women, whom Jose Maria Caro Jr. was involved in an extra-marital relationship, harassed Virginia. For example, the aunt recalled when this woman put gasoline around Virginia's residence at ▮▮▮▮▮▮. However, the woman was stopped in time before she could light the gasoline. The aunt said they referred to this woman as the one who bounced around. The aunt stated that, when Jose Maria Caro Jr. beat Virginia, she would come and stay with her for a few days.

- A maternal uncle recalled his brother-in-law, Carlos' father, Jose Maria Caro Jr. Mr. Caro Jr. was a heavy drinker, abusing beer and whiskey, and he abused marijuana. He was constantly getting drunk several times a week. Mr. Caro Jr. was an abusive husband, beating his wife and other women and beating his children. The uncle said he was close to his sister, Virginia. The uncle disliked Mr. Caro Jr. and avoided him. The uncle recalled when Mr. Caro Jr. was shot in the chest by a woman with whom he was having an affair. At the time, the uncle was in his 20s. It happened at a party in a park. The uncle was there but left to buy beer. When he returned, the woman had already shot his brother-in-law. Mr. Caro Jr. was hospitalized. The uncle stated that Carlos and his brothers probably saw their father beat their mother because they lived in a small, two-room house on Palo Blanco. The uncle said that he once saw his sister, Virginia, with two black eyes. He confronted his brother-in-law, Mr. Caro Jr., and told him to quit doing that to her. But Virginia kept returning to him and the children continued to see the violence.

- Jose Maria Caro III, Carlos' older brother, recalled living at ▮▮▮▮▮▮ during preschool. The front door entered into the main living area that also served as his parents' bedroom. Behind the main room was a small kitchen and, adjacent to the kitchen, a small back bedroom where all four boys slept in the same bed. Jose Maria Caro III said that his father beat him for misbehaving with belts or tree limbs, hitting him hard across the back and arms, which left welts. His father always struck him more than he did the other boys. Jose Maria Caro III

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

8

said that his paternal grandparents tried to tell his father his violence against him did not work to change his fighting, stealing, and drinking behavior, but only made Jose's behavior worse. His father did not listen to them and continued to beat Jose Maria Caro III. His father abused alcohol daily. Jose Maria Caro III remembered that, when he was very young, his father returned home from work and picked him, his younger brothers, and mother up in a truck. They stopped to buy beer for his father to drink. Then they drove the back roads into the country where his father killed rabbits and pigeons with his shotgun. His father also beat his mother, said Jose Maria Caro III, slapping her around in front of Jose and his brothers usually after his father had been drinking. His father's alcoholism and co-occurring violence resulted in his parents' separation on several occasions. The worst beating his mother received from his father happened during a period of separation. His mother had gone to a dance at a wedding and had taken Jose, Carlos, and Noe with her. Jose Maria Caro III said his father showed up drunk at the dance and grabbed his mother and the boys out of the dance and into his car. As his father drove home, he slapped his wife repeatedly while the boys in the back seat cried and screamed, telling their father to stop. When they arrived home, his father continued to beat their mother. The next day, the violence was ignored; no one spoke of it. Jose Maria Caro III recalled that his father, throughout his marriage, had an affair with another woman, whom they called "Gavi." She was a regular customer at a local beer joint known as La Sona where his father was also a regular customer. Jose Maria Caro III was told that the woman's son is possibly his half brother. In addition, Jose Maria Caro III recalled that this woman shot his father with a .22 caliber rifle after he slapped her. His father was shot in the chest near his heart. Jose Maria Caro III said he was a teenager when this occurred.

- A paternal aunt stated that, since her brother, Jose Maria Caro Jr., was an alcoholic, this caused him to constantly fight with his wife. After her brother separated from his wife, Jose Maria Caro Jr. returned to live with the aunt and their parents. The aunt recalled that her brother moved back into their parents'

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

home when she was in the 7th or 8th grade. The aunt graduated from high school in 1987 and lived with her parents until she was 17 years old. The aunt said that her brother, Jose Maria Caro Jr., beat Virginia because she was never home. He would come home at the end of the day and find the kids at home alone and no supper prepared. This made Jose Maria Caro Jr. angry and they would fight. The aunt stated that Virginia was usually at her mother's house. The aunt stated that her brother, Jose Maria Caro Jr., went to prison when she was very young. She remembered her parents talk about it. The aunt stated that, after Jose Maria Caro Jr. and Virginia divorced, her brother stopped working. He was drinking heavily and was fired. The aunt said he lost his job because of his substance abuse, and the aunt was 11 or 12 years old at the time.

- Noe Caro, Carlo's younger brother, recalled living a low-income neighborhood in Falfurrias, Texas, called "Mexicito" [Little Mexico]. During his preschool and early school years, until age 10 or 11, he lived with his parents and brothers at ███ ████████ The house was small and had two rooms and a small kitchen. Behind the house was an outhouse. The children bathed in a washtub in the kitchen. At age 10 or 11, they moved to another house in the same neighborhood on Oleander after his parents' separated. Noe Caro said that his father worked but had a serious drinking problem. His father and mother fought frequently as result of his father's alcohol problem. His father would come home drunk and beat his mother. This happened at least once a week on his father's payday. Although his father abused alcohol daily, weekly he spent his paycheck on alcohol rather than on household needs. This resulted in his father becoming severely intoxicated and his mother angry that he had used his paycheck to become inebriated, which led to a fight between them and to his mother getting beaten. Noe Caro said that his father would eventually lose his temper with his mother when they argued and his father would slap his mother. They argued often. Noe Caro said he remembered seeing his mother with black eyes. They lived in a small house and Noe Caro and his brothers could easily hear the frequent arguing. Noe Caro stated that he and his brothers cried when his parents fought. Sometimes they

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

tried to help their mother and then their father would hit them too. Noe Caro remembered once when his mother struck his father with an object and lacerated his forehead. Noe Caro said the police were called at times to the house because of the commotion. Noe Caro said that his parents did not stop fighting until they separated permanently [separations occurred regularly as a result of his father's violence against his mother], when Noe Caro was in junior high school. Noe Caro stated that, although their father worked for Johnson's Tools, alcohol took him over. Consequently, Noe Caro's father lost the job and separated from his wife. Noe Caro said that he was probably in the ninth grade when his parents separated. Noe Caro stated that his father, after the separation, lived with his parents, Noe Caro's grandparents, Jose Maria Sr. and Mathilde Caro. His grandparents ran a small "Mom & Pop" store. They tried to talk to their son about his drinking problem. Jose Maria Caro Jr.'s drinking also caused them problems. Noe Caro remembered that his oldest brother, Jose "Joe" Maria Caro III, was already imprisoned by this time. His brother Joe started doing time at a real young age. Noe Caro said that he and his oldest brother, Joe, were more involved with each other than either of them was with Carlos. Unlike Carlos, Joe and Noe started using drugs at an early age. Noe began using marijuana at age 12 and then used cocaine at age 13. Noe Caro said that his father whipped him and his brother Joe with a horsewhip for getting into trouble, which included stealing at ages 12 and 13. Noe Caro and his brother Joe also liked to fight with other teenagers in the neighborhood. Noe Caro remembered that his brother Joe had fistfights with his father because Joe did not like it when his father beat their mother. Noe Caro said that his father's alcoholism and violence against their mother was known by both sides of the family but it seemed that no one really took an interest in their situation. His paternal grandparents would try to intervene. They advised Noe Caro to stay out of the neighborhood, meaning to not get involved in criminal activities and use of drugs. Noe Caro remembered that, as a result of his father's neglect and his eventual death, they had nothing. At times, their mother brought

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

them second-hand clothes. But if they needed something, Noe Caro stated that he and his brothers would have to find a way to get what they needed themselves.

- The woman who had shot and had an affair with Carlos' father stated that she had an ongoing affair with Jose Maria Caro Jr. while he was married to Virginia Rodriguez Caro. She began her affair with Jose Jr. when she was 24 years old, in 1975. Rosa said that one of her sons is Jose Maria Caro Jr.'s son. She did not receive financial support from Jose Maria Caro Jr. because she noted that he would not support his own children so she did not try to force him to support their child. In 1977, she stated that, at age 39, she shot Jose Maria Caro Jr. and was sentenced to a year in prison. She served eight months. Jose Maria Caro Jr. had slapped her around so she shot him. She said that Jose Maria Caro Jr. was a frequent and heavy drinker. She said that he, worked, but he squandered his money on drinking. His wife, Virginia, took a lot of abuse from her husband. She recalled that Jose Maria Caro Jr. and Virginia fought a lot. After Jose Maria Caro Jr. died, Virginia was thrust into poverty and went on welfare. In addition, she said that, after Jose Jr. died, Virginia began drinking but just at clubs.

- A paternal aunt stated that, in reference to her brother, Jose Maria Caro Jr., Carlos' father, he regularly had behavior problems, which involved fighting, drinking, drugs, and criminal behavior. Jose Maria Caro Jr. went to prison for burglary before he was married to Virginia but when she was pregnant with their first child, Jose Maria Caro III. The aunt stated that she was close to her brother. He was a womanizer, which caused problems in his marriage. When he and Virginia married, they lived with the aunt's parents. The aunt said that her brother left school in the sixth grade. He was expelled for pushing a teacher and never returned to school. Jose Maria Caro Jr. worked in the fields, just enough to earn money to drink. The aunt stated that their mother tried to talk to him, telling him not to drink, and their father got angry at him for drinking, but he did not change. The aunt recalled that her brother would disappear from their parents' home for a few days and then was returned home by his friends. When he was delivered home, Jose Maria Caro Jr. was drunk. The aunt stated that her brother

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

and sister-in-law, Carlos' parents, were not the type of parents to go to school and ask how their children were doing. Additionally, Virginia Caro spoke very little English and was illiterate. The aunt always read to Virginia the letters she received from the school about her boys. Virginia, because she could not read, also requested the aunt's help with paying her bills. As a result, the aunt was personally aware of how they struggled financially. In fact, the aunt remembered that the only time her brother and sister-in-law had come into a lot of money was in 1973 or 1974, as a result of her brother's drug trafficking. The aunt believed that the children were aware that their father was selling drugs because he was not very discreet about it. Jose Maria Caro Jr. kept bundles of cash in the freezer, and the boys knew the money was there and how it was procured. Also, when her brother and sister-in-law had one of their frequent arguments, Virginia, in anger, would call her husband a drug dealer in front of the children. She would also call the police at these times and tell the police that her husband was trafficking drugs. The police would come to the house. Again, the children heard and observed all of this. At times, Jose Maria Caro Jr. was arrested for domestic violence. The aunt witnessed her brother beat Virginia. For example, she recalled an instance when her brother punched Virginia with a closed fist, knocking her to the ground, and then he jumped on top of her and choked her. The aunt tried to stop her brother from choking Virginia but Jose Maria Caro Jr. had his wife pinned to the ground, yelling at the aunt to back off, and at the same time yelling at his wife to shut up. The aunt said that her brother was usually drunk when he beat his wife. The aunt also noted that Virginia provoked her husband's violence by attacking him and throwing objects at him when he returned home after she was told that he had been out with another woman. The aunt stated that Carlos and his brothers saw and heard the violence and threats. At times, when her husband was beating her, Virginia would cry out to her sons to call the police. During most of their threatening arguments with one another, Virginia, at the top of her lungs, cussed at her husband, which was usually followed by Jose Maria Caro Jr. smacking her. The aunt also witnessed her brother physically abuse Joe III and Noe, pummeling

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

them with his hands. The aunt stated that her brother worked for Johnson & Tool for three or four years when he was in his early 20s. Throughout his employment with Johnson, he abused alcohol. In the late 60s, the company went bankrupt and closed. After Jose Maria Caro Jr. lost his job, his drinking increased, and he also started using drugs. Jose Maria Caro Jr. worked sporadically. The aunt said that, in her brother and sister-in-law's household, nothing was on a schedule. In December 1973, the aunt said that Jose Maria Caro Jr. was arrested for drug smuggling. He was apprehended with 400 pounds of marijuana and a loaded gun in Freer or San Diego, Texas. He went to trial but did not receive a prison sentence. The aunt recalled the date because it was the same time her older son was born and she had to have surgery as a result. She recalled being upset that her parents did not come to support her through her difficult time and see their new grandson. Instead, her parents chose to attend Jose Maria Caro Jr.'s trial. The aunt remembered that her brother had an ongoing affair with a woman. The aunt stated that most of the fights between her brother and sister-in-law were because of this woman. This woman and Jose Maria Caro Jr. had a child together.

## Special Education Services

Carlos Caro struggled in school and performed inconsistently. In the sixth grade, he was evaluated by special education services and was placed in a resource center one period per day. He received special education resource center services during the sixth (1978/79), seventh (1979/80), and eighth (1980/81) grades. The following school year (1981/82), he entered the ninth grade but dropped out of school that year at age 15 [Brooks County Public School records, Falfurrias, Texas].

Carlos Caro's older brother, Jose "Joe" Maria Caro III, was retained in the seventh grade for three school years in a row (1977/78, 1978/79, 1979/80) and then was promoted to the eighth grade for the 1980/81 school year. He entered a different school district for the ninth grade but dropped out of school and never returned.

*Privileged and Confidential*
*Attorney/Client Work Product*
 *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

Carlos Caro's younger brother, Noe Caro, he completed the seventh grade during the 1980/81 school year, did not attend the 1980/82 school year, and then completed the eight grade during the 1983/84 school year. Subsequently, he never returned to school.

Carlos Caro's parents had at best an elementary school education and spoke Spanish predominately. Carlos Caro's mother was reported to be illiterate.

## Environmental Stressors and Corruptive Influences

Carlos Caro's father, Jose Maria Caro Jr., was born on ███████. On May 20, 1963, before Carlos' birth, his father, at age 19, was found guilty of burglary and sentenced to two years of probation. The following year, on October 28, 1964, Jose Maria Caro Jr. was found guilty of burglary with intent to commit theft and violation of probation. He was sentenced to two years of confinement. At the time of his confinement, Jose Maria Caro Jr.'s wife-to-be, Virginia Rodriguez Caro ███████ was pregnant with their first child, Jose Maria Caro III, Carlos Caro's older brother.

Jose Maria Caro III was born on ███████. His father and mother, Jose Jr. and Virginia Caro, married on February 15, 1966. Carlos Caro was born on February 9, 1967, and weighed 9 lbs. and 6 oz. On ███████, Noe Caro, Carlos' younger brother, was born.

When Carlos Caro was almost three years old, on February 2, 1970, his father was found guilty of possession of marijuana and sentenced to two years of probation. In the fall of 1972, Carlo Caro entered kindergarten. The next school year, while in the first grade, his father, on October 16, 1973, was found guilty of Driving While Intoxicated [DWI] and sentenced to serve six months of probation. After Carlos completed the first grade, his father, on July 3, 1974, was charged with child non-support. (This charge was dismissed a year-and-a-half later.) During the same summer, his mother, on July 19, 1974, was charged with misdemeanor theft. (The charge was dismissed a year-and-a-half later.)

*Privileged and Confidential*
*Attorney/Client Work Product*
        *Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

15

During the second grade, his father, on November 26, 1974, was found guilty of DWI again and was sentenced to one year of probation.

In 1975, Carlos Caro's father, Jose Maria Caro Jr., began an extra-marital affair with woman. On ████████████, Abran Caro, Carlos' youngest brother was born. Several months later, on ████████████, Jose Maria Caro Jr.'s paramour gave birth to their male child. On August 13, 1977, when Carlos was 10 years old and about to enter the fifth grade, his father was shot by the woman with whom he was having an affair because he slapped her. She was sentenced to a year in prison. On November 29, 1977, Jose Maria Caro Jr. was charged with another DWI.

In 1978 in the sixth grade at age 11, Carlos Caro had been evaluated and found to have a learning problem. He was placed in a special education resource center class. The next two years, grades 7 and 8, he also attended the special education resource center. The following school year, 1981/82, in the spring quarter, at age 14/15, Carlos Caro dropped out of the ninth grade. The records indicate that Carlos might have attempted to repeat the ninth grade the following year (1982/83) but left again in the fall. Although his parents have separated temporarily many times as a result of Carlos Caro's father's physical abuse of his mother, alcoholism, and neglect, his parents separated permanently around this period of time. As a result of the permanent separation, Carlos' mother, Virginia Caro, fell into even more severe financial straits as her husband was the sole income provider. Consequently, for nearly two years, Carlos Caro and his mother began to work at Virginia Caro's brother-in-law and sister's ranch, just outside of Falfurrias. Virginia Caro did not drive and her sister's family transported them to the ranch at the end of the Carlos's school day and on the weekends. On most weekends, Carlos stayed overnight at his aunt and uncle's house but was returned to his mother's home on Sunday evening in order to attend school Monday morning. Carlos and Virginia Caro received food and cash payment for their work. Carlos recalled giving most of the money he earned to his mother to support the household.

*Privileged and Confidential*
*Attorney/Client Work Product*
*Do Not Distribute Without Permission of Stephen Kalista and James Simmons, Esquires*

16

On February 22, 1982, around the time that Carlos Caro dropped out of the ninth grade, Joe Caro, his older brother, was charged with Arson. (The case was eventually dismissed in February 1986.) A year later, on January 29, 1983, Carlos Caro's father was arrested for burglary and sentenced to a period of probation. Six months later, on September 6, 1983, Carlos' father was again arrested for burglary of a building and charged with violation of probation. Jose Maria Caro Jr. pled guilty to a two-to-ten year sentence on September 26, 1983. Approximately three months later, on November 29, 1983, Joe Caro, Carlos Caro's older brother, was charged with DWI and Resisting Arrest and then the next day in court with Failure to Appear. Several months later, on February 21, 1984, Jose Maria Caro Jr., Carlos's father, died. Carlos was 17 years old when his father died.

Around the time of his father's death, Carlos Caro had already dropped out of school and stopped working at his aunt and uncle's ranch. A week after his father's death, Carlos's older brother, Joe Caro, had a charge of Unauthorized Use of a Vehicle dismissed because Joe Caro was imprisoned and serving time on another conviction. In addition, after Carlos' father died, Carlos Caro began spending more time with his maternal uncles, who were involved in drug trafficking. Eventually, Carlos' maternal uncles invited Carlos to work for them by backpacking marijuana across the border from Mexico to the United States in order to earn money.

