UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant. | |

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
_____

Mr. Caro, through counsel, requests an additional ninety (90) days in which to respond to the government's motion to dismiss. In support of this Unopposed Motion for Extension of Time, counsel states as follows:

(1) On January 8, 2013, Mr. Caro filed a petition for relief pursuant to 28 U.S.C. § 2255. Mr. Caro's petition consists of 198 pages, and raises sixteen separate issues, with numerous sub-issues, and over 800 pages of exhibits. (ECF #780.)

(2) On January 9, 2013, the Court entered an Order directing the government to respond by March 11, 2013. (ECF #783.)

(3) On March 5, 2013, the government filed a Motion for Extension of Time, requesting an additional 90 days in which to file its response. (ECF #784.)

(4)     Counsel for Mr. Caro did not oppose the government's motion, but informed counsel that should the Court grant the extension, Mr. Caro similarly would need an extension of time in which to file his reply because of existing deadlines in other cases. In its motion, the government indicated that it would not object to a request by Mr. Caro's counsel for additional time. (*Id.* at 2 n.1.)

(5)     On March 7, 2013, the Court granted the government's requested extension, and continued the deadline for responding to Mr. Caro's §2255 motion from March 11 until June 11, 2013. The Court directed Mr. Caro to file his reply within 30 days. (ECF #786.)

(6)     On June 11, 2013, the government responded to Mr. Caro's §2255 motion by filing a motion to dismiss. (ECF #791.) The motion is 127 pages long, with an additional 37 pages of exhibits. While captioned a "motion to dismiss," the motion does not set forth a global procedural argument, such as lack of jurisdiction or time bar, but rather addresses the substantive merits of every claim raised in Mr. Caro's §2255 motion. As such, Mr. Caro must respond to each individual claim.

(7)     Mr. Caro requests an additional 90 days to prepare and file his response to the government's motion to dismiss. This extension is necessary in light of the numerous and complex issues raised in Mr. Caro's 2255 capital motion and the government's motion to dismiss. Mr. Caro's response to this dispositive motion is critical to further proceedings in this death case, and he will need to consult with experts and witnesses prior to filing.

(8)     Mr. Caro's Arizona counsel also needs additional time because of pending

deadlines in other cases.[1]  Mr. Caro's Virginia counsel have been forced to take numerous furlough days, creating additional and substantial obstacles for them to meet the existing deadline.

(9)  Counsel for the United States Attorney, Anthony P. Giorno, has been notified of Mr. Caro's request, and has no objection to the requested extension.

(10)  The undersigned counsel affirms that this continuance is not requested for purposes of delay and that the requested continuance is necessary in order to respond to the government's motion.

For the foregoing reasons, counsel for Mr. Caro requests an extension of time of ninety (90) days in which to respond to the government's motion to dismiss.

Respectfully submitted this 20th day of June, 2013.

> s/Karen M. Wilkinson_____
> Jon M. Sands
> Federal Public Defender
> Karen M. Wilkinson (Arizona Bar No. 014095)
> Robin C. Konrad (Alabama Bar No. 2194-N76K)
> Office of the Federal Public Defender
> District of Arizona
> 850 West Adams Street, Suite 201
> Phoenix, Arizona  85007
> karen_wilkinson@fd.org
> robin_konrad@fd.org
> Telephone:  602-382-2816
> Facsimile:  602-889-3960

---

[1] For example, counsel for Mr. Caro has an argument before an en banc panel on June 24 in *Dickens v. Ryan*, No. 08-99017 (9th Cir.), an amended §2254 petition due in the District of Arizona on July 19 in *White v. Ryan,* 08-cv-08139, and a petition for rehearing en banc with an anticipated deadline of August 2 in *Henry v. Ryan,* No. 09-99007 (9th Cir.).

Fay F. Spence, Esquire (Virginia State Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Telephone:  540-777-0880
Facsimile:  540-777-0890

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Telephone:  276- 619-6080

Attorneys for Defendant
Carlos David Caro

## CERTIFICATE OF SERVICE

I hereby certify that on June 20th, 2013, I filed the foregoing Unopposed Motion for Extension of time with the Clerk of the Court using the CM/ECF System which will send notice of such filing to the parties listed below:


Anthony Giorno, AUSA.
Assistant United States Attorney
Email: anthony.giorno@usdoj.gov


s/Stephanie Bame_____
Legal Assistant
Capital Habeas Unit