CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 21 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant. | |

## ORDER

Upon unopposed motion by defendant Carlos Caro and for good cause shown, it is hereby **ORDERED** that the defendant's Unopposed Motion for Extension of Time to respond to the government's Motion to Dismiss is granted. The deadline for filing a response to the government's motion to dismiss is extended until October 9, 2013.

ENTERED:   This _21_ day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE