UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant. | |

_____

## UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL
_____

Carlos David Caro, through counsel, moves for leave to file three exhibits under seal.  These exhibits support Mr. Caro's Opposition to United States' Motion to Dismiss in Response to Petitioner's Motion for Relief Pursuant to Title 28, United States Code, Section 2255, which will be filed on October 9, 2013.  The exhibits are:

- Sealed Ex. 74:  United States Penitentiary, Lee County, VA, Intake Screening Interview of Robert Sandoval, dated June 17, 2003;

- Sealed Ex. 75:  Expert Disclosure in *United States v. Caro*, Case No. 03-10115; and

- Sealed Ex. 76:  Declaration of Juror #33, dated September 26, 2013.

As grounds for this exhibit, counsel states as follows:

1. On October 9, 2013, Mr. Caro will file his Opposition to the United States'

Motion to Dismiss in Response to Petitioner's Motion for Relief Pursuant to Title 28, United States Code, Section 2255 ("Opposition").

2. Mr. Caro intends to file three exhibits with this Opposition that should be placed under seal for reasons of individual privacy and prison security.   Specifically, Mr. Caro intends to file a signed juror declaration under seal, with a redacted version filed publicly.

3. Mr. Caro also intends to file documents relating to the Government's expert witness disclosure in the case of *United States v. Caro*, Case No. 03-10115 (W.D. Va.) and a Bureau of Prisons' document regarding Roberto Sandoval.   These documents are not publicly available and discuss prison matters that could affect prison security and the security of other individuals.   Counsel for Mr. Caro will hand deliver hard copies of these three exhibits to the Court as directed.

4. Opposing counsel, First Assistant United States Attorney Anthony Giorno, has been contacted by counsel and he has no objection to this motion.

For these reasons, Mr. Caro respectfully asks that this motion be granted.

Respectfully submitted this 8th day of October, 2013.

s/Karen M. Wilkinson_____
Jon M. Sands
Federal Public Defender
Karen M. Wilkinson (Arizona Bar No. 014095)
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
karen_wilkinson@fd.org
robin_konrad@fd.org

2

Telephone:  602-382-2816
Facsimile:  602-889-3960

Fay F. Spence, Esquire (Virginia State Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Telephone:  540-777-0880
Facsimile:  540-777-0890

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Telephone:  276- 619-6080

Attorneys for Defendant
Carlos David Caro

## CERTIFICATE OF SERVICE

I hereby certify that on October 8th, 2013, I filed the foregoing Motion with the Clerk of the Court using the CM/ECF System which will send notice of such filing to the parties listed below:


Anthony Giorno, AUSA.
Assistant United States Attorney
Email: anthony.giorno@usdoj.gov


s/Stephanie Bame_____
Legal Assistant
Capital Habeas Unit