UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant. | |

_____

ORDER

_____

Upon motion by defendant Carlos Caro and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion to File Exhibits Under Seal is **GRANTED**, and

proposed Exhibits 74, 75 and 76 in support of Mr. Caro's Opposition to United States'

Motion to Dismiss in Response to Petitioner's Motion for Relief Pursuant to Title 28,

United States Code, Section 2255, may be filed under seal.

ENTERED:    This _____ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE