CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 0 9 2013

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA,

vs.

CARLOS DAVID CARO,

Defendant.

Case Number 1:06CR00001-JPJ

DEATH-PENALTY CASE

## ORDER

Upon motion by defendant Carlos Caro and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion to File Exhibits Under Seal is **GRANTED**, and

proposed Exhibits 74, 75 and 76 in support of Mr. Caro's Opposition to United States'

Motion to Dismiss in Response to Petitioner's Motion for Relief Pursuant to Title 28,

United States Code, Section 2255, may be filed under seal.

ENTERED: This ___9th___ day of October, 2013.

UNITED STATES DISTRICT JUDGE