| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant/Petitioner. | |

_____

## NOTICE OF RE-FILING OF EXHIBIT 72 TO DEFENDANT'S OPPOSITION TO UNITED STATES' MOTION FOR RELIEF PURSUANT TO TITLE 28 UNITED STATES CODE, SECTION 2255

_____

Mr. Caro, through counsel, gives notice that Exhibit 72's Table to Defendant's Opposition to United States' Motion for Relief Pursuant to Title 28 United States Code, Section 2255 was not filed in color.

Counsel for Defendant are attaching Exhibit 72 as Attachment A to this Notice.

Respectfully submitted this 10th day of October, 2013.

s/Karen M. Wilkinson_____
Jon M. Sands
Federal Public Defender
Karen M. Wilkinson (Arizona Bar No. 014095)
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona

850 West Adams Street, Suite 201
Phoenix, Arizona  85007
karen_wilkinson@fd.org
robin_konrad@fd.org
Telephone:  602-382-2816
Facsimile:  602-889-3960

Fay F. Spence, Esquire (Virginia State Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Telephone:  540-777-0880
Facsimile:  540-777-0890

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Telephone:  276- 619-6080

Attorneys for Defendant
Carlos David Caro

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10th, 2013, I filed the foregoing Notice with the Clerk of the Court using the CM/ECF System which will send notice of such filing to the parties listed below:

Anthony Giorno, AUSA.
Assistant United States Attorney
Email: anthony.giorno@usdoj.gov

s/Stephanie Bame_____
Legal Assistant
Capital Habeas Unit