# ATTACHMENT A

# ATTACHMENT A

# *United States v Caro*

## Table 1
### INMATES KNOWN TO BE DESIGNATED TO ADX-FLORENCE
### FOR MORE THAN THREE YEARS[1]
### (October 3, 2013)

| # | Name | Register # | Enter ADX | # of Years at ADX (as of 2007) | Total # of Years at ADX | BOP Homicide |
|---|------|-----------|-----------|-------------------------------|------------------------|--------------|
| 1 | Gometz, Randy | 35556-118 | 1994 | 13 | 19 | |
| 2 | Mason, Howard | 24651-053 | 1994 | 13 | 19 | |
| 3 | Bradshaw, Wayman | 07109-018 | 1995 | 12 | 17 | |
| 4 | Bruscino, Ronnie | 20168-148 | 1995 | 12 | 18 | |
| 5 | Edwards, Delroy | 25109-053 | 1995 | 12 | 18 | |
| 6 | Filkins, Glen | 84015-012 | 1995 | 12 | 18 | |
| 7 | Gambina, Ralph | 12508-116 | 1995 | 12 | 18 | |
| 8 | Gibson, Christopher | 81372-011 | 1995 | 12 | 18 | Yes |
| 9 | Hicklin, Steven | 01242-097 | 1995 | 12 | 18 | Yes |
| 10 | Kikumura, Yu | 09008-050 | **1995** | 12 | 12 | |
| 11 | Lynn, Richard | 09748-004 | 1995 | 12 | 16* | |
| 12 | Matthews, Norman | 88752-132 | 1995 | 12 | 16* | |
| 13 | Presley, James | 41368-019 | 1995 | 12 | 14 | |
| 14 | Scott, Steve | 55341-065 | 1995 | 12 | 18 | |
| 15 | Simas, Russell | 23188-086 | 1995 | 12 | 18 | |
| 16 | Young, Timothy | 60012-001 | 1995 | 12 | 18 | |
| 17 | Black, Clifford | 55458-097 | 1996 | 11 | 17 | |
| 18 | Harrelson, Charles | 02582-016 | 1996 | 11 | 11 | |
| 19 | Kolb, Mitchell | 02689-081 | 1996 | 11 | 15* | |
| 20 | Masters, Henry | 01413-046 | **1996** | 11 | 17 | Yes |
| 21 | Stallings, Larry | 14534-057 | 1996 | 11 | 17 | |
| 22 | Abrego, Juan | 09935-000 | **1997** | 10 | 16 | |
| 23 | Eusi, Maulana | 02218-045 | 1997 | 10 | 14* | |
| 24 | Hevle, Edgar | 13950-116 | 1997 | 10 | 16 | Yes |
| 25 | Moreno, Jesse | 03326-112 | 1997 | 10 | 16 | |
| 26 | Aguirre, Alex | 03334-112 | **1998** | 9 | 15 | |
| 27 | Bridgewater, Wayne | 20220-148 | 1998 | 9 | 15 | Yes |

# United States v Caro

## Table 1
### INMATES KNOWN TO BE DESIGNATED TO ADX-FLORENCE
### FOR MORE THAN THREE YEARS[1]
### (October 3, 2013)

| # | Name | Register # | Enter ADX | # of Years at ADX (as of 2007) | Total # of Years at ADX | BOP Homicide |
|---|------|-----------|-----------|-------------------------------|-------------------------|--------------|
| 28 | Casso, Anthony | 16802-050 | 1998 | 9 | 13* | |
| 29 | Hoover, Larry | 86063-024 | 1998 | 9 | 15 | |
| 30 | Houston, Henry | 94434-012 | 1998 | 9 | 15 | Yes |
| 31 | Ismoil, Eyad | 37802-054 | 1998 | 9 | 15 | |
| 32 | Jones, Anthony | 32124-037 | 1998 | 9 | 15 | |
| 33 | Kaczynski, Theodore | 04475-046 | 1998 | 9 | 15 | |
| 34 | McMahan, Jamie | 05327-030 | 1998 | 9 | 15 | |
| 35 | Mendez, Raymond | 03329-112 | **1998** | 9 | 15 | |
| 36 | Nicholson, Harold | 49535-083 | **1998** | 9 | 15 | |
| 37 | Salameh, Mohammad | 34338-054 | **1998** | 9 | 15 | |
| 38 | Yousef, Ramzi | 03911-000 | 1998 | 9 | 15 | |
| 39 | Akers, Montgomery | 02866-081 | 2000 | 7 | 10 | |
| 40 | Colon, Gustavo | 07984-424 | **2000** | 7 | 13 | |
| 41 | Farrakhan-Muhammad, Q Ili-Yass a/k/a Christopher Mitchell | 02791-088 | **2000** | 7 | 13 | |
| 42 | Felipe, Luis | 14067-074 | **2000** | 7 | 13 | |
| 43 | McIntosh, Richard | 02012-028 | 2000 | 7 | 13 | Yes |
| 44 | Rowe, Joseph | 02218-112 | **2000** | 7 | 13 | |
| 45 | Sablan, Rudy | 00074-005 | 2000 | 7 | 13 | Yes |
| 46 | Sablan, William | 00232-005 | 2000 | 7 | 13 | Yes |
| 47 | Santiago, Richard | 53961-097 | 2000 | 7 | 13 | Yes |
| 48 | Shelby, David | 05374-081 | 2000 | 7 | 12 | |
| 49 | Von Moos, Jon | 79328-012 | 2000 | 7 | 13 | |
| 50 | Cunningham, Harold | 04685-000 | 2001 | 6 | 12 | |
| 51 | Doughterty, Joseph | 01924-135 | 2001 | 6 | 12 | |
| 52 | El-Hage, Wadih | 42393-054 | 2001 | 6 | 12 | |

# United States v Caro

## Table 1
### INMATES KNOWN TO BE DESIGNATED TO ADX-FLORENCE
### FOR MORE THAN THREE YEARS[1]
### (October 3, 2013)

| # | Name | Register # | Enter ADX | # of Years at ADX (as of 2007) | Total # of Years at ADX | BOP Homicide |
|---|------|-----------|-----------|-------------------------------|-------------------------|--------------|
| 53 | Ghailani, Ahmed | 02476-748 | **2001** | 6 | 12 | |
| 54 | Oecsle, Raymond | 44776-066 | 2001 | 6 | 12 | |
| 55 | Ressam, Ahmed | 29638-086 | **2001** | 6 | 12 | |
| 56 | Shepard, Robert | 04574-088 | 2001 | 6 | 12 | |
| 57 | Swango, Michael | 08352-424 | **2001** | 6 | 12 | |
| 58 | Odeh, Mohamed | 42375-054 | 2001 | 6 | 12 | |
| 59 | Al-Owhali, Mohamed | 42371-054 | 2001 | 6 | 12 | |
| 60 | Mohamed, Khalfan | 44623-054 | 2001 | 6 | 12 | |
| 61 | Palazzola, Dominic | 53757-097 | **2001** | 6 | 12 | Yes |
| 62 | Powers, John Jay | 03220-028 | 2001 | 6 | 11 | |
| 63 | Stewart, Dominic | 10819-007 | 2001 | 6 | 12 | Yes |
| 64 | Bruhl, Leroy | 40114-066 | 2002 | 5 | 11 | |
| 65 | Hanssen, Robert | 48551-083 | 2002 | 5 | 11 | |
| 66 | Leggett, Jaison | 09411-077 | 2002 | 5 | 10 | |
| 67 | Johnson, Damion | 14980-047 | **2002** | 5 | 11 | Yes |
| 68 | Nosair, El-Sayyid | 35074-054 | 2002 | 5 | 9* | |
| 69 | Petty, Ishmael | 10738-042 | **2002** | 5 | 11 | Yes |
| 70 | Saleh, Mohammed | 34853-054 | 2002 | 5 | 9* | |
| 71 | Shaifer, Ernest | 30674-048 | 2002 | 5 | 11 | |
| 72 | Duckett, James | 19214-083 | 2002 | 5 | 8* | Yes |
| 73 | Barron, Percy | 04710-00 | 2003 | 4 | 10 | |
| 74 | Custard, Bob | 02728-031 | 2003 | 4 | 10 | |
| 75 | Deberry, Frederick | 09303-042 | 2003 | 4 | 10 | |
| 76 | Georgeacarakos, Peter | 03029-036 | 2003 | 4 | 8* | |
| 77 | O'Driscoll, Michael | 03029-037 | 2003 | 4 | 10 | Yes |
| 78 | Reid, Richard | 03029-038 | 2003 | 4 | 10 | |
| 79 | Abouhalima, Mahud | 03029-039 | 2003 | 4 | 10 | |

# United States v Caro

**Table 1**
**INMATES KNOWN TO BE DESIGNATED TO ADX-FLORENCE**
**FOR MORE THAN THREE YEARS**[1]
**(October 3, 2013)**

| # | Name | Register # | Enter ADX | # of Years at ADX (as of 2007) | Total # of Years at ADX | BOP Homicide |
|---|---|---|---|---|---|---|
| 80 | Heisler, Donald | 03029-040 | 2004 | 3 | 9 | |
| 81 | Nichols, Terry | 03029-041 | 2004 | 3 | 9 | |
| 82 | Portee, Omar | 03029-042 | 2004 | 3 | 9 | |
| 83 | Salim, Mamdough | 03029-043 | 2004 | 3 | 9 | |
| 84 | Faris, Iyman | 03029-044 | 2004 | 3 | 9 | |
| 85 | Vega, Jose | 03029-045 | 2004 | 3 | 6 (suicide 2010) | |
| 86 | Hernadez, Joseph | 03029-046 | **2004** | 3 | 9 | |
| 87 | Hernandez, Tex | 03029-047 | **2004** | 3 | 9 | |
| 88 | Morado, James | 03029-048 | **2004** | 3 | 9 | |
| 89 | Rubalcaba, Gerald | 03029-049 | **2004** | 3 | 9 | |
| 90 | Rizzuto, Vito | 03029-050 | **2004** | 3 | 8 (deported 2012) | |
| 91 | Scott, Bernard | 03029-051 | **2005** | 2 | 8 | |
| 92 | Silverstein, Thomas | 03029-052 | 2005 | 2 | 8 | Yes |
| 93 | Rivera, Silvestre | 03029-053 | 2005 | 2 | 8 | Yes |
| 94 | Tristan, Cornelio | 03029-054 | 2005 | 2 | 8 | |
| 95 | Tuttamore, Timothy | 03029-055 | 2005 | 2 | 8 | |
| 96 | Rudolph, Eric | 03029-056 | 2005 | 2 | 8 | |
| 97 | McKinney, Aaron | 03029-057 | 2005 | 2 | 6* | |
| 98 | Hale, Matthew | 03029-058 | 2005 | 2 | 8 | |
| 99 | Crawford, John | 03029-059 | 2005 | 2 | 8 | |
| 100 | Ayyad, Nidal | 03029-060 | 2005 | 2 | 6* | |
| 101 | Alvarez, Victor | 03029-061 | 2005 | 2 | 8 | |
| 102 | Bingham, Tyler | 03029-062 | 2006 | 1 | 7 | Yes |
| 103 | Bond, Erving | 03029-063 | 2006 | 1 | 7 | |
| 104 | Bornman, Gary | 03029-064 | 2006 | 1 | 7 | |
| 105 | Kitchen, Brandon | 03029-065 | 2006 | 1 | 5* | |
| 106 | Martin, Roy | 03029-066 | 2006 | 1 | 7 | |

# United States v Caro

## Table 1
### INMATES KNOWN TO BE DESIGNATED TO ADX-FLORENCE
### FOR MORE THAN THREE YEARS[1]
### (October 3, 2013)

| # | Name | Register # | Enter ADX | # of Years at ADX (as of 2007) | Total # of Years at ADX | BOP Homicide |
|---|------|-----------|-----------|-------------------------------|--------------------------|--------------|
| 107 | Martinez, Francisco | 03029-067 | 2006 | 1 | 7 | Yes |
| 108 | Mills, Barry | 03029-068 | 2006 | 1 | 7 | Yes |
| 109 | Moussaoui, Zacarias | 03029-069 | 2006 | 1 | 7 | |
| 110 | Sattar, Ahmed | 03029-070 | 2006 | 1 | 7 | |
| 111 | Segura, Phillip | 03029-071 | 2006 | 1 | 7 | |
| 112 | Shryock, Raymond | 03029-072 | 2006 | 1 | 7 | |
| 113 | Tokash, Joe | 03029-073 | 2006 | 1 | 7 | |
| 114 | Usher, John | 03029-074 | 2006 | 1 | 5* | |
| 115 | Al Shaaban, Shaaban | 03029-075 | 2006 | 1 | 7 | |
| 116 | Abu Ali, Ahmed | 03029-076 | 2006 | 1 | 7 | |
| 117 | Folts, Shaun | 03029-077 | **2006** | 1 | 7 | |
| 118 | McNair, Richard | 03029-078 | 2006 | 1 | 7 | |
| 119 | Fort, Jeff | 03029-079 | **2006** | 1 | 7 | |
| 120 | York, Dwight | 03029-080 | **2006** | 1 | 7 | |
| 121 | Al-Amin, Jamil | 03029-081 | 2007 | - | 6 | |
| 122 | McMillan, Shane | 03029-082 | 2007 | - | 6 | |
| 123 | McCallister, Timothy | 03029-083 | 2007 | - | 6 | Yes |
| 124 | Narducci, John | 03029-084 | 2007 | - | 5* | |
| 125 | Ozsusamlar, Osman | 03029-085 | 2007 | - | 4* | |
| 126 | Rodriguez, Osiel | 03029-086 | 2007 | - | 4* | |
| 127 | Yarbrough, Gary | 03029-087 | 2007 | - | 6 | |
| 128 | Temple, Eric | 03029-088 | **2007** | - | 6 | Yes |
| 129 | Murray, Greg | 03029-089 | 2007 | - | 6 | |
| 130 | Pinson, Jeremy | 03029-090 | **2007** | - | 6 | |
| 131 | Guillen, Osiel | 03029-091 | **2007** | - | 6 | |
| 132 | Duka, Dritan | 03029-092 | **2008** | - | 5 | |
| 133 | Watland, Gary | 03029-093 | 2008 | - | 5 | |

# United States v Caro

## Table 1
### INMATES KNOWN TO BE DESIGNATED TO ADX-FLORENCE
### FOR MORE THAN THREE YEARS[1]
### (October 3, 2013)

| # | Name | Register # | Enter ADX | # of Years at ADX (as of 2007) | Total # of Years at ADX | BOP Homicide |
|---|------|-----------|-----------|-------------------------------|-------------------------|--------------|
| 134 | Perkins, Herbert | 03029-094 | 2008 | - | 5 | |
| 135 | Clark, Willie | 03029-095 | **2008** | - | 5 | Yes |
| 136 | Murillo, Jose | 03029-096 | **2008** | - | 5 | Yes |
| 137 | Rodriguez, Oscar | 03029-097 | **2008** | - | 5 | Yes |
| 138 | Gulley, Arzell | 03029-098 | **2008** | - | 5 | Yes |
| 139 | Jennings, David | 03029-099 | **2008** | - | 5 | Yes |
| 140 | Slocum, Ronald | 03029-100 | **2008** | - | 5 | Yes |
| 141 | Mosher, Ellis | 03029-101 | **2008** | - | 5 | Yes |
| 142 | Pineda, Juvenal | 03029-102 | 2008 | - | 5 | |
| 143 | Padilla, Jose | 03029-103 | 2008 | - | 4* | |
| 144 | McElhiney, Michael | 03029-104 | 2008 | - | 5 | Yes |
| 145 | Castro, Ruben | 03029-105 | 2008 | - | 5 | |
| 146 | Knorr, Carl | 03029-106 | 2009 | - | 4 | Yes |
| 147 | Leon, Raul | 03029-107 | 2009 | - | 4 | |
| 148 | Sahakian, David | 03029-108 | 2009 | - | 4 | Yes |
| 149 | Ebron, Joseph | 03029-109 | 2009 | - | 4 | Yes |
| 150 | Meeks, Tommy | 03029-110 | 2009 | - | 4 | Yes |
| 151 | Bacote, Michael | 03029-111 | **2009** | - | 4 | Yes |
| 152 | Johnson, Terrell | 03029-112 | **2009** | - | 4 | Yes |

# *United States v Caro*

## Table 1
### INMATES  KNOWN TO BE DESIGNATED TO ADX-FLORENCE
### FOR MORE THAN THREE YEARS[1]
### (October 3, 2013)

| # | Name | Register # | Enter ADX | # of Years at ADX (as of 2007) | Total # of Years  at ADX | BOP Homicide |
|---|------|-----------|-----------|-------------------------------|--------------------------|--------------|
| 153 | Ferguson, Juwan | 03029-113 | **2009** | - | 4 | Yes |
| 154 | Branch, Edgar | 03029-114 | **2009** | - | 4 | Yes |
| 155 | Myers, Walter | 03029-115 | **2009** | - | 4 | |

[1]The data in this table is compiled only from publically available information and thus likely does not include all of the inmates who have been housed at ADX for more than 3 years.

\* These inmates left ADX at some time between 2011 and the present, but the exact date is not known.  The number listed is a conservate estimate that assumes the inmate left in 2011.

Years printed in **RED** are estimates based on the date of conviction and pleadings reviewed on the PACER website.

The limited data available shows that at least 155 inmates have been designated to ADX for more than 3 years; at least 126 inmates have been designated to ADX for more than 5 years; and at least 125 are still housed at ADX.

The limited data available shows that in 2007, at least 79 inmates had been designated to ADX for more than 3 years; at least 63 inmates had been designated to ADX for more than 5 years; and at least 25 inmates had been designated to ADX for at least 10 years.

# *United States v Caro*

**Table 2**
**INMATES CURRENTLY DESIGNATED TO ADX-FLORENCE**
**WHO HAVE BEEN CONVICTED OR ACCUSED OF COMMITTING**
**A HOMICIDE WITHIN A BUREAU OF PRISONS (BOP) FACILITY[1]**
**(October 3, 2013)**

| # | Name | Register # | Enter ADX | Leave ADX | Total Years at ADX | Details |
|---|------|-----------|-----------|-----------|--------------------|---------|
| 1 | Gibson, Christopher | 81372-011 | 1995 | No | 18 | Aryan Brotherhood gang member charged in RICO indictment alleging 17 BOP murders. Case No. 02CR938 (C.D. Cal.) |
| 2 | Hicklin, Steven | 01242-097 | 1995 | No | 18 | Aryan Brotherhood member charged in RICO indictment alleging 17 BOP murders. Case No. 02CR938 (C.D. Cal.) |
| 3 | Masters, Henry | 01413-046 | **1996** | No | 17 | USP Atlanta inmate murder. Case No. 1:95CR503 (N.D. Ga.) |
| 4 | Hevle, Edgar | 13950-116 | 1997 | No | 15 | Aryan Brotherhood gang member charged in RICO indictment alleging 17 BOP murders. Case No. 02CR938 (C.D. Cal.) |
| 5 | Bridgewater, Wayne | 20220-148 | 1998 | No | 15 | RICO indictment of members of Aryan Brotherhood . 17 BOP murders were alleged. Bridgewater was a member of the federal council for AB and accused of personally killing two black inmates. Case No. 02CR938 (C.D. Cal.) |
| 6 | Houston, Henry | 94434-012 | 1998 | No | 15 | Aryan Brotherhood member charged in RICO indictment alleging 17 BOP murders. Houston was alleged to be personally involved in 4 inmate deaths.  Case No. 02CR938 (C.D. Cal.) |
| 7 | McIntosh, Richard | 02012-028 | 2000 | No | 13 | USP Marion inmate stabbing death.  Defendant was a member of the Aryan Brotherhood. Case Nos. 99CR40044 (S.D. Ill.); 02CR938 (C.D. Cal.) |
| 8 | Sablan, Rudy | 00074-005 | 2000 | No | 13 | USP Florence inmate strangulation and evisceration stabbing death. Case No. 00CR531 (D. Colo.) |
| 9 | Sablan, William | 00232-005 | 2000 | No | 13 | USP Florence inmate strangulation and evisceration stabbing death. Sablan removed organs and taunted officers. Case No. 00CR531 (D. Colo.) |
| 10 | Santiago, Richard | 53961-097 | 2000 | No | 13 | ADX inmate beating death. Case No. 1:10CR164 (D. Colo.) |
| 11 | Palazzola, Dominic | 53757-097 | **2001** | No | 12 | FMC Lexington inmate beating death.  Case No. 00CR132 (E.D. Ky.) |

# *United States v Caro*

**Table 2**

**INMATES CURRENTLY DESIGNATED TO ADX-FLORENCE
WHO HAVE BEEN CONVICTED OR ACCUSED OF COMMITTING
A HOMICIDE WITHIN A BUREAU OF PRISONS (BOP) FACILITY[1]**
**(October 3, 2013)**

| # | Name | Register # | Enter ADX | Leave ADX | Total Years at ADX | Details |
|---|------|-----------|-----------|-----------|--------------------|---------|
| 12 | Stewart, Dominic | 10819-007 | 2001 | No | 12 | ADX inmate beating death. Case No. 1:10CR129 (D. Colo.) |
| 13 | Petty, Ishmael | 10783-042 | **2002** | No | 11 | USP Pollock inmate murder. Case No. 1:02CR10006 (W.D. La.) |
| 14 | O'Driscoll, Michael | 04221-016 | 2003 | No | 10 | USP Allenwood inmate stabbing death. Case No. 4CR01-227 (M.D. Pa.) |
| 15 | Rivera, Silvestre | 26147-008 | 2005 | No | 8 | ADX inmate beating death. Case No. 1:10cr164 (D. Colo.) |
| 16 | Silverstein, Thomas | 14634-116 | **2005** | No | 8 | USP Marion inmate and officer death. |
| 17 | Bingham, Tyler | 03325-091 | 2006 | No | 7 | RICO indictment of members of Aryan Brotherhood . 17 BOP murders were alleged. Bingham and another AB leader (Mills) were alleged to have made all of the decisions involving crimes in federal prison. Case No. 02CR938 (C.D. Cal.) |
| 18 | Folts, Shaun | 84197-198 | **2006** | No | 7 | USP Marion stabbing and beating death. The victim's eyes were removed by a homemade prison weapon. Case Nos. 11MC42 (S.D. Ill.); 4:12CR40015 (S.D. Ill.) |
| 19 | Gulley, Arzell | 18249-039 | **2006** | No | 7 | USP Beaumont inmate stabbing death. Case No. 1:05CR51 (E.D. Tex.) |
| 20 | Mills, Barry | 14559-116 | 2006 | No | 7 | RICO indictment of members of Aryan Brotherhood . 17 BOP murders were alleged. Mills and another AB leader (Bingham) were alleged to have made all of the decisions involving crimes in federal prison. Mills was also charged with personally committing one murder. Case No. 02CR938 (C.D. Cal.) |
| 21 | McCallister, Timothy | 02659-087 | 2007 | No | 6 | USP Terre Haute inmate killing. Case No. 2:07CR07 (S.D. Ind.) |
| 22 | Temple, Eric | 33039-018 | **2007** | No | 6 | USP Atwater inmate death by strangulation and disfigurement (removal of eye) of cellmate. Case No. 1:06CR309 (E.D. Cal.) |

**Table 2**
**INMATES CURRENTLY DESIGNATED TO ADX-FLORENCE**
**WHO HAVE BEEN CONVICTED OR ACCUSED OF COMMITTING**
**A HOMICIDE WITHIN A BUREAU OF PRISONS (BOP) FACILITY[1]**
**(October 3, 2013)**

| # | Name | Register # | Enter ADX | Leave ADX | Total Years at ADX | Details |
|---|------|-----------|-----------|-----------|-------------------|---------|
| 23 | Clark, Willie | 97815-024 | **2008** | No | 5 | FCI Edgefield inmate stabbing. Defendant was an enforcer for the Gangster Disciples gang.   Case No. 04CR1123 (D.S.C.) |
| 24 | McElhiney, Michael | 04198-097 | 2008 | No | 5 | Aryan Brotherhood member charged in RICO indictment alleging 17 BOP murders. McElhiney was alleged to be responsible for day to day operations at USP Marion, including disciplining AB members. Case No. 02CR938 (C.D. Cal.) |
| 25 | Mosher, Ellis | 02875-087 | **2008** | No | 5 | USP Beaumont inmate murder.  Case No. 06CR101 (E.D. Tex.) |
| 26 | Murillo, Jose | 04354-112 | **2008** | No | 5 | USP Victorville inmate stabbing death. Case No. 5:05CR69 (C.D. |
| 27 | Rodriguez, Oscar | 35945-048 | **2008** | No | 5 | USP Victorville inmate stabbing death. Case No. 5:05CR69 (C.D. Cal.) |
| 28 | Watland, Gary | 99901-555 | 2008 | No | 5 | USP Forence inmate murder.  Case No.1:11CR38 (D. Colo.) |
| 29 | Bacote, Michael | 05835-007 | **2009** | No | 4 | USP Beaumont inmate stabbing of a previous government witness. Victim was stabbed more than 100 times.   Case No. 1:08CR36 (E.D. Tex.) |
| 30 | Branch, Edgar | 14916-031 | **2009** | No | 4 | USP Pollock inmate stabbing.  Branch strapped a "shank" to each hand and stabbed victim. Case No. 07CR10029 (W.D. La.) |
| 31 | Ebron, Joseph | 08655-007 | 2009 | No | 4 | USP Beaumont inmate stabbing of a previous government witness. Defendant was a member of DC Crew prison gang and victim previously testified against other DC inmates.  The victim was stabbed more than 100 times.  Case No. 1:08CR36 (E.D. Tex.) |
| 32 | Ferguson, Juwan | 97034-011 | **2009** | No | 4 | USP Atwater inmate beating death.  Case No. 08CR116 (E.D. Cal.) |

# *United States v Caro*

| # | Name | Register # | Enter ADX | Leave ADX | Total Years at ADX | Details |
|---|------|-----------|-----------|-----------|--------------------|---------|
| 33 | Johnson, Terrell | 16390-047 | **2009** | No | 4 | USP Big Sandy inmate stabbing death. Defendant was a member of the Crips gang and stabbed a member of the DC Crew gang with a homemade weapon. Case No. 7:07CR18 (E.D. Ky.) |
| 34 | Knorr, Carl | 13161-075 | 2009 | No | 4 | USP Marion inmate stabbing death. Defendant was a member of the Aryan Brotherhood. Case Nos. 99CR40044 (S.D. Ill.); 02-938 (C.D. Cal.) |
| 35 | Meeks, Tommy | 39492-018 | **2009** | No | 4 | USP Allenwood inmate beating death using a 3 pound rock wrapped in a shirt. Case No. 4:07CR196 (M.D. Pa.) |
| 36 | Sahakian, David | 54744-097 | 2009 | No | 4 | Aryan Brotherhood member charged in RICO indictment alleging 17 BOP murders. Ordered other AB members to murder a black inmate at USP Marion.  Sahakian was also alleged to be responsible for the day to day operations at USP Marion, including disciplining AB members.  Case Nos. 99CR40044 (S.D. Ill.); 02-938 (C.D. Cal.) |
| 37 | Farias, Osbaldo | 90662-079 | **2010** | No | 3 | USP Coleman inmate stabbing and beating. Attack lasted 30 minutes and was captured on video.  Case No. 5:08CR43 (M.D. Fla.) |
| 38 | Martinez, Gerardo | 16249-085 | **2010** | No | 3 | USP Coleman inmate stabbing and beating. Attack lasted 30 minutes and was captured on video.  Case No. 5:08CR43 (M.D. Fla.) |
| 39 | Delaney, Daniel | 09416-112 | **2011** | No | 2 | USP Terre Haute inmate murder by strangulation. Case No. 2:11CR5 (S.D. Ind.) |
| 40 | Francisco, Jonathan | 17439-075 | **2011** | No | 2 | USP Pollock inmate stabbing involving Crips gang members. Case No. 10CR123 (W.D. La.) |
| 41 | Gravely, Dwaune | 12867-050 | **2011** | No | 2 | USP Big Sandy inmate beating death. Defendant was a Blood gang member and the victim was a mentally ill DC Crew inmate. Case No. 7:09CR13 (E.D. Ky.) |

# United States v Caro

**Table 2**
**INMATES CURRENTLY DESIGNATED TO ADX-FLORENCE**
**WHO HAVE BEEN CONVICTED OR ACCUSED OF COMMITTING**
**A HOMICIDE WITHIN A BUREAU OF PRISONS (BOP) FACILITY[1]**
**(October 3, 2013)**

| # | Name | Register # | Enter ADX | Leave ADX | Total Years at ADX | Details |
|---|---|---|---|---|---|---|
| 42 | Hernandez, Justin | 30123-013 | **2011** | No | 2 | FCI Florence beating death of an inmate using hands, feet and weapons made from padlocks attached to belts. Case No. 1:09CR301 (D. Colo.) |
| 43 | Hurley, Allen | 28652-037 | **2011** | No | 2 | USP Canaan inmate stabbing. Victim was stabbed 90 times. Case No. 3:11CR360 (M.D. Pa.) |
| 44 | Johnson, Damion | 80124-038 | **2011** | No | 2 | USP Leavenworth inmate beating death. Case No. 2:99CR20060 (D. Kan.) |
| 45 | Milburne, Darryl | 58478-066 | **2011** | No | 2 | USP Big Sandy inmate beating death. Defendant was a Blood gang member and the victim was a mentally ill DC Crew inmate. Case No. 7:09CR13 (E.D. Ky.) |
| 46 | Morones, Daniel | 39448-048 | **2011** | No | 2 | FCI Florence beating death of an inmate using hands, feet and weapons made from padlocks attached to belts. Case No. 1:09CR301 (D. Colo.) |
| 47 | Napper, Harry | 32403-037 | **2011** | No | 2 | USP Beaumont inmate beating and strangulation death. Case No. 1:11CR62 (E.D. Tex.) |
| 48 | Pluma, Jose | 34104-013 | **2011** | No | 2 | FCI Florence beating death of an inmate using hands, feet and weapons made from padlocks attached to belts. Case No. 1:09CR301 (D. Colo.) |
| 49 | Rosalez, Mark | 08961-091 | **2011** | No | 2 | FCI Florence beating death of an inmate using hands, feet and weapons made from padlocks attached to belts. Case No. 1:09CR301 (D. Colo.) |
| 50 | Ruelas, Juan | 04298-280 | **2011** | No | 2 | FCI Florence beating death of an inmate using hands, feet and weapons made from padlocks attached to belts. Case No. 1:09CR301 (D. Colo.) |
| 51 | Villanueva, Sheldon | 02539-748 | 2011 | No | 2 | USP Pollock inmate stabbing death involving the Nortenos gang. Villanueva previously pled guilty to a stabbing in 2007 at USP Pollock. Case No. 08CR386 (W.D. La.) |
| 52 | Bush, Willie | 41756-074 | 2012 | No | 1 | USP Lee inmate stabbing death of one Blood gang member by another Blood gang member. Case No. 2:11CR15 (W.D. Va.) |

# United States v Caro

## Table 2
### INMATES CURRENTLY DESIGNATED TO ADX-FLORENCE
### WHO HAVE BEEN CONVICTED OR ACCUSED OF COMMITTING
### A HOMICIDE WITHIN A BUREAU OF PRISONS (BOP) FACILITY[1]
### (October 3, 2013)

| # | Name | Register # | Enter ADX | Leave ADX | Total Years at ADX | Details |
|---|------|-----------|-----------|-----------|--------------------|---------|
| 53 | Johnson, Antonio | 35987-007 | 2012 | No | 1 | USP Lee inmate stabbing death. Victim was stabbed numerous times. Case No. 2:12CR7 (W.D. Va.) |
| 54 | Richardson, Brian | 91507-011 | **2012** | No | 1 | USP Atlanta inmate stabbing and strangulation death. Case No. 1:08CR139 (N.D. Ga.) |

[1]The data in this table is compiled from publically available information and likely does not include all of the inmates who are currently designated to ADX and who have been accused or convicted of a homicide within a BOP facility.

Years printed in **RED** are estimates based on the date of conviction and pleadings reviewed on the PACER website.

At least 54 inmates currently housed at ADX have been accused or convicted of a BOP homicide.

# United States v Caro

## Table 3

**INMATES CONVICTED OF COMMITTING A HOMICIDE IN THE BUREAU OF PRISONS FOLLOWING A JURY TRIAL IN WHICH THE GOVERNMENT SOUGHT THE DEATH PENALTY[1]**
**October 3, 2013**

| # | Name | Register # | Case Number | Details | Result | Location | Enter ADX | Leave ADX | Years at ADX |
|---|------|-----------|-------------|---------|--------|----------|-----------|-----------|--------------|
| 1 | Houston, Henry | 94434-012 | No. 02CR938 (C.D. Cal.) | Aryan Brotherhood RICO indictment. 17 BOP murders; 4 committed by Houston. | Life Sentence | ADX | 1998 | No | 15 |
| 2 | Bridgewater, Wayne | 20220-148 | No. 02CR938 (C.D. Cal.) | Aryan Brotherhood RICO indictment. 17 BOP murders; 2 committed by Bridgewater. | Life Sentence | ADX | 1998 | No | 15 |
| 3 | Sablan, William | 00232-005 | No. 00CR531 (D. Colo.) | USP Florence inmate death by evisceration stabbing. | Life Sentence | ADX | 2000 | No | 13 |
| 4 | Sablan, Rudy | 00074-005 | No. 00CR528 (D. Colo.) | USP Florence inmate death by evisceration stabbing. | Life Sentence | ADX | 2000 | No | 13 |
| 5 | O'Driscoll, Michael | 04421-016 | No. 4-CR-01-277 (M.D. Pa.) | USP Allenwood inmate death by stabbing. | Life Sentence | ADX | 2003 | No | 10 |
| 6 | Mills, Barry | 14559-116 | No. 02CR938 (C.D. Cal.) | Aryan Brotherhood RICO indictment. 17 BOP murders. | Life Sentence | ADX | 2006 | No | 7 |
| 7 | Bingham, Tyler | 03325-091 | No. 02CR938 (C.D. Cal.) | Aryan Brotherhood RICO indictment. 17 BOP murders. | Life Sentence | ADX | 2006 | No | 7 |
| 8 | Mosher, Ellis | 02875-087 | No. 1:06CR00101 (E.D. Tex.) | USP Beaumont inmate murder. | Life Sentence | ADX | **2008** | No | 5 |
| 9 | Ebron, Joseph | 08655-007 | No. 1:07CR142 (E.D. Tex.) | USP Beaumont inmate stabbing death. Victim stabbed more than 100 times. | Death Sentence | ADX[2] | 2009 | No | 4 |
| 10 | Richardson, Brian | 91507-011 | No. 1:08CR139 (N.D. Ga.) | USP Atlanta inmate stabbing and strangulation death. | Life Sentence | ADX | 2012 | No | 1 |
| 11 | Jackson, David | 13567-039 | No. 1:06CR51 (E.D. Tex.) | USP Beaumont inmate stabbing death. | Death Sentence  Vacated / Re-sentenced to Life | Held at ADX pre-trial; then to USP Terre Haute on Death Row; then to USP Hazelton[3] | - | - | - |
| 12 | Snarr, Mark | 11093-081 | No. 1:09CR15 (E.D. Tex.) | USP Beaumont inmate stabbing death. Two correctional officers stabbed but survived. | Death Sentence | USP Terre Haute Death Row | - | - | - |
| 13 | Garcia, Edgar | 28132-177 | No. 1:09CR15 (E.D. Tex.) | USP Beaumont inmate stabbing death. Two correctional officers stabbed but survived. | Death Sentence | USP Terre Haute Death Row | - | - | - |
| 14 | Caro, Carlos | 37786-079 | No.1:06CR00001 (W.D. Va.) | Current Case | Death Sentence | USP Terre Haute Death Row | - | - | - |

# *United States v Caro*

## Table 3

**INMATES CONVICTED OF COMMITTING A HOMICIDE IN THE BUREAU OF PRISONS
FOLLOWING A JURY TRIAL IN WHICH THE GOVERNMENT SOUGHT THE DEATH PENALTY[1]**
**October 3, 2013**

| # | Name | Register # | Case Number | Details | Result | Location | Enter ADX | Leave ADX | Years at ADX |
|---|------|-----------|-------------|---------|--------|----------|-----------|-----------|--------------|
| 15 | Battle, Anthony | 11451-056 | No. 1:95CR528 (N.D. Ga.) | USP Atlanta murder of a corrections officer | Death Sentence | USP Terre Haute Death Row | - | - | - |
| 16 | Agofsky, Shannon | 06267-045 | No. 1:0CR173 (E.D. Tex.) | USP Beaumont inmate beating death. | Death Sentence | USP Terre Haute Death Row | - | - | - |

[1] The data in this table is compiled from publically available information and thus may not include all of the inmates who have been convicted of committing a homicide in the Bureau of Prisons and for whom the government sought the death penalty.

[2] Joseph Ebron was sentenced to death, but has never been transported to USP Terre Haute's death row.  He has been continuously housed at ADX since the completion of his jury trial.

[3] David Jackson has been diagnosed as being schizophrenic and therefore cannot be referred to ADX as a matter of policy.  *See* BOP Program Statement 5212.07 at 6 ("The Warden may not refer an inmate for placement in a control unit: 1) if the inmate shows evidence of significant mental disorder.")

Years printed in **RED** are estimates based on the date of conviction and pleadings reviewed on the PACER website.