# EXHIBIT 78

# EXHIBIT 78

DECLARATION OF CHRISTINE OLIVER
PURSUANT TO 28 U.S.C. § 1746

I, Christine Oliver, declare as follows:

1.  I am employed as a Paralegal with the Office of the Federal Public Defender for the District of Arizona. I have been assigned to work on the case of *United States v. Carlos Caro*, 1:06cr00001 (W.D. Va.).

2.  One of my assignments has been to attempt to gather information from the Bureau of Prisons ("BOP") through the Freedom of Information Act ("FOIA") regarding the length of time that inmates are or have been designated to the BOP's Administrative Maximum facility in Florence, Colorado ("ADX-Florence").

3.  Listed below is a summary of my attempts to obtain this data as of October 23, 2013.

4.  On March 27, 2013, I sent a FOIA letter to the BOP that contained requests regarding the length of inmate stay at ADX-Florence. I specifically requested the following documents: (1) documents regarding the length of stay at ADX-Florence for every inmate housed there at any time between its opening in November 1994 and January 2007; (2) documents showing the number of inmates who were transferred from the United States Penitentiary in Marion, Illinois ("USP-Marion") to ADX-Florence in 1994 or 1995 and their length of stay at USP-Marion prior to the transfer; (3) documents showing the number of inmates admitted to ADX-Florence in 1994 or 1995, and who were still confined there as of January 2007; (4) a list of all inmates who had been housed at ADX-Florence for more than three consecutive years between 1994 and 2006, along with the length of their stay at ADX-Florence; and (5) a list of all inmates who had been housed at the USP-Marion under maximum security conditions at any time before

1

January 2007 for more than three consecutive years, along with their length of stay at USP-Marion. (*See* Attachment A.)

5. On June 19, 2013, the Government denied the request stating that (1) it is not required to create records under FOIA; and (2) the request would require an "unreasonably burdensome search." (*See* Attachment B.)

6. On August 12, 2013, I sent another FOIA request to the BOP. In this letter, I provided a list of specific inmate register numbers I had received from the investigator in this case, and asked for these inmates' institutional assignment and movement history. It was my understanding that the inmates on the list were inmates who the investigator believed had been or were still designated to ADX-Florence. As stated in my letter, it also was my understanding that all of the requested information was available through the BOP's SENTRY computer system and would not require a manual search of each inmate's paper file. (*See* Attachment C.)

7. On August 20, 2013, the BOP denied the request, stating that it could not release the requested information without a signed authorization from each inmate. (*See* Attachment D.)

8. During September and October 2013, I forwarded 197 letters to the listed inmates, enclosing a BOP release of information authorization form and asking each prisoner to sign and return the form ("Inmate Letters"). (*See* example of letter at Attachment E.)

9. On October 7, 2013, I received a package from the BOP. The package included 31 returned Inmate Letters in their original envelopes, which had been opened and then taped closed. Attached to each envelope was a Department of Justice form from ADX-Florence stating that my correspondence with the inmate was being returned and was not

delivered to the inmate because I was "not approved to correspond with the inmate." (*See* examples of forms returned for Tyler Bingham and Barry Mills, alleged members of the Aryan Brotherhood gang, at Attachment F.)

10. By October 10, 2013, I received signed release forms from 57 inmates. On October 10, 2013, I sent another FOIA request to the BOP attaching the signed forms and asking for the Inmate History Form, Inmate Institutional Assignment and Movement History, and the Control Unit Classification Summary. (*See* Attachment G.) As of October 25, 2013, the BOP had not communicated any decision on whether it will process or deny this request.

11. On October 22, 2013, I sent another FOIA request to the BOP identical to the one mailed on October 10, 2013, for an additional 10 inmates whose signed release forms I had received since mailing my previous request. (*See* Attachment H.) As of October 25, 2013, I have not yet received a response to this request.

12. I also sent two FOIA requests to BOP for various BOP institutional housing records regarding five deceased inmates. The BOP complied with the first request without requiring a signed release form from a member of the inmate's family, but denied the second request, apparently changing its policy and stating that we needed "an authorization to release information from the family" of the deceased inmates. (*Compare* Attachment I (letter dated September 10, 2013) *with* Attachment J (letter dated September 30, 2013).)

I declare under penalty for perjury that the foregoing is true and correct.

Executed on _October 25 2013._

_Christine R. Oliver_

Christine Oliver

3

# ATTACHMENT A

ATTACHMENT A

Office of the
# FEDERAL PUBLIC DEFENDER
for the District of Arizona
**Capital Habeas Unit**

**Jon M. Sands**
Federal Public Defender

direct line: (602) 382-2840
email: christine_oliver@fd.org

March 27, 2013

Freedom of Information Act/Privacy Act Selection
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

RE: **FOIA REQUEST**

To whom it may concern:

Our office represents Carlos David Caro, who is on death row at USP Terre Haute. Obviously, time is of the essence with respect to this request.

Pursuant to the Freedom of Information act, 5 U.S.C. § 552 and/or Privacy Act, 5 U.S.C. § 552a, we request copies of the following documents:

1. Documents regarding the length of stay at the Bureau of Prisons Administrative Maximum facility at Florence, Colorado ("ADX-Florence") for every inmate housed at this facility at any time between November 1994 and January 2007, including the inmate's entry and departure dates. (In order to match this data with that requested in the next paragraph, Mr. Caro requests that the government provide either inmate names or an identification number.)

2. Documents showing the number of inmates who were transferred from the United States Penitentiary at Marion, Illinois ("USP-Marion") to ADX-Florence in 1994 or 1995, and the length of their stay at USP-Marion prior to the transfer. (In order to match this data with that requested in the previous paragraph, Mr. Caro requests that the government provide either inmate names or an identification number.)

3. Documents showing the number of inmates who were admitted to ADX-Florence in 1994 and 1995, who were never transferred out of ADX-Florence, and who were still confined there as of January 2007.

4. A list of all inmates who were housed at ADX-Florence at any time between 1994 and 2006 for more than three consecutive years, along with the length of their stay at ADX-Florence.

5. A list of all inmates who were housed at USP-Marion under maximum security conditions at any time before January 2007 for more than three consecutive years, along with the length of their stay at USP-Marion.

Because we are a U.S. Government office, charges for reproduction of records are usually waived. However, if your office intends to charge for the copies please contact our office for prior arrangements and/or approval.

As provided by law, please respond to my request within 20 working days. If my request is denied in whole or in part, please provide a detailed justification for withholding the records. Lastly, I request any segregable portions that are not exempt to be disclosed.

Please forward these records to my office as soon as possible. If you have any questions please do not hesitate to contact me at (602) 382-2840 or by e-mail at christine_oliver@fd.org

Thank you for your kind assistance in this request and I look forward to hearing from your office.

Sincerely,

Christine R. Oliver
Capital Habeas Unit

# ATTACHMENT B

# ATTACHMENT B



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

June 19, 2013

Christine R. Oliver
Federal Public Defender
Capital Habeas Unit
850 West Adams Street, Suite 201
Phoenix, AZ 85007

Re: Information Request No. 2013-06188

Dear Ms. Oliver:

This is in response to the above referenced information request. Specifically, you request documents identifying the length of stay, name and register number for every inmate housed at the Administrative Maximum facility in Florence, Colorado (ADX Florence)from November 1994 through January 2007; documents identifying the number of inmates who were transferred from the United States Penitentiary in Marion, Illinois (USP Marion) to ADX Florence in 1994 and 1995 to include their name, register number and length of stay at USP Marion prior to their transfer; documents identifying the number of inmates admitted to ADX Florence in 1995 and 1995, who were never transferred and still confined at ADX Florence in January 2007; a list of all inmates housed at ADX Florence between 1994 and 2006 for more than three consecutive years, to include their length of staff at ADX Florence; and a list of all inmates who were housed at USP Marion under maximum security conditions any time before January 2007 for more than three consecutive years, to include their length of stay at USP Marion.

Please be advised the FOIA does not require federal agencies to create records in response to a FOIA request, but rather is limited to requiring agencies to provide access to reasonably described, nonexempt, and existing agency records. To the extent that we have records responsive to your requests, this would require an extensive search of our inmate files. To obtain the information you seek would require the review of hundreds of thousands of inmate files in order to determine a response to your inquiry. This information would then have to be correlated into a statistical chart in order to provide the data you seek. Simply put, the Bureau of Prisons does not track information you request in the manner that would allow us to retrieve it, with a reasonable amount of effort. Your request would require an unreasonably burdensome search.

If you consider my response to be a denial of this request, you may administratively appeal to the Assistant Attorney General, pursuant to Title 28, Code of Federal Regulations, Section 16.9 or 16.45, by filing a written appeal. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., Suite 11050, Washington, D.C. 20530-001. Your appeal must be received by OIP within 60 days of the date of this letter.

Sincerely,

Richard W. Schott
Regional Counsel

# ATTACHMENT C

# ATTACHMENT C

Office of the
## FEDERAL PUBLIC DEFENDER
for the District of Arizona
### Capital Habeas Unit

**Jon M. Sands**
Federal Public Defender

direct line: 602.382-2840
email: Christine_oliver@fd.org

August 12, 2013

## SENT BY FEDERAL EXPRESS

Freedom of Information Act / Privacy Act Selection
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

RE: **FOIA REQUEST**

To whom it may concern:

Our office represents Carlos David Caro, who is on death row at USP Terre Haute. Obviously, time is of the essence and we ask that you expedite this request.

Pursuant to the Freedom of Information act, 5 U.S.C. § 552 and/or Privacy Act, 5 U.S.C. § 552a, we request documents showing the institutional assignment and movement history for each of the inmate register numbers listed in Attachment A. We understand that all of the requested information is available within the Bureau of Prison's SENTRY computer program and does not require the Bureau of Prisons to search through individual inmate files.

Because we are a U.S. Government office, charges for reproduction of records are usually waived. However, if your office intends to charge for the copies please contact our office for prior arrangements and/or approval.

As provided by law, please respond to my request as soon as possible, and no later

than within 20 working days. If my request is denied in whole or in part, please provide a detailed justification for withholding the records. Lastly, I ask that any segregable portions that are not exempt be disclosed.

Please forward these records to my office as soon as possible. If you have any questions, do not hesitate to contact me at (602) 382-2840 or by e-mail at christine_oliver@fd.org

Thank you for your assistance and I look forward to your response.

Sincerely,

Christine R. Oliver
Capital Habeas Unit

# Attachment A

## Attachment A
## Inmate Register Numbers

| |
|---|
| 00074-005 |
| 0334-112 |
| 00232-005 |
| 01192-087 |
| 01242-097 |
| 02476-748 |
| 02536-748 |
| 01924-135 |
| 02539-748 |
| 02550-748 |
| 02552-748 |
| 02012-028 |
| 02158-090 |
| 02837-748 |
| 02846-748 |
| 02218-045 |
| 02582-016 |
| 02659-087 |
| 02689-081 |
| 02728-031 |
| 02866-081 |
| 02875-087 |
| 03029-036 |
| 03220-028 |
| 03326-112 |
| 03328-112 |
| 03329-112 |
| 03332-112 |
| 03325-091 |
| 04307-748 |
| 03911-000 |
| 04298-280 |
| 04198-097 |
| 04221-016 |
| 04354-112 |
| 05151-748 |
| 04475-046 |
| 04574-088 |
| 04685-000 |
| 04764-067 |
| 04710-000 |
| 05374-081 |
| 05680-089 |
| 05835-007 |
| 06373-097 |
| 07145-062 |
| 07318-045 |
| 07580-091 |
| 07984-424 |
| 07797-028 |

Attachment A

| |
|---|
| 08352-424 |
| 08157-031 |
| 08655-007 |
| 08961-091 |
| 09008-050 |
| 09219-014 |
| 09303-042 |
| 09416-112 |
| 09411-077 |
| 09748-004 |
| 09883-016 |
| 09935-000 |
| 10783-042 |
| 10788-026 |
| 10819-007 |
| 12508-116 |
| 12873-057 |
| 12867-050 |
| 13161-075 |
| 13680-014 |
| 13829-045 |
| 13950-116 |
| 14067-074 |
| 14559-116 |
| 14534-057 |
| 14634-116 |
| 14801-116 |
| 15177-424 |
| 14916-031 |
| 16203-083 |
| 16249-085 |
| 16267-064 |
| 16390-047 |
| 16802-050 |
| 16917-050 |
| 17133-014 |
| 17439-075 |
| 17911-054 |
| 18249-039 |
| 18282-058 |
| 19015-050 |
| 19214-083 |
| 20168-148 |
| 20220-148 |
| 20486-148 |
| 20796-424 |
| 21136-018 |
| 22806-009 |
| 23188-086 |
| 24079-038 |
| 24651-053 |
| 25109-053 |
| 26147-008 |

Attachment A

| |
|---|
| 26370-077 |
| 27896-016 |
| 28064-054 |
| 28652-037 |
| 29638-086 |
| 29796-016 |
| 29820-016 |
| 30063-037 |
| 30123-013 |
| 30674-048 |
| 30694-054 |
| 30793-053 |
| 30906-004 |
| 32124-037 |
| 32403-037 |
| 33039-018 |
| 34104-013 |
| 34338-054 |
| 34848-054 |
| 34853-054 |
| 35074-054 |
| 35556-118 |
| 35945-048 |
| 35987-007 |
| 37802-054 |
| 38267-048 |
| 39448-048 |
| 39574-133 |
| 39492-018 |
| 40114-066 |
| 40172-051 |
| 40581-079 |
| 41756-074 |
| 42371-054 |
| 42375-054 |
| 42393-054 |
| 42426-054 |
| 43018-060 |
| 44107-039 |
| 44623-054 |
| 44776-066 |
| 45189-053 |
| 46680-083 |
| 48551-083 |
| 49535-083 |
| 51427-054 |
| 53271-054 |
| 53506-054 |
| 53757-097 |
| 53961-097 |
| 54744-097 |
| 55341-065 |
| 55458-097 |

| |
|---|
| 55891-097 |
| 58146-054 |
| 58478-066 |
| 58478-066 |
| 60012-001 |
| 61285-066 |
| 62604-079 |
| 63510-054 |
| 65114-053 |
| 70250-083 |
| 73629-012 |
| 79328-012 |
| 80882-280 |
| 81372-011 |
| 84197-198 |
| 84015-012 |
| 85114-020 |
| 86063-024 |
| 88752-132 |
| 90662-079 |
| 91147-011 |
| 92298-024 |
| 94434-012 |
| 95335-198 |
| 95518-022 |
| 97034-011 |
| 97815-024 |
| 99974-555 |
| 99898-011 |

# ATTACHMENT D

ATTACHMENT D



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

*Tower II, 8th Floor*
*400 State Street*
*Kansas City, KS 66101-2421*

August 20, 2013



RECEIVED

AUG 2 6 2013

Federal Public Defender
Capital Habeas Unit

Christine R. Oliver
Capital Habeas Unit
Federal Public Defenders Office
850 West Adams Street
Suite 201
Phoenix, AZ   85007

RE:   Freedom of Information Act/Privacy Act Request Number: 2013-10916

Dear Requester:

This acknowledges our receipt of your Freedom of Information Act (FOIA) request seeking records showing the institutional assignment and movement history for each of the inmate register numbers listed in Attachment A provided with your request.

The Bureau of Prisons regulations on Release of Information, see 28 C.F.R. § 513.63, as well as the U.S. Department of Justice's regulations, see 28 C.F.R. §16.3(a), require that when information about another individual is sought, written authorization must accompany the request.   Your request for information did not include an authorization from the individuals referenced. Accordingly, I am unable to respond to your request.

Therefore, I am returning your request since there is not an authorization.   I am enclosing a form DOJ-361, Certification of Identity, along with your request.   The authorization must be completed by the persons you are seeking records on and the signature must either be notarized or submitted under 28 U.S.C. 1746, a law that permits statements to be made under penalty of perjury as a substitute for notarization. Finally, the authorization must have an original signature.   Moreover, the OPTIONAL section at the bottom of the Certificate of Identity must be filled out if the records are to be released to another person.

If you wish to receive the requested records, please complete this form and return the completed form, along with the request to Beth Hull, NCRO FOIA Paralegal, at the United States Penitentiary, FOIA West Office, 1300 Metropolitan, Leavenworth, KS 66048.

If you consider my response to be a denial of this request, you may administratively appeal to the Assistant Attorney General, pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, by filing a written appeal. Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information and Policy, U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within 60 days from the date of this letter.

Sincerely,

Richard W. Schott
Regional Counsel

# ATTACHMENT E

# ATTACHMENT E

Office of the
# FEDERAL PUBLIC DEFENDER
### for the District of Arizona
### Capital Habeas Unit

**Jon M. Sands**
Federal Public Defender

direct line: 602 382-2840
email: Christine_oliver@fd.org

Click here to enter a date.

*

USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

Dear :

     We represent defendants on death row. In one of our trials, and in many similar trials, the government argued that the BOP can house a prisoner at ADX-Florence for only three to five years in its step-down programs, and then must send the prisoner back to a USP. We believe this is not true, and that many prisoners have been at ADX-Florence for more than five years. But, we cannot prove this without documents and your help.

     We asked the BOP to give us documents showing the average length of stay for a prisoner at ADX-Florence, but the government refused. So, we now are trying to gather this information prisoner by prisoner. Before the BOP will give us any documents showing how long you have been at ADX-Florence, we need your permission.

     Attached is a BOP release of information document. We have asked for only the three documents that we believe will provide us with your housing information: the Inmate History Form, Inmate Institutional Assignment and Movement History; and Control Unit Classification Summary. If you are willing to help us, please complete, sign and date the attached Certification of Identity form and return it to us in the enclosed return envelope. The BOP will give us the information only if you answer <u>all</u> of the following questions on the form:

- Citizenship Status - if you are a US citizen, please write "US citizen"
- Date of birth
- Place of birth
- Signature
- Date

850 West Adams Street, Suite 201, Phoenix, Arizona 85007
(602) 382-2816 / (800) 758-7053 / facsimile (602) 889-3960

Thank you very much for your help. If you have any questions about the form or what we are trying to do, I would be happy to answer your questions. If you are currently represented by an attorney, please forward this request to your attorney and we can communicate with your attorney. I look forward to hearing from you. Thank you again for your help.

Sincerely,


Christine R. Oliver
Paralegal
Capital Habeas Unit


/cro

# ATTACHMENT F

# ATTACHMENT F

BP-S327.058
MAY 94
U.S. DEPARTMENT OF JUSTICE

**RETURNED CORRESPONDENCE** CDFRM

**FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| **TO:** (Sender-See Return Address)<br>Federal Public Defender<br>Capital Habeas Unit<br>850 West Adams Street, Suite 201<br>Phoenix, AZ 85007-2730 | **FROM:**<br>United States Penitentiary<br>Administrative Maximum<br>P.O. Box 8500<br>Florence, CO 81226-8500 |
| **RE:** (Inmate's Name and Register No.)<br>BINGHAM, Tyler  03325-091/H | **DATE:**<br>September 20, 2013 |

**SUBJECT:** Correspondence With Inmate Returned

Your correspondence to the above named inmate is being returned. This correspondence was not delivered to the inmate because you are not approved to correspond with this individual.

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence. You have the right to appeal this rejection by writing the Warden in care of the above address. The inmate to whom you addressed your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection. Any inquiry concerning this rejection will need to be referred to the following address: Federal Bureau of Prisons, ATTN: FOIA, 320 First Street, N.W. Washington, D.C. 20534.

S. M. Kuta, Associate Warden SMK/rjm
(Printed or Typed Name and Written Signature of the Warden)
Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File (with copy of Correspondence)
(This form may be replicated via WP)                    Replaces BP-327(58) of FEB 84

BP-S327.058
MAY 94
U.S. DEPARTMENT OF JUSTICE

| TO: (Sender-See Return Address)<br>Federal Public Defender<br>Capital Habeas Unit<br>850 West Adams Street, Suite 201<br>Phoenix, AZ 85007-2730 | FROM:<br>United States Penitentiary<br>Administrative Maximum<br>P.O. Box 8500<br>Florence, CO 81226-8500 |
|---|---|
| RE: (Inmate's Name and Register No.)<br>MILLS, Barry        14559-116/H | DATE:<br>September 25, 2013 |

**SUBJECT:** Correspondence With Inmate Returned

Your correspondence to the above named inmate is being returned. This correspondence was not delivered to the inmate because you are not approved to correspond with this individual.

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence. You have the right to appeal this rejection by writing the Warden in care of the above address. The inmate to whom you addressed your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection. Any inquiry concerning this rejection will need to be referred to the following address: Federal Bureau of Prisons, ATTN: FOIA, 320 First Street, N.W. Washington, D.C. 20534.

S. M. Kuta, Associate Warden SMK/rjm
(Printed or Typed Name and Written Signature of the Warden)
Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File (with copy of Correspondence)
(This form may be replicated via WP)                    Replaces BP-327(58) of FEB 84

# ATTACHMENT G

# ATTACHMENT G

Office of the
# FEDERAL PUBLIC DEFENDER
for the District of Arizona
**Capital Habeas Unit**

**Jon M. Sands**
Federal Public Defender

direct line: (602) 382-2840
email: christine_oliver@fd.org

October 10, 2013

**SENT BY FEDERAL EXPRESS**

Freedom of Information Act / Privacy Act Selection
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

     RE:  **FOIA REQUEST**

To whom it may concern:

Our office represents Carlos David Caro, who is on death row at USP Terre Haute. Obviously, time is of the essence and we ask that you expedite this request.

Pursuant to the Freedom of Information act, 5 U.S.C. § 552 and/or Privacy Act, 5 U.S.C. § 552a, we request the Inmate History Form, Inmate Institutional Assignment and Movement History, and the Control Unit Classification Summary for each of the inmates listed in Attachment A. Enclosed you will find a Certification of Identity release for each of these inmates.

Because we are a U.S. Government office, charges for reproduction of records are usually waived. However, if your office intends to charge for the copies please contact our office for prior arrangements and/or approval.

As provided by law, please respond to my request as soon as possible, and no later than within 20 working days. If my request is denied in whole or in part, please provide a detailed justification for withholding the records. Lastly, I ask that any segregable portions that are not exempt be disclosed.

Please forward these records to my office as soon as possible. If you have any

## Attachment A

## (10/10/2013 FOIA Request)

| Inmate | Register No. |
| --- | --- |
| Mohamed, Saleh | 34853-054 |
| Bridgewater, Wayne | 20220-148 |
| Abrego, Juan | 09935-000 |
| Reid, Richard | 24079-038 |
| McCallister, Timothy | 02659-087 |
| Remington, James | 80124-038 |
| Pinson, Jeremy | 16267-064 |
| Morones, Daniel | 39448-048 |
| Napper, Harry | 32403-037 |
| Gometz, Randy | 35556-118 |
| Bruscino, Ronnie | 20168-148 |
| Colon, Gustavo | 07984-424 |
| Murray, Greg | 22806-009 |
| Heisler, Donald | 05680-089 |
| Crawford, John | 55891-097 |
| Petty, Ishmael | 10783-042 |
| Hicklin, Steven | 01242-097 |
| O'Driscoll, Michael | 04221-016 |
| Custard, Bob | 02728-031 |
| Shryock, Raymond | 03332-112 |
| Usher, John | 07145-062 |
| Segura, Phillip | 14801-116 |
| Hoover, Larry | 86063-024 |
| Nosair, El-Sayyid | 35074-054 |
| Lynn, Richard | 09748-004 |
| Hale, Matthew | 15177-424 |
| Cunningham, Harold | 04685-000 |
| Martin, Roy | 26370-077 |

| | |
|---|---|
| Shaifer, Ernest | 30674-048 |
| Ferguson, Juwan | 97034-011 |
| Knoff, Carl | 13161-075 |
| McKinney, Aaron | 10788-026 |
| Bond, Erving | 16203-083 |
| Shepard, Robert | 04574-088 |
| Hevle, Edgar | 13950-116 |
| Al-Amin, Jamil | 99974-555 |
| Sablan, William | 00232-005 |
| Gibson, Christopher | 81372-011 |
| Farrakhan-Muhammad, Q ili-Yass aka Christopher Mitchell | 02791-088 |
| Tuttamore, Timothy | 43018-060 |
| McIntosh, Richard | 02012-028 |
| Edwards, Delroy | 25109-053 |
| Silverstein, Thomas | 14634-116 |
| Gambina, Ralph | 12508-116 |
| Castro, Ruben | 03328-112 |
| Mosher, Ellis | 02875-087 |
| Farias, Osbaldo | 90662-079 |
| Barrron, Percy | 04710-000 |
| Nichols, Terry | 08157-031 |
| Doughterty, Jospeh | 01924-135 |
| Georgeacarakos, Peter | 03029-036 |
| Milburne, Darryl | 58478-066 |
| Hernandez, Justin | 30123-013 |
| Moreno, Jesse | 03326-112 |
| Jeburk, Christopher | 09029-021 |
| Black, Clifford | 55458-097 |
| Crosby, Gregory | 05825-045 |

# ATTACHMENT H

ATTACHMENT H

Office of the
# FEDERAL PUBLIC DEFENDER
for the District of Arizona
**Capital Habeas Unit**

**Jon M. Sands**
Federal Public Defender

direct line: (602) 382-2840
email: christine_oliver@fd.org

October 22, 2013

## SENT BY FEDERAL EXPRESS

Freedom of Information Act / Privacy Act Selection
Office of General Counsel, Room 841
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC  20534

RE:   **FOIA REQUEST**

To whom it may concern:

Our office represents Carlos David Caro, who is on death row at USP Terre Haute. Obviously, time is of the essence and we ask that you expedite this request.

Pursuant to the Freedom of Information act, 5 U.S.C. § 552 and/or Privacy Act, 5 U.S.C. § 552a, we request the Inmate History Form, Inmate Institutional Assignment and Movement History, and the Control Unit Classification Summary for each of the inmates listed in Attachment A. Enclosed you will find a Certification of Identity release for each of these inmates.

Because we are a U.S. Government office, charges for reproduction of records are usually waived. However, if your office intends to charge for the copies please contact our office for prior arrangements and/or approval.

As provided by law, please respond to my request as soon as possible, and no later than within 20 working days. If my request is denied in whole or in part, please provide a detailed justification for withholding the records. Lastly, I ask that any segregable portions that are not exempt be disclosed.

Please forward these records to my office as soon as possible.  If you have any

questions, do not hesitate to contact me at (602) 382-2840 or by e-mail at christine_oliver@fd.org

Thank you for your assistance and I look forward to your response.

Sincerely,

Christine R. Oliver
Capital Habeas Unit

Enclosure

# Attachment A
# (10/22/2013 FOIA Request)

| Name | Register # |
| --- | --- |
| Alaniz, Alejando | 40581-079 |
| Alvarez, Victor | 34848-054 |
| Ayyad, Nidal | 16917-050 |
| Bacote, Michael | 05835-007 |
| Bornman, Gary | 09219-014 |
| Buhl, Leroy | 40114-066 |
| Lippitt, Kenneth | 03877-090 |
| Rubalcaba, Gerald | 02552-748 |
| Rudolph, Eric | 18282-058 |
| Van Moos, John Jeffery | 79328-012 |

# ATTACHMENT I

# ATTACHMENT I



**U.S. Department of Justice**
**Federal Bureau of Prisons**

September 10, 2013

| For Further Inquiry Contact: |
| --- |
| U.S. Department of Justice |
| Federal Bureau of Prisons |
| Office of the General Counsel |
| Attn: Alex White, FOIA Specialist |
| FOIA West Office |
| 1300 Metropolitan Ave. |
| Leavenworth, KS 66048 |

Christine R. Oliver
850 West Adams Street, Suite 201
Phoenix, AZ 85007

Re:     Information Request No. 2013-11321

Dear Ms. Oliver:

This is in response to the above referenced Freedom of Information Act (FOIA) request you submitted to the Federal Bureau of Prisons (BOP). Specifically, you requested documents showing inmate history, institutional assignment and movement history, and control unit classification for register numbers 02582-016, 12873-057, 28761-048, 41368-019, and 45189-053.

In response to your request, bop staff located one hundred four (104) pages responsive to your request and forwarded the information to this office for a release determination. After careful review, we have determined that these pages can be released to you in full.

Please be advised that we are unaware of any Sentry transactions that would generate documents for Control Unit Classifications. If you believe that this determination is incorrect have information that would assist this office in obtaining such records, in a manner in which you seek, please feel free to resubmit your request and notify us through the contact information listed above. Be sure to mention the FOIA case number also listed above to ensure priority processing for this portion of your request.

If you have questions or concerns, please contact Alex White, FOIA Specialist at the above listed contact information.

Sincerely,

Alex White, for
Wanda M. Hunt
Chief, FOIA/PA Section

Enclosed: 104 pages

cc: file

RECEIVED

SEP 1 3 2013

Federal Public Defender
Capital Habeas Unit

FPD-AZ-1322

# ATTACHMENT J

# ATTACHMENT J



**U.S. Department of Justice**
Federal Bureau of Prisons
_____

*North Central Regional Office*

*Tower II, 8th Floor*
*400 State Street*
*Kansas City, KS 66101-2421*

September 30, 2013

Christine R. Oliver
Capital Habeas Unit
Federal Public Defender's Office
850 West Adams St., Ste. 201
Phoenix, AZ  85007

Re:    Information Request No.  2013-12219

Dear Ms. Oliver:

This acknowledges our receipt of your Freedom of Information Act (FOIA) request. Specifically, you request the Control Unit Classification Summary for five deceased inmates.

While an individual's right to privacy ceases upon their death, the family members of that individual retain an expectation of privacy.  We are returning your request because you have not provided an authorization to release information from the family of the five inmates.  Therefore, at this time, you have not filed a proper FOIA request. Accordingly, FOIA Request No. 2013-12219 has been closed.

If you wish to receive the requested records, please forward a properly executed authorization from the family of the deceased inmate(s) to Beth Hull, NCRO FOIA Paralegal, at the United States Penitentiary, FOIA West Office, 1300 Metropolitan, Leavenworth, KS  66048.

If you consider my response to be a denial of this request, you may administratively appeal to the Assistant Attorney General, pursuant to Title 28 Code of Federal Regulations, Section 16.9 or 16.45, by filing a written appeal.  Both the appeal letter and face of the envelope should be marked "Freedom of Information Act Appeal," and should be addressed to the Office of Information and Policy, U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.  Your appeal must be received by OIP within 60 days from the date of this letter.

Sincerely,

*Richard W. Schott*
Regional Counsel

**RECEIVED**

OCT 0 7 2013

FEDERAL PUBLIC DEFENDER
CAPITAL HABEAS UNIT