UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| Plaintiff/Respondent, | |
| vs. | DEATH-PENALTY CASE |
| CARLOS DAVID CARO, | |
| Defendant/Petitioner. | |

_____

ORDER
_____

Upon motion by defendant/petitioner Carlos Caro and for good cause shown, it is hereby **ORDERED** that the First Motion for Leave to Conduct Discovery and Preliminary Request for an Evidentiary Hearing and Expansion of the Record is granted. It is further **ORDERED** setting an Evidentiary Hearing for _____, 2014.

ENTERED:    This _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE