**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CARLOS DAVID CARO,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

Defendant's First Motion for Leave to Conduct Discovery and Preliminary Request for an Evidentiary Hearing and Expansion of the Record (ECF No. 800) is set for oral argument on November 25, 2013, at 1:30 P.M. in Abingdon, at the same date and time as the previously scheduled oral argument on the government's Motion to Dismiss.

The government is granted leave to file a response to Defendant's First Motion for Leave to Conduct Discovery and Preliminary Request for an Evidentiary Hearing and Expansion of the Record, provided it is filed no later than November 18, 2013.

It is so **ORDERED**.

ENTER:   October 28, 2013

/s/ James P. Jones
United States District Judge