**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - MOTION HEARING**

**Case No.: 2:03CR10115-001; 1:06CR00001**                    **Date: November 25, 2013**

|  |  |
|---|---|
| **Defendant: Not Appearing** | **Counsel: Karen M. Wilkinson, AFPD**<br>**Fay F. Spence, AFPD,**<br>**Brian J. Beck, AFPD,**<br>**Robin Konrad, AFPD via video conference** |

PRESENT:     JUDGE:             James P. Jones, USDJ    TIME IN COURT: 1:30 p. m. – 2:47 p. m.
             Deputy Clerk:       Lottie Lunsford                          3:00 p. m. – 3:43 p. m.
             Court Reporter:     Bridget Dickert
             U. S. Attorney:     Anthony Paul Giorno, Rick A. Mountcastle
             USPO:              N/A
             Case Agent:        N/A
             Interpreter:        N/A

**PROCEEDINGS:**

Counsel present for Oral Argument on [189] MOTION to Vacate (2255) /Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 and [195] MOTION to Dismiss in case #2:03CR10115-001 and [780] Motion to Vacate (2255); [781] Motion for Collateral Relief 2255, [791] Motion to dismiss filed by the government; and [800] Motion for Discovery filed by the defendant. Court takes motions under advisement.