UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant. | |

_____

## NOTICE OF WITHDRAWAL OF COUNSEL
_____

The Office of the Federal Public Defender gives notice that the appearance of

Karen M. Wilkinson is withdrawn from representation of Defendant Carlos David Caro.

Ms. Wilkinson passed away on January 5, 2015. Robin Konrad, along with co-counsel

Fay Spence and Brian Beck, will remain on the case.

Respectfully submitted this 8th day of January, 2015.

s/Robin C. Konrad
Jon M. Sands
Federal Public Defender
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona  85007

robin_konrad@fd.org
Telephone:  602-382-2816
Facsimile:  602-889-3960

Fay F. Spence, Esquire (Virginia Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Telephone: 540-777-0880
Facsimile: 540-777-0890

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Telephone: 276-619-6080
Facsimile: 276-619-6090

Attorneys for Defendant
Carlos David Caro

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8th, 2015, I filed the foregoing Notice of Withdrawal of Counsel with the Clerk of the Court using the CM/ECF System which will send notice of such filing to the parties listed below:

Anthony Giorno, AUSA.
Assistant United States Attorney
Email: anthony.giorno@usdoj.gov

Jean Barrett Hudson
Assistant United States Attorney
Email: jean.hudson@usdoj.gov

s/Stephanie King
Legal Assistant
Capital Habeas Unit