**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00001 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CARLOS DAVID CARO,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the Motion to Dismiss (ECF No. 791) is GRANTED and the

Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 (ECF No. 781) and the

First Motion for Leave to Conduct Discovery and Preliminary Request for an

Evidentiary Hearing and Expansion of the Record (ECF No. 800) are DENIED.

ENTER:  May 4, 2015

/s/ James P. Jones
United States District Judge