**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00001 |
| | ) | |
| v. | ) | **CERTIFICATE OF APPEALABILITY** |
| | ) | |
| **CARLOS DAVID CARO,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

The court hereby GRANTS a Certificate of Appealability as to Claim Seven of the

Defendant's Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. A Certificate of

Appealability is DENIED as to all other claims and issues.

It is so **ORDERED**.

ENTER: May 4, 2015

/s/ James P. Jones
United States District Judge