# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CARLOS DAVID CARO,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

The defendant has filed a Motion to Alter or Amend Judgment. The United States must respond to the motion no later than June 22, 2015. The defendant may file a reply within 14 days of the date of service of the response.

It is so **ORDERED**.

ENTER: June 2, 2015

/s/ James P. Jones
United States District Judge