**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06CR00001-JPJ |
| Plaintiff, | DEATH-PENALTY CASE |
| vs. | Unopposed Motion for Extension of Time to File Reply to Government's Response to Motion to Alter or Amend Judgment |
| CARLOS DAVID CARO, | |
| Defendant. | |

Comes now Carlos David Caro, through undersigned counsel, and respectfully requests that this Court allow him to file his Reply to the Government's Response to his Motion to Alter or Amend Judgment on July 6, 2015. Pursuant to this Court's June 2, 2015 Order (ECF No. 812), the Government's response was due no later than June 22, and Mr. Caro's reply was due within 14 days of service—which would have been July 6. The Government filed its response on June 18, several days before the due date (ECF No. 813), making Mr. Caro's reply now due on or before July 2. Undersigned counsel seeks one additional business day to file the reply due to counsel's absence from the office from June 23-26 while she attended an annual capital habeas conference. Undersigned counsel has contacted Acting United States Attorney Anthony Giorno, and he does not oppose this motion.

For these reasons, Mr. Caro respectfully requests that this Court allow him until July 6 to file his reply.

Respectfully submitted this 29th day of June, 2015.

s/Robin C. Konrad
Jon M. Sands
Federal Public Defender
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona  85007
robin_konrad@fd.org
Telephone:  602-382-2816
Facsimile:  602-889-3960

Fay F. Spence (Virginia Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Telephone:  540-777-0880
Facsimile:  540-777-0890

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Telephone:  276-619-6080
Facsimile:  276-619-6090

Attorneys for Defendant
Carlos David Caro

2

**Certificate of Service**

I hereby certify that on June 29, 2015, I electronically filed the foregoing Unopposed Motion with the Clerk's Office by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Stephanie King
Legal Assistant
Capital Habeas Unit