UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant. | |

_____

ORDER

_____

Upon unopposed motion by defendant Carlos David Caro and for good cause

shown, it is hereby **ORDERED** that the defendant's Unopposed Motion for Extension of

Time to File Reply to Government's Response to Motion to Alter or Amend Judgment is

**GRANTED**. The deadline for filing a reply is extended until July 6, 2015.

ENTERED: This _____ day of _____, 2015.

_____
JAMES P. JONES
UNITED STATES DISTRICT JUDGE