CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 2 9 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:06CR00001-JPJ |
| vs. | |
| CARLOS DAVID CARO, | DEATH-PENALTY CASE |
| Defendant. | |

---

## ORDER

---

Upon unopposed motion by defendant Carlos David Caro and for good cause shown, it is hereby **ORDERED** that the defendant's Unopposed Motion for Extension of Time to File Reply to Government's Response to Motion to Alter or Amend Judgment is **GRANTED**. The deadline for filing a reply is extended until July 6, 2015.

ENTERED: This ___**29th**___ day of ___**June**___, 2015.

_____
JAMES P. JONES
UNITED STATES DISTRICT JUDGE