**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06CR00001-JPJ |
| Plaintiff, | DEATH-PENALTY CASE |
| vs. | Notice of Supplemental Authority |
| CARLOS DAVID CARO, | |
| Defendant. | |

Mr. Caro provides this Court notice of supplemental authority in support of his Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure Rule 59(e) (ECF No. 811). The Tenth Circuit recently decided *United States v. Barrett*, __ F.3d __, 2015 WL 4926800 (10th Cir. Aug. 19, 2015). In that case, a capital defendant filed a § 2255 motion alleging that he was denied his constitutional right to the effective assistance of trial counsel. The district court denied the defendant an evidentiary hearing. On appeal, the Tenth Circuit held:

> Defendant has presented considerable evidence supporting his claims. But other evidence may counter it. Rule 8(a) of the Rules Governing Section 2255 Proceedings requires the district court to review the record "to determine whether an evidentiary hearing is warranted." That decision turns on "whether such a hearing could enable [the movant] to prove the [motion's] factual allegations, which, if true, would entitle the [movant] to . . . relief." *Schriro v. Landrigan,* 550 U.S. 465, 474, 127 S. Ct. 1933, 167 L.Ed.2d 836 (2007) (stating standard in § 2254 cases). We hold that an evidentiary hearing is necessary to enable the district court to make the findings needed to determine whether Defendant has a valid claim.

*Id.* at *14 (alterations in original). Because of the similarities between the issues

raised in the instant case and *Barrett*, Mr. Caro respectfully asks this Court to consider the *Barrett* case when deciding the pending motion.

Respectfully submitted this 8th day of September, 2015.

<u>s/Robin C. Konrad</u>
Jon M. Sands
Federal Public Defender
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Office of the Federal Public Defender
District of Arizona
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
robin_konrad@fd.org
Telephone: 602-382-2816
Facsimile: 602-889-3960

Fay F. Spence (Virginia Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Telephone: 540-777-0880
Facsimile: 540-777-0890

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Telephone: 276-619-6080
Facsimile: 276-619-6090

Attorneys for Defendant
Carlos David Caro

**Certificate of Service**

I hereby certify that on September 8, 2015, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk's Office by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/ Chelsea Pitman</u>
Legal Assistant
Capital Habeas Unit