# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **CARLOS DAVID CARO,** | **Case No. 1:06CR00001** |
| **Defendant,** | **Judge James P. Jones** |
| **vs.** | **DEATH-PENALTY CASE** |
| **UNITED STATES OF AMERICA,** | **Notice of Appeal** |
| **Plaintiff.** | |

Notice is hereby given that Carlos David Caro, Defendant, appeals to the United States Court of Appeal for the Fourth Circuit from the Opinion and Final Order entered in this action by the United States District Court for the Western District of Virginia on May 4, 2015, denying his Motion for Collateral Relief pursuant to 28 U.S.C. § 2255 (ECF Nos. 808, 809) and from the Opinion and Order denying his Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) entered on November 6, 2015 (ECF No. 818). Defendant appeals from the denial of habeas relief and from all other adverse rulings in this case, including but not limited to the denial of additional certificates of appealability (ECF No. 810), the denial of discovery, and the denial of an evidentiary hearing and expansion of record.

Respectfully submitted this 4th day of January, 2016.

s/Robin C. Konrad
Jon M. Sands
Federal Public Defender
Robin C. Konrad (Ala. Bar No. 2194-N76K)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
robin_konrad@fd.org
602.382.2816 / 602.889.3960 facsimile

Fay F. Spence (Virginia Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
540.777.0880 / 540.777.0890 facsimile

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
276.619.6080 / 276.619.6090 facsimile

Attorneys for Defendant Carlos David Caro

**Certificate of Service**

   I hereby certify that on January 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Anthony Giorno, Assistant United States Attorney and Jean Barrett Hudson, Assistant United States Attorney and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

s/ Elise Knepper
Assistant Paralegal
Capital Habeas Unit