# APPEAL TRANSMITTAL SHEET (Death Penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 01/04/16 <br><br> ___ First NOA in Case <br> ✓ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** <br> Western District of Virginia <br> **Division:** <br> Abingdon <br> **Caption:** <br> United States of America <br> v. <br> Carlos David Caro | **District Case No.:** <br> 1:06CR00001-001 <br> **4CCA No(s). for any prior NOA:** <br> 7-5 <br> **4CCA Case Manager: RJ Warren** <br><br> Direct notification of capital appeal also sent by: <br><br> ___ **phone call to 804-916-2738 or** <br><br> ✓ **email to rj_warren@ca4.uscourts.gov** |

| | |
|---|---|
| **Capital Appeal Type:** <br><br> ___ § 2254 appeal <br><br> ___ Direct appeal from conviction <br><br> ✓ § 2255 appeal <br><br> ___ Pretrial appeal in federal case <br><br><br> **District Judge:** <br><br> Hon. James P. Jones, USDJ <br><br> **Court Reporter** (list all): <br><br> Bridget Dickert, OCR <br> Ella Surber, FTR <br> Elizabeth Stokes, FTR <br> Jessica Thacker <br> Willa J. Farris <br><br> **Coordinator**: <br> Brenda Dameron | **Fee Status:** <br> ___ No fee required (USA appeal) ___ Appeal fees paid in full ___ Fee not paid <br><br> **Criminal Cases:** <br> ___ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br><br> **Civil, Habeas & 2255 Cases:** <br> ✓ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) <br><br> **PLRA Cases**: <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) <br><br> **Sealed Status** (check all that apply)**:** <br> ✓ Portions of record under seal <br> ___ Entire record under seal <br> ___ Party names under seal <br> ___ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable)**:** <br><br> ___ Assembled electronic record transmitted <br><br> ___ Additional sealed record emailed to 4cca-filing <br><br> ___ Paper record or supplement shipped to 4CCA <br><br> ___ No in-court hearings held <br><br> ___ In-court hearings held – all transcript on file <br><br> ___ In-court hearings held – all transcript not on file <br><br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:** <br><br> ___ Assembled electronic record available if requested <br><br> ___ Additional sealed record available if requested <br><br> ___ Paper record or supplement available if requested <br><br> ___ No in-court hearings held <br><br> ___ In-court hearings held – all transcript on file <br><br> ___ In-court hearings held – all transcript not on file <br><br> ___ Other: |

Deputy Clerk: Lottie Lunsford  Phone: 276-628-5116  Date: 01/06/16

08/2012