To: The Honorable James P. Jones
    Judge of the W.District of Virginia;
    Abingdon Division

Date: Mar. 18th, 2016

From: Carlos D. Caro #37786-079
    Federal Death-Row

In-Re: Cessation of Appeal Process

1:06CR1

Dear Judge Jones,

    I write this letter to inform you that it is my intent to cease the appeal process in-relation to me and my "Federal Sentence of Death"; I have already informed my Attorneys of my intent as well.

    I ask you to <u>please</u> help me to expedite this process as soon as you can so that there is no further delays with the implementation of my execution. I thank you for your time to this matter.

                                    Carlos D. Caro #37786-079
                                    USP-Terre Haute
                                    P.O. Box 33
                                    Terre Haute, IN. 47808

cc:file

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 2 4 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

CARLOS D. CARO #37786-079
USP-TERRE HAUTE
P.O. BOX 33
TERRE HAUTE, IN. 47808

INDIANAPOLIS
IN 460

SPECIAL MAIL
LEGAL MAIL

INMATE
IDENTIFICATION
CONFIRMED

THE HONORABLE JAMES P. JONES
JUDGE OF THE W.DISTRICT OF VIRGINIA:
ABINGDON DIVISION
FEDERAL BUILDING
180 W. MAIN ST., RM. 104
ABINGDON, VA. 24210

24210$$$$$$ C001
INDIANAPOLIS

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE_____ MAR 18 2016

INMATE
IDENTIFICATION
CONFIRMED

SPECIAL MAIL
LEGAL MAIL