# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **CARLOS DAVID CARO,** | Case No. 1:06CR00001 |
| **Defendant,** | **Judge James P. Jones** |
| **vs.** | **DEATH-PENALTY CASE** |
| **UNITED STATES OF AMERICA,** | **Notice of Substitution of Counsel** |
| **Plaintiff.** | |

The Office of the Federal Public Defender for the District of Arizona, pursuant to Loc. R. 6(i), gives notice to the Court that Robin C. Konrad has tendered her resignation to the Office of the Federal Public Defender, effective May 13, 2016. Timothy M. Gabrielsen (Nevada Bar No. 8076) will now appear as lead counsel in this matter on behalf of Defendant Carlos David Caro.

Respectfully submitted this 29th day of April, 2016.

s/Robin C. Konrad
Jon M. Sands
Federal Public Defender
Robin C. Konrad (Ala. Bar No. 2194-N76K)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
robin_konrad@fd.org
602.382.2816 / 602.889.3960 facsimile

Fay F. Spence (Virginia Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
540.777.0880 / 540.777.0890 facsimile

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
276.619.6080 / 276.619.6090 facsimile

Attorneys for Defendant Carlos David Caro

## Certificate of Service

I hereby certify that on April 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Jean Barrett Hudson, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

s/ Elise Knepper
Assistant Paralegal
Capital Habeas Unit