FILED: March 23, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 16-1
(1:06-cr-00001-JPJ-1)
(1:13-cv-80553-JPJ)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

---

ORDER

---

Upon consideration of submissions relative to appellant's motion to expand

the certificate of appealability, the court grants appellant a certificate of

appealability as to Issue II:

II.    Whether Carlos Caro was denied his right to the effective assistance of
counsel under the Sixth Amendment where his appointed counsel failed
to introduce in mitigation evidence of Caro's brain damage and
cognitive dysfunction, and diagnoses of Cognitive Disorder NOS and
Anxiety Disorder NOS that included symptomatology associated with
PTSD due to a traumatic childhood.

The court denies a certificate of appealability as to Issue III.

The clerk shall reestablish the briefing schedule by separate order.

A copy of this order shall be sent to the clerk of the district court.


For the Court

/s/ Patricia S. Connor, Clerk