CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA
FILED

SEP 15 2022

LAURA A. AUSTIN CLERK
BY: J. Clark
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )  Criminal Action No.:  1:06CR1
                                   )
CARLOS CARO,                       )
                                   )
        Defendant.                 )

## RETURN OF EXHIBITS TO DEFENSE COUNSEL

The following items of evidence were returned to defense counsel. See attached highlighted exhibits.


I received the above listed Exhibits:


Nancy Dickenson Vicars
_____
Counsel for Defendant

9-15-2022
_____
Date

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | VIRGINIA |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| CARLOS CARO | Case Number:   1:06CR00001 |

| PRESIDING JUDGE <br> James P. Jones | PLAINTIFF'S ATTORNEY <br> John Brownlee & Tony Giorno | DEFENDANT'S ATTORNEY <br> Steve Kalista & Jim Simmons |
|---|---|---|
| TRIAL DATE (S) <br> 01/29/2007 | COURT REPORTER <br> Bridget Dickert, OCR | COURTROOM DEPUTY <br> Allison Cook |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Map .01 | | 01/29/07 | X | X | Diagram of SHU / Watts |
| R.02 | | " | X | X | Photo of Cells 145 and 146 / Watts |
| R.03 | | " | X | X | Photo of Outise of Cell 123 / Watts |
| R.05 | | " | X | X | Photo of interior of Cell 123 / Watts |
| Map .03 | | " | X | X | Diagram of Cell / Watts |
| L.09-13 | | " | X | X | Prison Log (Lieutenant Log) / Watts |
| 7 | | " | X | X | SHU Record - Running Count Log / Watts |
| 8 | | " | X | X | SHU Record: Cell Rotation Log / Watts |
| 9 | | " | X | X | SHU Record: SHU Log (Daily) / Watts |
| 10 | | " | X | X | SHU Record: 30 minute log / Watts |
| 11 | | " | X | X | SHU Log: Caro Log / Watts |
| CDC 04 | | " | X | X | Photo of Carlos Caro / Watts |
| CDC 09 | | " | X | X | Photo of Carlos Caro / torso tattoos / Watts |
| RS.01 | | " | X | X | Photo of Roberto Sandoval / Watts |
| | 1 | " | X | X | Memorandum report of Officer Watts dated 01/23/04 / Watts |
| | 2 | " | X | X | Memorandum / report of Officer Gilley dated 01/24/05 / Gilley |
| | 3 | " | X | X | Memorandum / report of Officer Laster dated 01/21/04 / Laster |
| Clark 1-4 | | " | X | X | Report of Investigation by Dr. D. Clark / Massello |
| Massello 1 -9 | | " | X | X | Autopsy Report of Dr. Greg Wanger and toxicology report / Massello |
| Massello 26 | | " | X | X | Autospy hoto of victim's right eye / Massello |
| Massello 27 | | " | X | X | Autopsy photo of victim's left eye / Massello |
| Massello 31 | | | X | X | Autopsy photo of victim's upper gum line / Massello |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

| | | | | | USA                          vs.          CARLOS CARO | CASE NO. |
|---|---|---|---|---|---|---|
| | | | | | | 1:06CR00001 |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| Massello 32 | | 1/29/07 | X | X | Autopsy photo of throat / Massello | |
| Massello 35 | | " | X | X | Autopsy photo of right side of neck / Massello | |
| Massello 24 | | " | X | X | Autopsy photo of wounds to top of forehead / Massello | |
| Massello 41 | | " | X | X | Autopsy photo of inside of neck / Massello | |
| Massello 10 | | " | X | X | Autopsy photo of victim / Massello | |
| Massello 11 | | " | X | X | Autopsy photo of victim's face / Massello | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page ___2___ of ___2___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     VIRGINIA

UNITED STATES OF AMERICA

V.

CARLOS CARO

**EXHIBIT AND WITNESS LIST**

Case Number:  1:06CR00001

| PRESIDING JUDGE James P. Jones | | PLAINTIFF'S ATTORNEY John Brownlee & Tony Giorno | | DEFENDANT'S ATTORNEY Steve Kalista & James Simmons | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 01/30/07 | | COURT REPORTER Bridget Dickert, OCR | | COURTROOM DEPUTY Allison Cook | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Video 01 | | 1/30/07 | X | X | Video of SHU Range 3 / Teters |
| Video .02 | | " | X | X | Video of resuscitation efforts as to inmate Sandoval / Guzman |
| | 4 | " | X | X | Mass Interview Form of Sean Bullock / Bullock   SEALED (Absn. Vault) |
| | 5 | " | X | X | Letter to court clerk from Sean Andre Bullock / Bullock   SEALED (Absn. Vault) |
| Fugate .01 | | " | X | X | Inamate Injury Assessment Form; dated 12/17/2003 / Fugate |
| LT.B.05 | | " | X | X | Letter to Lillian and Terry Saenz from Carlos Caro / Mrad |
| C12 | | " | X | X | Photo of cell 123: floor with towels/blood splatter / Mrad |
| C13 | | " | X | X | Photo of cell 123: towels on floor / Mrad |
| C14 | | " | X | X | Photo of cell 123: blood splatter / Mrad |
| Q32 | | " | X | X | DNA Analysis Unit I: towel / Temp Card #1 / Mrad |
| Q37 | | " | X | X | DNA Analysis Unit I:  towel Tempt card #2 / Mrad |
| Q38 | | " | X | X | DNA Analysis Unit I: Swab samples taken from blood splatter / Mrad |
| Q39 | | " | X | X | DNA Analysis Unit I: Swabs samples taken from blood splatter / Mrad |
| K2 | | " | X | X | Swab of saliva - Carlos Caro / Mrad |
| 1 | | " | X | X | Original video tape of Caro in cell #1 / Mrad |
| 2 | | " | X | X | Original video tape of Caro in cell #2 / Mrad |
| 3 | | " | X | X | Original video tape of Caro in cell and resuscitation efforts / Mrad |
| Audio .01 | | " | X | X | Recording of telephone call between Caro and Vyette 12/27/03 / Mrad |
| Audio .02 | | " | X | X | Recording of telephone call between Caro and Rivas / (1/21/03)/ Mrad |
| CDC 01 | | " | X | X | Photo of Carlos Caro / Mrad |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 ____ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| USA | | | | vs. | CARLOS CARO | CASE NO. 1:06CR00001 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFER | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | CDC.02 | 1/30 | X | X | Photo Carlos Caro's right hand / Mrad | |
| | CDC .03 | " | X | X | Photo Carlos Caro's left hand / Mrad | |
| | CDC.18 | " | X | X | Photo of Carlos Caro Tattoos: left hand / Mrad | |
| | CDC.19 | " | X | X | Photo of Carlos Caro Tattoos: left ring finger / Mrad | |
| Baechtel 01-04 | | " | X | X | Report of FBI Analyst F. Samuel Baechtel / Lutterman | |
| Baechtel 05-07 | | " | X | X | Report of FBI Analyst F. Samuel Baechtel / Lutterman | |
| Q27 | | " | X | X | DNA Analysis Unit I: Undershorts / Lutterman | |
| Q28 | | " | X | X | DNA Analysis Unit 1: Sock / Lutterman | |
| Q29 | | " | X | X | DNA Analysis Unit 1: Sock / Lutterman | |
| Q30 | | " | X | X | DNA Analysis Unit 1: Coveralls / Lutterman | |
| Q10 | | " | X | X | DNA Analysis Unit I: Swabs of face / Lutterman | |
| Q12 | | " | X | X | DNA Analysis Unit 1: Swabs of face / Lutterman | |
| Q13 | | " | X | X | DNA Analysis Unit 1: Swabs of face / Lutterman | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page _____ of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     VIRGINIA

UNITED STATES OF AMERICA

V.

CARLOS CARO

## EXHIBIT AND WITNESS LIST

Case Number: 1:06CR00001

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| James P. Jones | | | John Brownlee & Tony Giorno | | Steve Kalista & James Simmons |

| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |
|---|---|---|---|---|---|
| 02/06/07 | | | Bridget Dickert, OCR | | Allison Cook |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| CVN .B.01 | | 02/06/07 | X | X | Revocation order dated 03/23/92 as to Carlos Caro |
| CVN.E.01 | | " | X | X | Revocation order dated 11/27/01 as to Carlos Caro |
| | 25 | " | X | X | Mail Translation Form of letter to Eduardo Revas / Guzman |
| | 26 | | X | X | Mail Translation Form of letter to Mr. Gomez / Guzman |
| Video 4.1 & 2 | | " | X | X | CD of recreation area / attack / Dye |
| | RB26 | " | X | X | Photo of door to recreation center / Dye |
| RB27 | | " | X | X | Photo of recreation area / Dye |
| RB28 | | " | X | X | Photo of recreation area / Dye |
| RB34 | | " | X | X | Photo of Music Room door / Dye |
| RB35 | | " | X | X | Photo of drums / music room / Dye |
| RB 36 | | " | X | X | Photo of game room door / Dye |
| RB38 | | " | X | X | Photo of Issue Room door / Dye |
| RB 39 | | " | X | X | Photo of issue room / Dye |
| RB 31 | | " | X | X | Photo of music room door / Dye |
| RB 32 | | " | X | X | Photo of television room, chairs and blood stains / Dye |
| RB64 | | " | X | X | Photo of blood stains in television room / Dye |
| RB 68 | | " | X | X | Photo of doorway w/ blood stains / Dye |
| RB 69 | | " | X | X | Photo of floor w/ blood stains / Dye |
| RB 60 | | " | X | X | Photo from inside of television room / Dye |
| RB 33 | | " | X | X | Photo of recreation room showing blood stains on floor / Dye |
| RB 48 | | " | X | X | Photo of recreation supervisor's door w/ blood stains / Dye |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____2_____ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

| | USA | vs. | Carlos Caro | CASE NO. 1:06CR00001 |
|---|---|---|---|---|

| PLF. NO. | D EF | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| RB 75 | | 02/06/07 | X | X | Photo of blood stain outside supervisor's door / Dye |
| RB 76 | | " | X | X | Photo of blood stain outside supervisor's door / Dye |
| RB 85 | | " | X | X | Photo of blood stains inside supervisor's office / Dye |
| RB 89 | | " | X | X | Photo of blood stains inside supervisor's office / Dye |
| RB01 | | " | X | X | Photo of victim Benevidez/ Dye |
| RB02 | | " | X | X | Photo of victim Benevidez  / Dye |
| RB 03 | | " | X | X | Photo of victim Benevidez / Dye |
| RB 04 | | " | X | X | Photo of vicim Benevidez / Dye |
| RB 05 | | " | X | X | Photo of victim Benevidez / Dye |
| RB 08 | | " | X | X | Photo of victim Benevidez / Dye |
| RB 09 | | " | X | X | Photo of victim Benevidez / Dye |
| RB 15 | | " | X | X | Photo of victim Benevidez / Dye |
| RB72 | | " | X | X | Photo of "shank" used in Benevidez attack / Mrad |
| Mrad24 | | " | X | X | Shank used in Benevidez attack / Mrad |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page ___2___ of ___2____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ VIRGINIA

UNITED STATES OF AMERICA

V.

CARLOS CARO

## EXHIBIT AND WITNESS LIST

Case Number:   1:06CR00001

| PRESIDING JUDGE James P. Jones | | | | PLAINTIFF'S ATTORNEY John Brownlee & Tony Giorno | DEFENDANT'S ATTORNEY Steve Kalista & James Simmons |
|---|---|---|---|---|---|
| TRIAL DATE (S) 02/07/07 | | | | COURT REPORTER Bridget Dickert, OCR | COURTROOM DEPUTY Allison Cook |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 6 | 02/07/07 | X | X | Resume of James Evans Aiken / Aiken |
| | 7 | " | X | X | Photo of exercise area at Florence ADMAX / Aiken |
| | 8 | " | X | X | Letter from Alonzo Martinez          / Martinez |
| | 9 | " | X | X | School records of defendant Carlos Caro / Martinez |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ VIRGINIA

UNITED STATES OF AMERICA

V.

CARLOS CARO

## EXHIBIT AND WITNESS LIST

Case Number:   1:06CR00001

| PRESIDING JUDGE James P. Jones | | | | | PLAINTIFF'S ATTORNEY John Brownlee & Tony Giorno | DEFENDANT'S ATTORNEY Steve Kalista & James Simmons |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 02/07/07 | | | | | COURT REPORTER Bridget Dickert, OCR | COURTROOM DEPUTY Allison Cook |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 10 | 02/08/07 | X | X | Maternal family tree of Carlos Caro / Perez | |
| | 11 | " | X | X | Photo of Caro and family / Perez | |
| | 12 | " | X | X | Photo of Caro and his Aunt / Perez | |
| | 13 | | X | X | Marriage photos (4) of LouYueth and Carlos Caro / Y. Caro | |
| | 14 | " | X | X | Copy of marriage certificate / Y. Caro | |
| | 15 | " | X | X | Photo of Carlos Caro and daughter / Y. Caro | |
| 28 | | " | X | X | Copy of telephone monitoring form of Carlos Caro / Y. Caro | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1_____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____   DISTRICT OF _____   VIRGINIA

UNITED STATES OF AMERICA

V.

CARLOS CARO

## EXHIBIT AND WITNESS LIST

Case Number:  1:06CR00001

| PRESIDING JUDGE James P. Jones | PLAINTIFF'S ATTORNEY John Brownlee & Tony Giorno | DEFENDANT'S ATTORNEY Steve Kalista & James Simmons |
|---|---|---|
| TRIAL DATE (S) February 12, 2007 | COURT REPORTER Bridget Dickert, OCR | COURTROOM DEPUTY Allison Cook |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 16 | 2/12/07 | X | X | Curriculum vitae of Dr. Mark Cunningham / Cunningham |
| | 17 | " | X | X | USP ADMAX institution supplement dated January 31, 2006 / Cunningham |
| | 18 | " | X | X | USP ADMAX institution supplement dated October 13, 2006 |
| | 19 | " | X | | **REFUSED** - Incident report as to Roberto Sandoval dated 12/16/03 |
| | 20 | " | X | | **REFUSED** - Letter to Government counsel from James Simmons |
| | 21 | " | X | X | Death certificate of Jose Maria Caro, Jr. |
| | 22 | " | X | X | Death certificate of Virginia R. Caro |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 _____ Pages