UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA ABINGDON

DIVISION

CARLOS DAVID CARO,
                    PETITIONER,

         V

UNITED STATES OF AMERICA,
                         RESPONDENT,

---

## MOTION TO LIFT THE FEDERAL MORATORIUM AND ALLOW AN EXECUTION BY LETHAL INJECTION TO BE CARRIED OUT

---

I, Carlos David Caro, (Caro), of sound mind and judgment, without promise, or any threat onto, pro se, ask this Court to lift the Federal Moratorium that has been put in place to "halt" all Federal executions from being carried out, and allow the sentence that has been handed down to me; death by lethal injection, to be carried out. Where the moratorium is in violation of my Eighth Amendment right against "cruel and unusual punishment."

In doing so, I too waive any and all challenges that would claim that the method of execution; death by lethal injection, is "cruel and unusual."

Respectfully Submitted,

Carlos David Caro
37786-079
P.O. BOX 33
Terre haute, IN. 47808