*Legal Mail*

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

RECEIVED
JUL 2 3 2023
BY:_____

Carlos David Caro
37786-079
P.O. Box 33
Terre Haute, IN.
47808

Legal Mail

To: Clerk Of The Court

Federal Building

180 West Main Street, Room 104

Abingdon, VA. 24210

INMATE
IDENTIFICATION
CONFIRMED

24210-285129