# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

UNITED STATES OF AMERICA　　　　**:**
　　　　　　　　　　　　　　　　**:**
　　　　　　　　　　　　　　　　**:**
**v.**　　　　　　　　　　　　　**:**　**Criminal No. 1:06-cr-00001**
　　　　　　　　　　　　　　　　**:**
**CARLOS DAVID CARO**　　　　　**:**


## <u>UNITED STATES' NOTICE OF APPEARANCE</u>

Jonathan Jones, Assistant United States Attorney, for the Western District

of Virginia, hereby notes his appearance as counsel in this case for the United

States of America.


　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　CHRISTOPHER R. KAVANAUGH
　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

Dated:  August 7, 2023　　　　s/Jonathan Jones
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Bar #1011030
　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　P.O. Box 1709
　　　　　　　　　　　　　　　Roanoke, VA 24008
　　　　　　　　　　　　　　　TEL (540) 857-2250
　　　　　　　　　　　　　　　Jonathan.Jones2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I caused a true copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, and caused a copy to be mailed thru the United States Postal Service to the following non-CM/ECF participant:

Carlos David Caro
Inmate No. 37786-079
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

s/ Jonathan Jones
Assistant United States Attorney