**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | Case No. 1:06-CR-00001 |
| | : | |
| v. | : | |
| | : | |
| CARLOS DAVID CARO, | : | |
| | : | |

## STATUS UPDATE

In response to the Court's request for an update regarding the status of Mr. Caro's case, the United States notes the following:

1. Mr. Caro was convicted of murder in violation of 18 U.S.C. § 1111, and sentenced to death. *See* Dkt. Nos. 688-89. There are currently no pending proceedings that would modify that conviction or sentence.

2. There is currently a federal moratorium on carrying out capital sentences for federal prisoners. The moratorium was imposed on July 1, 2021, in order to review certain policy changes related to federal executions. *See Moratorium on Federal Executions Pending Review of Policies and Procedures*, July 1, 2021, from the Attorney General.[1] Those reviews are ongoing, and the government is not aware of any specified end date or any information that would suggest the reviews are nearing their conclusion.

---

[1] Available at <https://www.justice.gov/media/1149381/dl?inline>.

Respectfully submitted,

CHRISTOPER R. KAVANAUGH
United States Attorney

/s/ Jonathan Jones
Assistant United States Attorney
310 First Street
Roanoke, Virginia 24011
(540) 857-2250
jonathan.jones2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 10, 2023, I caused the Status Update to be filed with

the Clerk of Court using the CM/ECF system and a copy of the document to be mailed

to the following non-CM/ECF participant:

Carlos David Caro, Pro Se
Inmate No. 37786-079
USP Lee
P. O. Box 33
Terre Haute, IN 47808

/s/ Jonathan Jones
Jonathan Jones
Assistant United States Attorney