UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> vs. <br> CARLOS DAVID CARO, <br>    Defendant. | Case Number 1:06CR00001-JPJ <br><br> DEATH-PENALTY CASE |

## DEFENDANT'S MOTION TO WITHDRAW PRO SE MOTION TO LIFT THE FEDERAL MORATORIUM AND ALLOW AN EXECUTION BY LETHAL INJECTION TO BE CARRIED OUT

Defendant Carlos David Caro, through undersigned counsel, requests to withdraw his pro se pleading, Motion to Lift the Federal Moratorium and Allow an Execution by Lethal Injection to be Carried Out, which he filed on July 31, 2023. (ECF No. 843.)

Undersigned counsel has met with Mr. Caro and discussed his pro se filing in this Court. Circumstances have changed since he made the filing. Among other things, Mr. Caro has decided to pursue Executive Clemency.

Therefore, upon advice of counsel, Mr. Caro withdraws his pro se motion (ECF No. 843).

1

Respectfully submitted this 25th day of March, 2024.

Jon M. Sands
Federal Public Defender
District of Arizona

s/Robin C. Konrad
Robin C. Konrad (Alabama Bar No. 2194-N76K)

850 West Adams Street, Suite 201
Phoenix, Arizona 85007
robin_konrad@fd.org
Telephone: 602-382-2816
Facsimile: 602-889-3960

Attorney for Defendant
Carlos David Caro

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send the notification of such filing to the following: Jonathan Jones, AUSA.


s/ Teresa Ardrey
Assistant Paralegal
Capital Habeas Unit