**From:** USPardon Attorney <USPardon.Attorney@usdoj.gov>
**Sent:** Monday, December 23, 2024 5:30:48 PM
**To:** Laura Austin <Laura_Austin@vawd.uscourts.gov>
**Subject:** Commutation of Death Sentence

CAUTION - EXTERNAL:

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

12/23/2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

| To: | Clerk of Court Western District of Virginia |
|---|---|
| From: | Office of the Pardon Attorney U.S. Department of Justice |
| Subject: | Commutation of Death Sentence |
| Date: | December 23, 2024 |

On December 23, 2024, President Biden commuted the death sentence of the following individual:

Name: CARO, CARLOS DAVID
Docket #: 1:06CR00001

Please make the appropriate notation in your records. We have attached a copy of the warrant of executive clemency for your files. If you have any questions, please contact Kira Gillespie, Deputy Pardon Attorney, at Kira.gillespie@usdoj.gov or (202) 616-6073.